# Exhibit A

# '124 Patent

| US10963124 B2 Claim 1 | Circuit by Unify/Atos |
|---|---|
| 1. A method implemented on a plurality of client computers in communication with a server over a computer network, the plurality of client computers each displaying common content on an associated display area, the method comprising: |  Circuit by Unify/Atos has a method for supporting multiple-party communications in a computer network including a server and at least one client computer. |

| US10963124 B2 Claim 1 | Circuit by Unify/Atos |
|---|---|
| generating messages representing user input received at one client computer of the plurality of client computers, the user input defining content to be shared with the plurality of client computers; | <br><br>https://atos.net/en/lp/atos-workplace-as-a-service/circuit#licences<br><br>The reference describes **generating messages representing user input received at one client computer of the plurality of client computers**, **the user input defining content to be shared with the plurality of client computers;** |

| US10963124 B2 Claim 1 | Circuit by Unify/Atos |
|---|---|
| causing the one client computer to transmit the generated messages to the server to elicit transmission of output messages from the server to each of the plurality of client computers including the one client computer, the output messages including information defining the content to be shared; and | <br>https://atos.net/en/lp/atos-workplace-as-a-service/circuit#licences<br><br>The reference describes causing the one client computer to transmit the generated messages to the server to elicit transmission of output messages from the server to each of the plurality of client computers including the one client computer, the output messages including information defining the content to be shared; and |

| US10963124 B2 Claim 1 | Circuit by Unify/Atos |
|---|---|
| in response to receiving output messages from the server at each of the plurality of client computers, displaying the shared content over the common content on the respective display areas on each of the plurality of client computers including the one client computer. |  https://atos.net/en/lp/atos-workplace-as-a-service/circuit#licences<br><br>The reference describes in response to receiving output messages from the server at each of the plurality of client computers, displaying the shared content over the common content on the respective display areas on each of the plurality of client computers including the one client computer. |

| US10963124 B2 Claim 1 | Circuit by Unify/Atos |
|---|---|
| in response to receiving output messages from the server at each of the plurality of client computers, displaying the shared content over the common content on the respective display areas on each of the plurality of client computers including the one client computer. | <br>https://atos.net/en/lp/atos-workplace-as-a-service/circuit#licences<br><br>The reference describes in response to receiving output messages from the server at each of the plurality of client computers, displaying the shared content **over the common content on the respective display areas on each of the plurality of client computers including the one client computer**. |