# Exhibit B

# '211 Patent

| US8627211 B2 Claim 1 | Circuit by Unify/Atos |
|---|---|
| 1. A method for supporting multiple-party communications in a computer network including a server and at least one client computer, the method comprising: | https://atos.net/en/lp/atos-workplace-as-a-service/circuit#licences<br><br>Circuit by Unify/Atos has a method for supporting multiple-party communications in a computer network including a server and at least one client computer. |

| US8627211 B2 Claim 1 | Circuit by Unify/Atos |
|---|---|
| receiving a first cursor message at the server from the client computer, said first cursor message representing a change in a position of a first cursor associated with the client computer in response to user input received from a user of the client computer; | https://atos.net/en/lp/atos-workplace-as-a-service/circuit#licences<br><br>The reference describes receiving a first cursor message at the server from the client computer, said first cursor message representing a change in a position of a first cursor associated with the client computer in response to user input received from a user of the client computer.. |

| US8627211 B2 Claim 1 | Circuit by Unify/Atos |
|---|---|
| producing a first pointer message in response to said first cursor message, said first pointer message representing said change in said position of said first cursor provided by said first cursor message and being operable to cause display of a pointer on the client computer; and | https://atos.net/en/lp/atos-workplace-as-a-service/circuit#licences<br><br>The reference describes producing a first pointer message in response to said first cursor message, said first pointer message representing said change in said position of said first cursor provided by said first cursor message and being operable to cause display of a pointer on the client computer.. |

| US8627211 B2 Claim 1 | Circuit by Unify/Atos |
|---|---|
| transmitting said first pointer message to said client computer. | <br>https://atos.net/en/lp/atos-workplace-as-a-service/circuit#licences<br><br>The reference describes transmitting said first pointer message to said client computer. |