AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

AK MEETING IP LLC,
*Plaintiff*

V.   Civil Action No. **6:22−CV−00250−ADA**

ZOHO CORPORATION,
*Defendant*

### SUMMONS IN A CIVIL ACTION

TO:  Zoho Corporation
c/o Registered Agent
Rodrigov Vaca
9390 Research Blvd, Building II, Suite 440
Austin, TX 78759

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

William P. Ramey III
Ramey & Schwaller, LLP
5020 Montrose Blvd., Suite 800
Houston, TX 77006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JEANNETTE J. CLACK
CLERK OF COURT

s/JENNIFER CLARK
DEPUTY CLERK

ISSUED ON 2022-03-08 15:54:50

SERVICE RETURN ATTACHED

ATX Process, LLC
604 West 9th Street
Suite B
Austin, TX 78701

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:22-CV-00250-ADA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for*(name of individual and title, if any)*_____
was received by me on*(date)*_____.

☐ I personally served the summons on the individual at *(place)*_____
_____ on *(date)*_____; or

☐ I left the summons at the individual's resident or usual place of abode with*(name)*_____
_____, a person of suitable age and discretion who resides there,
on *(date)*_____, and mailed a copy to the individual's last known address; or

☐ I served the summons on*(name of individual)*_____, who is
designated by law to accept service of process on behalf of*(name of organization)*_____
_____ on*(date)*_____; or

☐ I returned the summons unexecuted because _____; or

☐ Other (specify):_____
_____
_____

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty that this information is true.

Date: _____

_____
*Server's signature*

*SERVICE RETURN ATTACHED*

_____
*Printed name and title*
ATX Process, LLC
604 West 9th Street
Suite B
Austin, TX 78701
*Server's Address*

Additional information regarding attempted sevice, etc:
_____
_____

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Western District of Texas

Case Number: 6:22-CV-00250-ADA

Plaintiff:
**AK Meeting IP LLC**

vs.

Defendant:
**Zoho Corporation**

For:
Ramey & Schwaller, LLP
5020 Montrose Blvd.
Suite 800
Houston, TX 77006

Received by Dane Ray Cuppett on the 9th day of March, 2022 at 5:04 pm to be served on **Zoho Corporation c/o Registered Agent, Rodrigov Vaca, 9390 Research Blvd., Building II, Suite 440, Austin, Travis County, TX 78759**.

I, Dane Ray Cuppett, being duly sworn, depose and say that on the **10th day of March, 2022** at **3:42 pm, I:**

executed to the **SECRETARY OF STATE** by delivering in duplicate a true copy of the **Summons in a Civil Action and Plaintiff's Original Complaint with Exhibits** with the date of delivery endorsed thereon by me, to: **Michelle Robinson** at **1019 Brazos, Austin, Travis County, TX 78701**, as the designated agent for the Texas Secretary of State to accept delivery of process on behalf of **Zoho Corporation**.  An administrative fee of $55.00 was also tendered.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the foregoing occurred.  The facts in this affidavit are within my personal knowledge and true and correct.

Subscribed and sworn to before me on the 10th day of March, 2022 by the affiant who is personally known to me.

NOTARY PUBLIC

NICOLE M. WADE
My Notary ID # 129086987
Expires August 9, 2024

**Dane Ray Cuppett**
PSC-7114, Exp. 10/31/23

3/10/2022
Date

ATX Process, LLC
604 West 9th Street
Suite B
Austin, TX 78701
(512) 717-5600

Our Job Serial Number: ATX-2022002594
Ref: AK Meeting IP, LLC v. Zoho Corporation

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2h