IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| AK MEETING IP, LLC, | ) | |
|     Plaintiff, | ) | |
| | ) | Civil Action No. 6:22-cv-00250-ADA |
| v. | ) | |
| | ) | |
| ZOHO CORPORATION | ) | |
|     Defendant. | ) | |

**UNOPPOSED NOTICE FOR EXTENSION OF TIME TO ANSWER
PLAINTIFF'S ORIGINAL COMPLAINT**

AK MEETING IP, LLC files this Notice for Extension of Time for Defendant, Fidelity national Information Services, Inc. to answer Plaintiff's Original Complaint. Defendant has contacted Plaintiff's counsel and requested a 45-day extension to answer. Plaintiff files this notice unopposed and agreed to allow the extension of time to answer complaint including Friday, May 13, 2022.

Respectfully submitted,

**Ramey LLP**

_____
William P. Ramey, III
Texas State Bar No. 24027643
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713) 426-3923 (telephone)
(832) 900-4941 (fax)
wramey@rameyfirm.com

*Attorneys for AK MEETING IP, LLC*

## **CERTIFICATE OF CONFERENCE**

I hereby certify that on March 23, 2022, I conferred with counsel for defendant regarding this extension of time and have no opposition.

>*/s/ William P. Ramey, III*
>William P. Ramey, III

## **CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and LR5, I hereby certify that all counsel of record who have appeared in this case are being served on this day of March 29, 2022, with a copy of the foregoing via email and ECF filing.

>*/s/ William P. Ramey, III*
>William P. Ramey, III