# Exhibit A

# '124 Patent

| US10963124 B2 Claim 1 | Zoho |
|---|---|
| 1. A method implemented on a plurality of client computers in communication with a server over a computer network, the plurality of client computers each displaying common content on an associated display area, the method comprising: | **ZOHO Meeting**<br><br>**Online meeting software for all your video conferencing & webinar needs.**<br><br>Zoho Meeting is a secure online meeting platform and webinar solution that helps people find new ways to collaborate and work remotely with efficacy. Enhance your remote collaboration experience today with our highly secure online meeting software.<br><br>© 2022, Zoho Corporation Pvt. Ltd. All Rights Reserved.<br><https://www.zoho.com/meeting/?zmc=zoho-fa&ireft=ohome><br><br>To use neighboring servers for better performance and enhanced connectivity<br><br>When you enable this checkbox, data can be acquired quickly from <u>the nearest server</u> available in the region. This will increase performance, allow instant connection, and be less time-consuming.<br><br><https://help.zoho.com/portal/en/kb/assist/user-guide/general/articles/preference#General><br><br>Zoho has a method implemented on a plurality of client computers in communication with a server over a computer network, the plurality of client computers each displaying common content on an associated display area. |

| US10963124 B2 Claim 1 | Zoho |
|---|---|
| generating messages representing user input received at one client computer of the plurality of client computers, the user input defining content to be shared with the plurality of client computers; | **To access the laser pointer,**<br><br>1. Select the **Pointer** option to turn the cursor as a small colored dot on the slide.<br><br>2. Click and drag to point to the slide contents that you want to draw attention to.<br><br><https://help.zoho.com/portal/en/kb/show/web-app/customize-and-play/articles/play-a-slideshow-zohoshow#Highlighter><br><br>The reference describes generating messages representing user input received at one client computer of the plurality of client computers, the user input defining content to be shared with the plurality of client computers. |

| US10963124 B2 Claim 1 | Zoho |
|---|---|
| causing the one client computer to transmit the generated messages to the server to elicit transmission of output messages from the server to each of the plurality of client computers including the one client computer, the output messages including information defining the content to be shared; and | **To access the laser pointer,**<br><br>1. Select the **Pointer** option to turn the cursor as a small colored dot on the slide.<br><br>2. Click and drag to point to the slide contents that you want to draw attention to.<br><br><https://help.zoho.com/portal/en/kb/show/web-app/customize-and-play/articles/play-a-slideshow-zohoshow#Highlighter><br><br>The reference describes causing the one client computer to transmit the generated messages to the server to elicit transmission of output messages from the server to each of the plurality of client computers including the one client computer, the output messages including information defining the content to be shared. |

| US10963124 B2 Claim 1 | Zoho |
|---|---|
| in response to receiving output messages from the server at each of the plurality of client computers, displaying the shared content over the common content on the respective display areas on each of the plurality of client computers including the one client computer. | <br><https://help.zoho.com/portal/en/kb/assist/user-guide/general/articles/preference#General><br><br>The reference describes in response to receiving output messages from the server at each of the plurality of client computers, displaying the shared content over the common content on the respective display areas on each of the plurality of client computers including the one client computer. |