# Exhibit B

# '211 Patent

| US8627211 B2 Claim 1 | Zoho |
|---|---|
| 1. A method for supporting multiple-party communications in a computer network including a server and at least one client computer, the method comprising: | **ZOHO Meeting**<br><br>**Online meeting software for all your video conferencing & webinar needs.**<br><br>Zoho Meeting is a secure online meeting platform and webinar solution that helps people find new ways to collaborate and work remotely with efficacy. Enhance your remote collaboration experience today with our highly secure online meeting software.<br><br>© 2022, Zoho Corporation Pvt. Ltd. All Rights Reserved.<br><https://www.zoho.com/meeting/?zmc=zoho-fa&ireft=ohome><br><br>To use neighboring servers for better performance and enhanced connectivity<br><br>When you enable this checkbox, data can be acquired quickly from <u>the nearest server</u> available in the region. This will increase performance, allow instant connection, and be less time-consuming.<br><br><https://help.zoho.com/portal/en/kb/assist/user-guide/general/articles/preference#General><br><br>Zoho has a method for supporting multiple-party communications in a computer network including a server and at least one client computer. |

| US8627211 B2 Claim 1 | Zoho |
|---|---|
| receiving a first cursor message at the server from the client computer, said first cursor message representing a change in a position of a first cursor associated with the client computer in response to user input received from a user of the client computer; | **To access the laser pointer,**<br><br>1. Select the **Pointer** option to turn the cursor as a small colored dot on the slide.<br><br>2. Click and drag to point to the slide contents that you want to draw attention to.<br><br><https://help.zoho.com/portal/en/kb/show/web-app/customize-and-play/articles/play-a-slideshow-zohoshow#Highlighter><br><br>The reference describes receiving a first cursor message at the server from the client computer, said first cursor message representing a change in a position of a first cursor associated with the client computer in response to user input received from a user of the client computer. |

| US8627211 B2 Claim 1 | Zoho |
|---|---|
| producing a first pointer message in response to said first cursor message, said first pointer message representing said change in said position of said first cursor provided by said first cursor message and being operable to cause display of a pointer on the client computer; and | **To access the laser pointer,**<br><br>1. Select the **Pointer** option to turn the cursor as a small colored dot on the slide.<br><br><br><br>2. Click and drag to point to the slide contents that you want to draw attention to.<br><br><https://help.zoho.com/portal/en/kb/show/web-app/customize-and-play/articles/play-a-slideshow-zohoshow#Highlighter><br><br>The reference describes producing a first pointer message in response to said first cursor message, said first pointer message representing said change in said position of said first cursor provided by said first cursor message and being operable to cause display of a pointer on the client computer. |

| US8627211 B2 Claim 1 | Zoho |
|---|---|
| transmitting said first pointer message to said client computer. | **To show remote cursor during a remote support session:**<br><br>Click on the checkbox beside **Show remote cursor** to make the remote cursor visible during a remote support session.<br><br><https://help.zoho.com/portal/en/kb/assist/user-guide/general/articles/preference#General><br><br>The reference describes transmitting said first pointer message to said client computer. |