US010963124B2

(12) **United States Patent**
Kropivny

(10) Patent No.: **US 10,963,124 B2**
(45) Date of Patent: **Mar. 30, 2021**

(54) **SHARING CONTENT PRODUCED BY A PLURALITY OF CLIENT COMPUTERS IN COMMUNICATION WITH A SERVER**

(71) Applicant: **Uranus International Limited**, Mahe (SC)

(72) Inventor: **Alexander Kropivny**, Burnaby (CA)

(73) Assignee: **Alexander Kropivny**, Burnaby (CA)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 76 days.

(21) Appl. No.: **16/240,258**

(22) Filed: **Jan. 4, 2019**

(65) **Prior Publication Data**

US 2019/0138182 A1     May 9, 2019

**Related U.S. Application Data**

(63) Continuation of application No. 15/429,041, filed on Feb. 9, 2017, now Pat. No. 10,180,765, which is a (Continued)

(51) **Int. Cl.**
**G06F 3/048**          (2013.01)
**G06F 3/0481**         (2013.01)
(Continued)

(52) **U.S. Cl.**
CPC .......... **G06F 3/04812** (2013.01); **A63F 13/00** (2013.01); **A63F 13/358** (2014.09);
(Continued)

(58) **Field of Classification Search**
CPC .... G06F 3/04812; A63F 13/42; A63F 13/426; A63F 13/60; A63F 13/63; A63F 13/358
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,008,853 A * 4/1991 Bly .................... G06F 16/1774
                                                      715/751
5,176,520 A   1/1993 Hamilton
                    (Continued)

FOREIGN PATENT DOCUMENTS

EP      0 898 756     5/2000
EP      1 460 876     9/2004
                    (Continued)

OTHER PUBLICATIONS

Jeffay, et al., "Transport and Display Mechanisms for Multimedia Conferencing Across Packet-Switched Networks"University of North Carolina at Chapel Hill, Computer Networks and ISDN Systems, vol. 26, No. 10, pp. 1281-1304, Sep. 1993.
                    (Continued)

*Primary Examiner* — Steve Rowland
(74) *Attorney, Agent, or Firm* — Fish & Richardson P.C.

(57)                **ABSTRACT**

A method implemented on a plurality of client computers in communication with a server is disclosed. The plurality of client computers each display common content on an associated display area. The method includes generating messages representing user input received at one client computer of the plurality of client computers, the user input defining content to be shared with the plurality of client computers. The method includes causing the one client computer to transmit the generated messages to the server to elicit transmission of output messages from the server to each of the plurality of client computers, the output messages including information defining the content to be shared. The method includes, in response to receiving output messages from the server at each of the plurality of client computers, displaying the shared content over the common content on the respective display areas on each of the plurality of client computers.

**14 Claims, 37 Drawing Sheets**



US 10,963,124 B2

Page 2

### Related U.S. Application Data

continuation of application No. 14/165,296, filed on Jan. 27, 2014, now Pat. No. 9,579,572, which is a continuation of application No. 11/694,853, filed on Mar. 30, 2007, now Pat. No. 8,702,505.

(51) **Int. Cl.**

| | |
|---|---|
| *A63F 13/63* | (2014.01) |
| *A63F 13/79* | (2014.01) |
| *A63F 13/358* | (2014.01) |
| *A63F 13/42* | (2014.01) |
| *A63F 13/00* | (2014.01) |
| *G06F 3/0488* | (2013.01) |
| *H04L 12/58* | (2006.01) |
| *A63F 13/426* | (2014.01) |
| *A63F 13/60* | (2014.01) |
| *A63F 13/92* | (2014.01) |
| *H04L 29/06* | (2006.01) |

(52) **U.S. Cl.**
CPC ............ *A63F 13/42* (2014.09); *A63F 13/426* (2014.09); *A63F 13/60* (2014.09); *A63F 13/63* (2014.09); *A63F 13/79* (2014.09); *A63F 13/92* (2014.09); *G06F 3/0488* (2013.01); *H04L 51/04* (2013.01); *H04L 65/4015* (2013.01); *A63F 2300/204* (2013.01); *A63F 2300/6045* (2013.01)

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,493,692 A | 2/1996 | Theimer et al. |
| 5,544,321 A | 8/1996 | Theimer et al. |
| 5,553,123 A | 8/1996 | Chan et al. |
| 5,555,376 A | 9/1996 | Theimer et al. |
| 5,563,630 A | 10/1996 | Tsakiris et al. |
| 5,603,054 A | 2/1997 | Theimer et al. |
| 5,608,872 A | 3/1997 | Schwartz et al. |
| 5,611,050 A | 3/1997 | Theimer et al. |
| 5,655,066 A * | 8/1997 | Martin .................. G06F 3/038 |
| | | | 715/856 |
| 5,687,096 A | 11/1997 | Lappen et al. |
| 5,704,042 A | 12/1997 | Hester et al. |
| 5,717,856 A | 2/1998 | Carleton et al. |
| 5,727,155 A | 3/1998 | Dawson |
| 5,748,189 A | 5/1998 | Trueblood |
| 5,761,419 A | 7/1998 | Schwartz et al. |
| 5,781,727 A | 7/1998 | Carleton et al. |
| 5,812,785 A | 9/1998 | Lappen et al. |
| 5,812,865 A | 9/1998 | Theimer et al. |
| 5,819,038 A | 10/1998 | Carleton et al. |
| 5,835,713 A | 11/1998 | FitzPatrick et al. |
| 5,838,914 A | 11/1998 | Carleton et al. |
| 5,850,340 A | 12/1998 | York |
| 5,859,623 A | 1/1999 | Meyn et al. |
| 5,870,547 A | 2/1999 | Pommier et al. |
| 5,872,923 A | 2/1999 | Schwartz et al. |
| 5,889,946 A | 3/1999 | FitzPatrick et al. |
| 5,907,704 A | 5/1999 | Gudmundson et al. |
| 5,917,472 A | 7/1999 | Perala |
| 5,920,694 A | 7/1999 | Carleton et al. |
| 5,923,844 A | 7/1999 | Pommier et al. |
| 5,926,168 A | 7/1999 | Fan |
| 5,938,724 A | 8/1999 | Pommier et al. |
| 5,944,785 A | 8/1999 | Pommier et al. |
| 5,948,022 A | 9/1999 | Carleton et al. |
| 5,986,644 A | 11/1999 | Herder et al. |
| 6,008,777 A | 12/1999 | Yiu |
| 6,008,804 A | 12/1999 | Pommier et al. |
| 6,047,314 A | 4/2000 | Pommier et al. |
| 6,061,717 A | 5/2000 | Carleton et al. |
| 6,073,119 A | 6/2000 | Bornemisza-Wahr et al. |
| 6,085,247 A | 7/2000 | Parsons, Jr. et al. |

| | | | |
|---|---|---|---|
| 6,199,099 B1 | 3/2001 | Gershman et al. |
| 6,225,984 B1 | 5/2001 | Crawford |
| 6,243,076 B1 | 6/2001 | Hatfield |
| 6,260,160 B1 | 7/2001 | Beyda et al. |
| 6,325,756 B1 | 12/2001 | Webb et al. |
| 6,335,739 B1 | 1/2002 | Matsukura et al. |
| 6,349,337 B1 | 2/2002 | Parsons, Jr. et al. |
| 6,367,934 B1 | 4/2002 | Salesky et al. |
| 6,377,861 B1 | 4/2002 | York |
| 6,401,085 B1 | 6/2002 | Gershman et al. |
| 6,430,604 B1 | 8/2002 | Ogle et al. |
| 6,446,966 B1 | 9/2002 | Crozier |
| 6,473,794 B1 | 10/2002 | Guheen et al. |
| 6,536,037 B1 | 3/2003 | Guheen et al. |
| 6,577,622 B1 | 6/2003 | Schuster et al. |
| 6,584,493 B1 | 6/2003 | Butler |
| 6,594,406 B1 | 7/2003 | Hecht |
| 6,594,616 B2 | 7/2003 | Zhang et al. |
| 6,594,693 B1 | 7/2003 | Borwankar |
| 6,601,129 B1 | 7/2003 | Arakeri et al. |
| 6,606,744 B1 | 8/2003 | Mikurak |
| 6,615,166 B1 | 9/2003 | Guheen et al. |
| 6,629,081 B1 | 9/2003 | Cornelius et al. |
| 6,633,905 B1 | 10/2003 | Anderson et al. |
| 6,654,790 B2 | 11/2003 | Ogle et al. |
| 6,662,210 B1 | 12/2003 | Carleton et al. |
| 6,665,870 B1 | 12/2003 | Finseth et al. |
| 6,671,818 B1 | 12/2003 | Mikurak |
| 6,691,155 B2 | 2/2004 | Gottfried |
| 6,710,790 B1 | 3/2004 | Fagioli |
| 6,721,713 B1 | 4/2004 | Guheen et al. |
| 6,724,399 B1 | 4/2004 | Katchour et al. |
| 6,742,184 B1 | 5/2004 | Finseth et al. |
| 6,754,906 B1 | 6/2004 | Finseth et al. |
| 6,763,226 B1 | 7/2004 | McZeal, Jr. |
| 6,781,962 B1 | 8/2004 | Williams et al. |
| 6,791,531 B1 | 9/2004 | Johnston et al. |
| 6,813,775 B1 | 11/2004 | Finseth et al. |
| 6,859,821 B1 | 2/2005 | Ozzie et al. |
| 6,868,140 B2 | 3/2005 | Myers et al. |
| 6,925,650 B1 | 8/2005 | Arsenault et al. |
| 6,988,132 B2 | 1/2006 | Horvitz |
| 6,990,513 B2 | 1/2006 | Belfiore et al. |
| 7,003,728 B2 | 2/2006 | Berque |
| 7,010,470 B2 | 3/2006 | Kodosky et al. |
| 7,010,613 B2 | 3/2006 | Connor |
| 7,017,174 B1 | 3/2006 | Sheedy |
| 7,020,893 B2 | 3/2006 | Connelly |
| 7,039,061 B2 | 5/2006 | Connor et al. |
| 7,047,248 B1 | 5/2006 | Tycast |
| 7,055,165 B2 | 5/2006 | Connelly |
| 7,127,745 B1 * | 10/2006 | Herse .................. G06F 21/6209 |
| | | | 726/30 |
| 7,167,898 B2 | 1/2007 | Sato et al. |
| 7,353,251 B1 | 4/2008 | Balakrishnan |
| 7,509,388 B2 | 3/2009 | Allen et al. |
| 7,519,730 B2 | 4/2009 | Bailey et al. |
| 7,765,261 B2 | 7/2010 | Kropivny |
| 7,765,266 B2 | 7/2010 | Kropivny |
| 7,950,046 B2 | 5/2011 | Kropivny |
| 8,060,887 B2 | 11/2011 | Kropivny |
| 2001/0000666 A1 | 5/2001 | Wood et al. |
| 2001/0000811 A1 | 5/2001 | May et al. |
| 2001/0004254 A1 | 6/2001 | Okahara et al. |
| 2001/0030668 A1 | 10/2001 | Erten et al. |
| 2001/0042214 A1 | 11/2001 | Radatti et al. |
| 2001/0044725 A1 | 11/2001 | Matsuda et al. |
| 2001/0044826 A1 | 11/2001 | Ludwig et al. |
| 2001/0049087 A1 | 12/2001 | Hale |
| 2001/0052108 A1 | 12/2001 | Bowman-Amuah |
| 2001/0055039 A1 | 12/2001 | Matsuda |
| 2001/0056401 A1 | 12/2001 | Tompkins |
| 2002/0008692 A1 | 1/2002 | Omura et al. |
| 2002/0021307 A1 | 2/2002 | Glenn et al. |
| 2002/0033839 A1 | 2/2002 | Elber et al. |
| 2002/0055788 A1 | 5/2002 | Petrie et al. |
| 2002/0055891 A1 | 5/2002 | Yang |
| 2002/0065912 A1 | 5/2002 | Catchpole et al. |
| 2002/0065926 A1 | 5/2002 | Hackney et al. |

**US 10,963,124 B2**

Page 3

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2002/0072980 A1 | 6/2002 | Dutta | |
| 2002/0087549 A1 | 7/2002 | Horvitz | |
| 2002/0101445 A1 | 8/2002 | Berque | |
| 2002/0120935 A1 | 8/2002 | Huber et al. | |
| 2002/0124051 A1 | 9/2002 | Ludwig et al. | |
| 2002/0130850 A1 | 9/2002 | Kobayashi et al. | |
| 2002/0143591 A1 | 10/2002 | Connelly | |
| 2002/0143876 A1 | 10/2002 | Boyer et al. | |
| 2002/0144269 A1 | 10/2002 | Connelly | |
| 2002/0147645 A1 | 10/2002 | Alao et al. | |
| 2002/0149617 A1 | 10/2002 | Becker | |
| 2002/0154210 A1 | 10/2002 | Ludwig et al. | |
| 2002/0161862 A1 | 10/2002 | Horvitz | |
| 2002/0163572 A1 | 11/2002 | Center, Jr. et al. | |
| 2002/0167947 A1 | 11/2002 | Hallford et al. | |
| 2002/0188443 A1 | 12/2002 | Reddy et al. | |
| 2002/0193066 A1 | 12/2002 | Connelly | |
| 2002/0193997 A1 | 12/2002 | Fitzpatrick et al. | |
| 2002/0194083 A1 | 12/2002 | Balabhadrapatruni et al. | |
| 2002/0194585 A1 | 12/2002 | Connelly | |
| 2002/0194603 A1 | 12/2002 | Connelly | |
| 2003/0005301 A1 | 1/2003 | Jutzi et al. | |
| 2003/0005451 A1 | 1/2003 | Connelly | |
| 2003/0005465 A1 | 1/2003 | Connelly | |
| 2003/0018719 A1 | 1/2003 | Ruths et al. | |
| 2003/0018725 A1 | 1/2003 | Turner et al. | |
| 2003/0023440 A1 | 1/2003 | Chu | |
| 2003/0028451 A1 | 2/2003 | Ananian | |
| 2003/0028901 A1 | 2/2003 | Shae et al. | |
| 2003/0043815 A1 | 3/2003 | Tinsley et al. | |
| 2003/0050834 A1 | 3/2003 | Caplan | |
| 2003/0058275 A1 | 3/2003 | Pilu et al. | |
| 2003/0058878 A1 | 3/2003 | Minnick et al. | |
| 2003/0066090 A1 | 4/2003 | Traw et al. | |
| 2003/0088875 A1 | 5/2003 | Gay et al. | |
| 2003/0103647 A1 | 6/2003 | Rui et al. | |
| 2003/0108002 A1 | 6/2003 | Chaney et al. | |
| 2003/0110485 A1 | 6/2003 | Lu et al. | |
| 2003/0120751 A1 | 7/2003 | Husain et al. | |
| 2003/0124502 A1 | 7/2003 | Chou | |
| 2003/0130973 A1 | 7/2003 | Sumner, II et al. | |
| 2003/0131073 A1 | 7/2003 | Lucovsky et al. | |
| 2003/0137536 A1 | 7/2003 | Hugh | |
| 2003/0158901 A1 | 8/2003 | Ludwig et al. | |
| 2003/0185232 A1 | 10/2003 | Moore et al. | |
| 2003/0185359 A1 | 10/2003 | Moore et al. | |
| 2003/0185360 A1 | 10/2003 | Moore et al. | |
| 2003/0187641 A1 | 10/2003 | Moore et al. | |
| 2003/0187650 A1 | 10/2003 | Moore et al. | |
| 2003/0187800 A1 | 10/2003 | Moore et al. | |
| 2003/0187940 A1 | 10/2003 | Ludwig et al. | |
| 2003/0191676 A1 | 10/2003 | Templeton | |
| 2003/0193961 A1 | 10/2003 | Moore et al. | |
| 2003/0195932 A1* | 10/2003 | Tanabe .................... H04L 63/08 709/205 | |
| 2003/0203347 A1 | 10/2003 | Notomi | |
| 2003/0206203 A1 | 11/2003 | Ly | |
| 2003/0215078 A1 | 11/2003 | Brahm et al. | |
| 2003/0217096 A1 | 11/2003 | McKelvie et al. | |
| 2003/0217123 A1 | 11/2003 | Anderson et al. | |
| 2003/0220971 A1 | 11/2003 | Kressin | |
| 2003/0220973 A1 | 11/2003 | Zhu et al. | |
| 2003/0221196 A1 | 11/2003 | Connelly | |
| 2003/0225832 A1 | 12/2003 | Ludwig | |
| 2003/0225836 A1 | 12/2003 | Lee et al. | |
| 2003/0227487 A1 | 12/2003 | Hugh | |
| 2003/0228896 A1 | 12/2003 | Iida et al. | |
| 2003/0229900 A1 | 12/2003 | Reisman | |
| 2004/0001043 A1 | 1/2004 | Lin | |
| 2004/0001044 A1 | 1/2004 | Luciani, Jr. et al. | |
| 2004/0001082 A1 | 1/2004 | Said | |
| 2004/0002049 A1 | 1/2004 | Beavers et al. | |
| 2004/0002838 A1 | 1/2004 | Oliver et al. | |
| 2004/0002958 A1 | 1/2004 | Seshadri et al. | |
| 2004/0002972 A1 | 1/2004 | Pather et al. | |
| 2004/0002988 A1 | 1/2004 | Seshadri et al. | |
| 2004/0003041 A1 | 1/2004 | Moore et al. | |
| 2004/0008635 A1 | 1/2004 | Nelson et al. | |
| 2004/0021645 A1 | 2/2004 | Kobayashi et al. | |
| 2004/0024820 A1 | 2/2004 | Ozzie et al. | |
| 2004/0030750 A1 | 2/2004 | Moore et al. | |
| 2004/0030753 A1 | 2/2004 | Horvitz | |
| 2004/0031058 A1 | 2/2004 | Reisman | |
| 2004/0039630 A1 | 2/2004 | Begole et al. | |
| 2004/0061716 A1 | 4/2004 | Cheung et al. | |
| 2004/0064351 A1 | 4/2004 | Mikurak | |
| 2004/0080504 A1 | 4/2004 | Salesky et al. | |
| 2004/0086100 A1 | 5/2004 | Moore et al. | |
| 2004/0090424 A1 | 5/2004 | Hurley et al. | |
| 2004/0098458 A1 | 5/2004 | Husain et al. | |
| 2004/0098462 A1 | 5/2004 | Horvitz et al. | |
| 2004/0098717 A1 | 5/2004 | Husain et al. | |
| 2004/0098728 A1 | 5/2004 | Husain et al. | |
| 2004/0098729 A1 | 5/2004 | Husain et al. | |
| 2004/0103152 A1 | 5/2004 | Ludwig et al. | |
| 2004/0104927 A1 | 6/2004 | Husain et al. | |
| 2004/0107125 A1 | 6/2004 | Guheen et al. | |
| 2004/0107253 A1 | 6/2004 | Ludwig et al. | |
| 2004/0107254 A1 | 6/2004 | Ludwig et al. | |
| 2004/0107255 A1 | 6/2004 | Ludwig et al. | |
| 2004/0107420 A1 | 6/2004 | Husain et al. | |
| 2004/0128350 A1 | 7/2004 | Topfl et al. | |
| 2004/0128359 A1 | 7/2004 | Horvitz et al. | |
| 2004/0143636 A1 | 7/2004 | Horvitz et al. | |
| 2004/0143763 A1 | 7/2004 | Radatti | |
| 2004/0146048 A1 | 7/2004 | Cotte | |
| 2004/0148083 A1 | 7/2004 | Arakawa et al. | |
| 2004/0148340 A1 | 7/2004 | Cotte | |
| 2004/0148341 A1 | 7/2004 | Cotte | |
| 2004/0148342 A1 | 7/2004 | Cotte | |
| 2004/0148351 A1 | 7/2004 | Cotte | |
| 2004/0148392 A1 | 7/2004 | Cotte | |
| 2004/0148419 A1 | 7/2004 | Chen et al. | |
| 2004/0150625 A1 | 8/2004 | Shih et al. | |
| 2004/0158857 A1 | 8/2004 | Finseth et al. | |
| 2004/0162144 A1 | 8/2004 | Loose et al. | |
| 2004/0168121 A1 | 8/2004 | Matz | |
| 2004/0172447 A1 | 9/2004 | Miller | |
| 2004/0177048 A1 | 9/2004 | Klug | |
| 2004/0179025 A1 | 9/2004 | Samra et al. | |
| 2004/0179036 A1 | 9/2004 | Teplov et al. | |
| 2004/0181577 A1 | 9/2004 | Skurikhin et al. | |
| 2004/0181579 A1* | 9/2004 | Huck ................ H04L 29/08846 709/205 | |
| 2004/0181796 A1 | 9/2004 | Fedotov et al. | |
| 2004/0185857 A1 | 9/2004 | Diacakis et al. | |
| 2004/0186888 A1 | 9/2004 | Samn | |
| 2004/0194136 A1 | 9/2004 | Finseth et al. | |
| 2004/0201620 A9 | 10/2004 | Berque | |
| 2004/0201628 A1 | 10/2004 | Johanson et al. | |
| 2004/0205775 A1 | 10/2004 | Heikes et al. | |
| 2004/0205818 A1 | 10/2004 | Saruhashi et al. | |
| 2004/0215742 A1 | 10/2004 | Cook et al. | |
| 2004/0215743 A1 | 10/2004 | Cook et al. | |
| 2004/0216044 A1 | 10/2004 | Martin et al. | |
| 2004/0216045 A1 | 10/2004 | Martin et al. | |
| 2004/0221009 A1 | 11/2004 | Cook et al. | |
| 2004/0221010 A1 | 11/2004 | Butler | |
| 2004/0221145 A1 | 11/2004 | Bolen et al. | |
| 2004/0221256 A1 | 11/2004 | Martin et al. | |
| 2004/0221260 A1 | 11/2004 | Martin et al. | |
| 2004/0228531 A1 | 11/2004 | Fernadez et al. | |
| 2004/0230536 A1 | 11/2004 | Fung et al. | |
| 2004/0230572 A1 | 11/2004 | Omoigui | |
| 2004/0233168 A1 | 11/2004 | Christenson | |
| 2004/0236830 A1 | 11/2004 | Nelson et al. | |
| 2004/0252679 A1 | 12/2004 | Williams et al. | |
| 2004/0254998 A1 | 12/2004 | Horvitz | |
| 2004/0263636 A1 | 12/2004 | Cutler et al. | |
| 2004/0266460 A1 | 12/2004 | Reynolds | |
| 2004/0267694 A1 | 12/2004 | Sakai et al. | |
| 2005/0004881 A1 | 1/2005 | Klug | |
| 2005/0005247 A1 | 1/2005 | Kamachi et al. | |
| 2005/0007344 A1 | 1/2005 | Cook et al. | |

## US 10,963,124 B2

Page 4

(56)                    **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2005/0027539 | A1 | 2/2005 | Weber et al. |
| 2005/0028207 | A1 | 2/2005 | Finseth et al. |
| 2005/0031106 | A1 | 2/2005 | Henderson |
| 2005/0034079 | A1 | 2/2005 | Gunasekar et al. |
| 2005/0044089 | A1 | 2/2005 | Wu et al. |
| 2005/0049993 | A1 | 3/2005 | Nori et al. |
| 2005/0049994 | A1 | 3/2005 | Thompson et al. |
| 2005/0050053 | A1 | 3/2005 | Thompson |
| 2005/0050054 | A1 | 3/2005 | Clark et al. |
| 2005/0050537 | A1 | 3/2005 | Thompson et al. |
| 2005/0055354 | A1 | 3/2005 | Thompson et al. |
| 2005/0055380 | A1 | 3/2005 | Thompson et al. |
| 2005/0055632 | A1 | 3/2005 | Schwartz et al. |
| 2005/0059491 | A1 | 3/2005 | Oh |
| 2005/0060211 | A1 | 3/2005 | Xiao et al. |
| 2005/0060411 | A1 | 3/2005 | Coulombe et al. |
| 2005/0060432 | A1 | 3/2005 | Husain et al. |
| 2005/0071430 | A1 | 3/2005 | Kobayashi et al. |
| 2005/0074101 | A1 | 4/2005 | Moore et al. |
| 2005/0080849 | A1 | 4/2005 | Wee et al. |
| 2005/0081160 | A1 | 4/2005 | Wee et al. |
| 2005/0083851 | A1 | 4/2005 | Fotsch |
| 2005/0084082 | A1 | 4/2005 | Horvitz et al. |
| 2005/0084100 | A1 | 4/2005 | Spies et al. |
| 2005/0091184 | A1 | 4/2005 | Seshadri et al. |
| 2005/0091269 | A1 | 4/2005 | Gerber et al. |
| 2005/0091272 | A1 | 4/2005 | Smith et al. |
| 2005/0091297 | A1 | 4/2005 | Sato et al. |
| 2005/0091671 | A1 | 4/2005 | Deem et al. |
| 2005/0091674 | A1 | 4/2005 | Knight et al. |
| 2005/0093868 | A1 | 5/2005 | Hinckley |
| 2005/0102364 | A1 | 5/2005 | Ozzie et al. |
| 2005/0104864 | A1 | 5/2005 | Zhang et al. |
| 2005/0104892 | A1 | 5/2005 | Covington et al. |
| 2005/0108451 | A1 | 5/2005 | Covington et al. |
| 2005/0108614 | A1 | 5/2005 | Huntly-Playle et al. |
| 2005/0114528 | A1 | 5/2005 | Suito |
| 2005/0117729 | A1 | 6/2005 | Reding et al. |
| 2005/0125083 | A1 | 6/2005 | Kiko |
| 2005/0125717 | A1 | 6/2005 | Segal et al. |
| 2005/0129278 | A1 | 6/2005 | Rui et al. |
| 2005/0132408 | A1 | 6/2005 | Dahley et al. |
| 2005/0138552 | A1 | 6/2005 | Venolia |
| 2005/0147278 | A1 | 7/2005 | Rui et al. |
| 2005/0149630 | A1 | 7/2005 | Smolinski et al. |
| 2005/0155031 | A1 | 7/2005 | Wang et al. |
| 2005/0165545 | A1 | 7/2005 | Obradovich et al. |
| 2005/0166151 | A1 | 7/2005 | Isozaki et al. |
| 2005/0177868 | A1 | 8/2005 | Kwan |
| 2005/0180548 | A1 | 8/2005 | Moore |
| 2005/0182824 | A1 | 8/2005 | Cotte |
| 2005/0182852 | A1 | 8/2005 | Tinsley et al. |
| 2005/0183143 | A1 | 8/2005 | Anderholm et al. |
| 2005/0193062 | A1 | 9/2005 | Komine et al. |
| 2005/0193102 | A1 | 9/2005 | Horvitz |
| 2005/0198040 | A1 | 9/2005 | Cohen et al. |
| 2005/0202388 | A1 | 9/2005 | Zuhl et al. |
| 2005/0204309 | A1 | 9/2005 | Szeto |
| 2005/0210103 | A1 | 9/2005 | Rui et al. |
| 2005/0210394 | A1 | 9/2005 | Crandall et al. |
| 2005/0219204 | A1 | 10/2005 | Huddleston et al. |
| 2005/0223027 | A1 | 10/2005 | Lawrence et al. |
| 2005/0235215 | A1 | 10/2005 | Dunn et al. |
| 2005/0237380 | A1 | 10/2005 | Kakii et al. |
| 2005/0240960 | A1 | 10/2005 | Nagtzaam |
| 2005/0246283 | A1* | 11/2005 | Gwiazda .............. G06Q 10/10 |
| | | | 705/52 |
| 2005/0246415 | A1 | 11/2005 | Belfiore et al. |
| 2005/0261062 | A1 | 11/2005 | Lewin et al. |
| 2005/0261999 | A1 | 11/2005 | Rowady, Jr. |
| 2005/0276444 | A1 | 12/2005 | Zhou et al. |
| 2005/0285878 | A1 | 12/2005 | Singh et al. |
| 2005/0288078 | A1 | 12/2005 | Cheok et al. |
| 2005/0289092 | A1 | 12/2005 | Sumner, II et al. |
| 2005/0289453 | A1 | 12/2005 | Segal et al. |
| 2005/0289590 | A1 | 12/2005 | Cheok et al. |
| 2006/0004608 | A1 | 1/2006 | Rovinelli et al. |
| 2006/0010206 | A1 | 1/2006 | Apacible et al. |
| 2006/0014132 | A1 | 1/2006 | Hamilton |
| 2006/0015598 | A1 | 1/2006 | Olsen et al. |
| 2006/0022955 | A1 | 2/2006 | Kennedy |
| 2006/0026067 | A1 | 2/2006 | Nicholas et al. |
| 2006/0026254 | A1 | 2/2006 | Kessen et al. |
| 2006/0028457 | A1 | 2/2006 | Burns |
| 2006/0029092 | A1 | 2/2006 | Luo et al. |
| 2006/0031291 | A1 | 2/2006 | Beckemeyer |
| 2006/0041616 | A1 | 2/2006 | Ludwig et al. |
| 2006/0041617 | A1 | 2/2006 | Ludwig et al. |
| 2006/0041648 | A1 | 2/2006 | Horvitz |
| 2006/0041752 | A1 | 2/2006 | Tuvell et al. |
| 2006/0041848 | A1 | 2/2006 | Lira |
| 2006/0045029 | A1 | 3/2006 | Ethier et al. |
| 2006/0045030 | A1 | 3/2006 | Bieselin |
| 2006/0047557 | A1 | 3/2006 | Bieselin et al. |
| 2006/0047770 | A1 | 3/2006 | Marappan et al. |
| 2006/0048061 | A1 | 3/2006 | Forlenza et al. |
| 2006/0059253 | A1 | 3/2006 | Goodman et al. |
| 2006/0059266 | A1 | 3/2006 | Ludwig et al. |
| 2006/0064401 | A1 | 3/2006 | Ludwig et al. |
| 2006/0075055 | A1 | 4/2006 | Littlefield |
| 2006/0075121 | A1 | 4/2006 | Ludwig et al. |
| 2006/0080432 | A1 | 4/2006 | Spataro et al. |
| 2006/0080702 | A1 | 4/2006 | Diez et al. |
| 2006/0080710 | A1 | 4/2006 | Carthern |
| 2006/0092178 | A1 | 5/2006 | Tanguay, Jr. et al. |
| 2006/0092268 | A1 | 5/2006 | Ahn et al. |
| 2006/0094467 | A1 | 5/2006 | Kim et al. |
| 2006/0095401 | A1 | 5/2006 | Krikorian et al. |
| 2006/0095471 | A1 | 5/2006 | Krikorian et al. |
| 2006/0095472 | A1 | 5/2006 | Krikorian et al. |
| 2006/0099941 | A1 | 5/2006 | Kim et al. |
| 2006/0101116 | A1 | 5/2006 | Rittman et al. |
| 2006/0101119 | A1 | 5/2006 | Qureshi et al. |
| 2006/0107226 | A1 | 5/2006 | Matthews et al. |
| 2006/0107231 | A1 | 5/2006 | Matthews et al. |
| 2006/0114920 | A1 | 6/2006 | Jung et al. |
| 2006/0117371 | A1 | 6/2006 | Margulis |
| 2006/0123334 | A1 | 6/2006 | Balasubramanyan et al. |
| 2006/0123353 | A1 | 6/2006 | Matthews et al. |
| 2006/0126806 | A1 | 6/2006 | Trandal et al. |
| 2006/0135258 | A1 | 6/2006 | Maheshwari et al. |
| 2006/0136191 | A1 | 6/2006 | Irons |
| 2006/0136964 | A1 | 6/2006 | Diez et al. |
| 2006/0139330 | A1 | 6/2006 | Kutch et al. |
| 2006/0142012 | A1 | 6/2006 | Kirchhoff et al. |
| 2006/0143714 | A1 | 6/2006 | Peterson et al. |
| 2006/0154713 | A1 | 7/2006 | Sunazuka et al. |
| 2006/0161981 | A1 | 7/2006 | Sheth et al. |
| 2006/0211464 | A1 | 9/2006 | Malobabic |
| 2006/0269290 | A1 | 11/2006 | Greenspan |
| 2006/0279042 | A1 | 12/2006 | Stevenson et al. |
| 2007/0013131 | A1 | 1/2007 | Potter |
| 2007/0015574 | A1 | 1/2007 | Vale et al. |
| 2007/0037622 | A1 | 2/2007 | Chan |
| 2007/0101190 | A1 | 5/2007 | Chen et al. |
| 2007/0126179 | A1 | 6/2007 | Esserman et al. |
| 2007/0160972 | A1 | 7/2007 | Clark |
| 2007/0255788 | A1* | 11/2007 | Troung .............. H04L 12/1822 |
| | | | 709/205 |
| 2007/0288640 | A1* | 12/2007 | Schmieder .......... G06F 3/0481 |
| | | | 709/227 |
| 2007/0294632 | A1* | 12/2007 | Toyama .............. G06F 3/0481 |
| | | | 715/764 |
| 2008/0003559 | A1* | 1/2008 | Toyama .................. G09B 7/02 |
| | | | 434/350 |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 1 484 892 | 12/2004 |
| EP | 1 633 119 | 3/2006 |
| WO | WO 99/48011 | 9/1999 |
| WO | WO 01/25940 | 4/2001 |

(56)        **References Cited**

FOREIGN PATENT DOCUMENTS

| WO | WO 01/95126 | 12/2001 |
| WO | WO 02/073439 | 9/2002 |
| WO | WO 2005/022397 A1 | 3/2005 |

OTHER PUBLICATIONS

Bly, S., et al., "Commune: A Shared Drawing Surface," *ACM Sigois Bulletin*, 11(2-3):184-192, Mar. 1990.

Gajewska, H., et al., "Argo: A System for Distributed Collaboration," Oct. 1994, Proceedings of the Second ACM International Conference on Multimedia, San Francisco, California, USA, pp. 433-440, 8 pages.

Gajewska, H., et al., "Argo: A System for Distributed Collaboration," Systems Research Center—Digital Equipment Corporation, Palo Alto, CA, 2007.

Mauve et al., "A generic proxy system for networked computer games", Proceedings of the 1st workshop on Network and system support for games, 2002, pp. 25-28.

Dodds, "Collaborative Interaction in a Virtual Environment", Visualization and Virtual Reality Research Group, School of Computing, University of Leeds, 10 pages, 2004.

Dyck et al., "High-Performance Telepointers", Proc. ACM CSCW, pp. 172-181, 2004.

Bernier, Y. "Latency Compensating Methods in Client/Server Ingame Protocol Design and Optimization," Feb. 2001, Game Developers Conference, 13 pages.

Dyck, J., "A Survey of Application-Layer Networking Techniques for Real-time Distributed Groupware," University of Saskatchewan, Ph.D Comprehensive Exam Survey, 51 pages, Jan. 2006.

Bonham, S., et al., "Quake: An Example Multi-User Network Application—Problems and Solutions in Distributed Interactive Simulations," *CSE 561 Term Project Report*, University of Washington, Seattle, Washington, USA, 10 pages, May 2000.

Funkhouser, "Network topologies for scalable multi-user virtual environments", Proc. Of the Virtual Reality Annual International Symposium, pp. 222-228, 1996.

Marsic, "Real-Time Collaboration in Heterogeneous Computing Environments", Proc. ITCC 2000, pp. 222-227. March 2000.

Phillips, "Architectures for Synchronous Groupware. Technical Report", 1999-425. Department of Computing and Information science, Queen's University, Kingston, Ontario, Canada, 1999.

Benford, S., et al., "User Embodiment in Collaborative Virtual Environments," Proceedings of the SIGCHI Conference on Human Factors in Computing Systems, Denver, Colorado, USA, pp. 242-249, (1995).

Bier et al., "MMM: a User Interface Architecture for Shared Editors on a Single Screen" Proc. ACM UIST 1991, 79-86.

Greenberg et al., "GroupSketch: A Multi-User Sketchpad for Geographically-Distributed Small Groups". Proc. Graphics Interface, 1991, 207-215.

Gutwin et al., "Improving Interpretation of Remote Gestures with Telepointer Traces", Proc. CSCW 2002, 49-57.

Written Opinion dated Dec. 18, 2007 for PCT/CA2007/000589 published as WO2008119149 on Oct. 9, 2008, and entitled "Method, Apparatus, System, and Medium for Supporting Multiple-Party Communications" (16 pages).

International Search Report and Written Opinion dated Dec. 18, 2007 for PCT/CA2007/000589 published as WO2008119149 dated Oct. 9, 2008, and entitled "Method, Apparatus, System, And Medium For Supporting Multiple-Party Communications" (34 pages).

International Preliminary Report on Patentability dated Aug. 3, 2009 for PCT/CA2007/000589 published as WO2008119149 on Oct. 9, 2008, and entitled "Method, Apparatus, System, And Medium For Supporting Multiple-Party Communications" (14 pages).

U.S. Appl. No. 11/694,770, filed Mar. 30, 2007 published as US-2008-0243994-A1 on Oct. 2, 2008 and entitled "Method, Apparatus, System, and Medium for Supporting Multiple-Party Communications".

U.S. Appl. No. 11/694,872, filed Mar. 30, 2007 published as US-2008-0244615-A1 on Oct. 2, 2008 and entitled "Method, Apparatus, System, Medium, and Signals for Supporting a Multiple-Party Communication on a Plurality of Computer Servers".

U.S. Appl. No. 11/694,817, filed Mar. 30, 2007 published as US-2008-0244461-A1 on Oct. 2, 2008 and entitled Method, Apparatus, System, Medium, and Signals For Supporting Pointer Display In A Multiple-Party Communication.

U.S. Appl. No. 11/694,865, filed Mar. 30, 2007 published as US-2008-0244702-A1 on Oct. 2, 2008 and entitled "Method, Apparatus, System, Medium, and Signals for Intercepting a Multiple-Party Communication".

U.S. Appl. No. 11/694,883, filed Mar. 30, 2007 published as US-2008-0244013-A1 on Oct. 2, 2008 and entitled "Method, Apparatus, System, Medium, and Signals for Publishing Content Created During a Communication".

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4

SERVER:
Create new
communication



"Create New Communication" message
received from client computer

150

152

Read communication name &
password and add new
communication entry to
Communication Table
154

Create new shared buffer and associate
with the new communication;
Initialize start data pointer;
Initialize current data pointer;
Instantiate page manager
156

Instantiate new client manager
for the communication
158

Create new client table and
add an entry for the
originating client
160

Create server side Rx and Tx
buffers for the originating client
162

Transmit user interface web
codes to originating client
computer
164

FIG. 5

**Communication Table Entry
Format**



180

| 182 ~ | **CID** | Communication Identifier |
|---|---|---|
| 184 ~ | **CommunicationName** | Entered by originating client |
| 186 ~ | **CommunicationPassword** | Optional, entered by originating client |
| 188 ~ | **KeepRunningIdleFlag** | Flag indicating whether communication should continue when last client disconnects from the server |
| 190 ~ | **StartPointer** | Points to the first inserted message in the Shared Buffer |
| 192 ~ | **CurrentPointer** | Points to the last inserted message in the Shared Buffer |
| 194 ~ | **List of Pages** | List of pages, created in the communication |
| 196 ~ | **Current Page** | Currently loaded page in the communication |
| 198 ~ | **HiddenFlag** | Communication hidden from view |

## FIG. 6

**Client Table Entry Format**

200

| 202 ~ | **UID** | Client's User Identifier |
|---|---|---|
| 204 ~ | **Client IP Address** | Client's public IP |
| 206 ~ | **Client Port** | Client's public TCP or UDP port number |
| 208 ~ | **CatchUpFlag** | When set, Indicates that the client needs to catch up all previous data shared in the communication |
| 210 ~ | **SentPointer** | Points to the last message in the Shared Buffer that was sent to the client computer |
| 212 ~ | **SilentFlag** | Set for designated intercept client computers |

## FIG. 7

SERVER:
List/join active
communication





FIG. 8



FIG. 9



**Selected Mouse and Keyboard Events**

**mouseClicked(MouseEvent e)**
    Invoked when the mouse button has been clicked (pressed and released)

**mouseDragged(MouseEvent e)**
    Invoked when a mouse button has been pressed on the mouse and then the mouse has been dragged.

**mouseMoved(MouseEvent e)**
    Invoked when the mouse cursor has been moved but no buttons have been pressed.

**keyTyped(KeyEvent e)**
    Invoked when a key has been typed.

320

322
324
326
328

FIG. 10



FIG. 11

330

| Event Name | Key Typed | Mouse Drag | Image Show | Link Create | Game | Mouse Move | Clear Screen | Save | Open | Page Change | Dis-connect | Shut-down |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ID | 1 (338) | 2 (340) | 3 (342) | 4 (344) | 5 (359) | 10 (346) | 20 (348) | 21 (350) | 22 (352) | 23 (354) | 24 (356) | 25 (358) |
| Byte:1 | MsgID | MsgID | MsgID | MsgID | MsgID | MsgID | MsgID | MsgID | MsgID | MsgID | MsgID | MsgID |
| 2 | MsgID | MsgID | MsgID | MsgID | MsgID | MsgID | MsgID | MsgID | MsgID | MsgID | MsgID | MsgID |
| 3 | UID | UID | UID | UID | UID | UID | UID | UID | UID | UID | UID | UID |
| 4 | UID | UID | UID | UID | UID | UID | UID | UID | UID | UID | UID | UID |
| 5 | Rcolor | Rcolor | Xnew | X1 | | Xnew | | | | PageFlag | | |
| 6 | Gcolor | Gcolor | Xnew | X1 | | Xnew | | | | | | |
| 7 | Bcolor | Bcolor | Ynew | Y1 | | Ynew | | | | | | |
| 8 | FontName | Width | Ynew | Y1 | | Ynew | | | | | | |
| 9 | FontStyle | Xold | Filename | X2 | | | | Filename | Filename | | | |
| 10 | FontSize | Xold | | X2 | | | | | | | | |
| 11 | Key | Yold | | Y2 | | | | | | | | |
| 12 | Key | Yold | | Y2 | | | | | | | | |
| 13 | Xnew | Xnew | | Filename | | | | | | | | |
| 14 | Xnew | Xnew | | | | | | | | | | |
| 15 | Ynew | Ynew | | | | | | | | | | |
| 16 | Ynew | Ynew | | | | | | | | | | |
| 27 | | | | | | | | | | | | |
| 28 | | | Filename | Filename | | | | Filename | Filename | | | |
| 29 | | | Filename | Filename | | | | Filename | Filename | | | |
| 30 | #0 | #0 | #0 | #0 | #0 | #0 | #0 | #0 | #0 | #0 | #0 | #0 |

Persistent 332 — Non-Persistent 334 — Control 336

FIG. 12



FIG. 13A



FIG. 13B



FIG. 13C



CLIENT:
Message transmission to server

440



Messages
in Tx Buffer?
442

Write messages to I/O
Interface
444

FIG. 14



FIG. 15A



FIG. 15B

SERVER:
Message processing
before transmission



FIG. 16

SERVER:
Message transmission



FIG. 17



FIG. 18A



FIG. 18B

SERVER:
Create communication
for published page
viewing

Request to view a published
communication page received
from public access computer
682

680

Read information identifying the
published communication and add new
communication entry to Communication
Table with HiddenFlag = "Active"
684

Create new shared buffer;
Initialize start data pointer;
Initialize current data pointer;
Instantiate page manager
686

Instantiate new client manager
for the communication
688

Create new client table and
add an entry for the
originating client;
Set CatchUpFlag Active
690

Create server side Rx and Tx
buffers for the originating client
692

Transmit user interface codes to
public access computer
694

Load published communication
page messages into shared
buffer 696

FIG. 19

CLIENT:
Game message
generation process



FIG. 20

CLIENT:
Game piece image
display process



FIG. 21



FIG. 22



CLIENT:
Game piece image
movement process

624
18A  —N—  MsgID =2? 630  —N—  636 18A

Read fields:
RGB color
Line Width
Xold, Yold
Xnew, Ynew
632

Xnew, Ynew
in game piece
coordinate area?
772  —Y—  Call function to delete and redraw game piece image at new location shifted by ΔXg, ΔYg 774

770

Write new Xg, Yg in the game piece coordinate store 775

Xold, Yold
in game piece
coordinate area?
776

N

Call function to draw Line of RGB color of that Width from Xold, Yold to Xnew, Ynew 634  —N—

Y

Call function to move image of remote mouse to Xnew, Ynew position 648

FIG. 23

| | 780 | 782 |
|---|---|---|
| **Event Name ID** | **Game Piece Movement** **6** | **Game Piece Action** **7** |
| **Byte:** 1 | MsgID | MsgID |
| 2 | MsgID | MsgID |
| 3 | UID | UID |
| 4 | UID | UID |
| 5 | Xold | Owner UID |
| 6 | Xold | Owner UID |
| 7 | Yold | Identifier |
| 8 | Yold | Identifier |
| 9 | Xnew | Action Type |
| 10 | Xnew | |
| 11 | Ynew | |
| 12 | Ynew | |
| 13 | Owner UID | |
| 14 | Owner UID | |
| 15 | Identifier | |
| 16 | Identifier | |
| . | | |
| . | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | #0 | #0 |
| | ← Persistent → | |

FIG. 24



FIG. 25



FIG. 26



FIG. 27

SERVER:
Create intercept
communication process



880

Request to intercept active
communication received from
designated client computer
882

Read information in request
message and match to an active
communication in the
communication table
883

Add designated client
computer to the client table;
SilentFlag = active;
CatchUpFlag="not active"
884

Create Rx and Tx buffers for the
designated client computer
886

Transmit user interface codes to
the designated client computer
888

Transmit all persistent, non-
persistent and control
messages to designated client
computer
890

FIG. 28

SERVER:
Message receive process



Message received in
client Rx Buffer
1002

Read SilentFlag
for client from
client table entry
1004

1000

SilentFlag
=Active
1006 — N → TO 508
(Figure 15A)

Y

MsgID
=24 or 25?
1008 — N → Ignore Message
1012

Y

Remove designated client
computer from Client table;
Delete Rx & Tx buffer for Client
1010

FIG. 29



FIG. 30



SERVER:
Intercept of saved
communications

1030

Message requesting saved
communication access received
from designated client computer

1032

Read filename and/or communication
name in the message
1033

Assign communication identifyer (CID);
Add new communication entry to
Communications Table with HiddenFlag = active,
1034

Instantiate new client manager
for the communication
1036

Create new Shared Buffer for the
communication and initialize the
Start & Current data pointers
1038

Add designated client computer
to the client table with
"CatchUpFlag" = "Not active"
"SilentFlag" = "active"
1040

Create Rx and Tx buffers for the
designated client computer
1042

Transmit user interface codes to
designated client computer
1044

Load shared buffer from hard
drive saved communication store
1046

FIG. 31



FIG. 32



FIG. 33



SECOND SERVER:
Create mirrored
communication process
1200

Communication Name & Password
Received from first server
1202

Add new communication entry
to Communications Table
1204

Create new shared buffer;
Initialize start data pointer;
Initialize current data pointer;
Instantiate page manager
1206

Instantiate new client manager
for the communication
1208

Create new client table and
add an entry for the first
server
1210

Create server side Rx and Tx
buffers for the first server
1212

FIG. 34



FIG. 35

US 10,963,124 B2

**1**

## SHARING CONTENT PRODUCED BY A PLURALITY OF CLIENT COMPUTERS IN COMMUNICATION WITH A SERVER

### PRIORITY CLAIM AND CROSS REFERENCE TO OTHER APPLICATIONS

This application is a continuation of and claims the benefit of the priority of U.S. patent application Ser. No. 15/429,041, filed Feb. 9, 2017 and entitled "Multi-Party Collaboration over a Computer Network." Patent application Ser. No. 15/429,041 is a continuation of and claims the benefit of the priority of U.S. patent application Ser. No. 14/165,296, filed Jan. 27, 2014 and entitled "Method, Apparatus, and System for Supporting Multi-Party Collaboration between a Plurality of Client Computers in Communication with a Server" (now U.S. Pat. No. 9,579,572). Patent application Ser. No. 14/165,296 is a continuation of and claims the benefit of the priority of U.S. patent application Ser. No. 11/694,853, filed Mar. 30, 2007 and entitled "Method, Apparatus, System, Medium, and Signals for Supporting Game Piece Movement in a Multiple-Party Communication" (now U.S. Pat. No. 8,702,505).

This application is related to U.S. patent application Ser. No. 11/694,770, filed Mar. 30, 2007, and entitled "Method, Apparatus, System, and Medium for Supporting Multiple-Party Communications" (now U.S. Pat. No. 8,060,887); U.S. patent application Ser. No. 11/694,817, filed Mar. 30, 2007, and entitled "Method, Apparatus, System, Medium, and Signals for Supporting Pointer Display in a Multiple-Party Communication"; U.S. patent application Ser. No. 11/694,865, filed Mar. 30, 2007, and entitled "Method, Apparatus, System, Medium, and Signals for Intercepting a Multiple-Party Communication" (now U.S. Pat. No. 7,950,046); U.S. patent application Ser. No. 11/694,883, filed Mar. 30, 2007, and entitled "Method, Apparatus, System, Medium, and Signals for Publishing Content Created During a Communication" (now U.S. Pat. No. 7,765,266); and U.S. patent application Ser. No. 11/694,872, filed Mar. 30, 2007, and entitled "Method, Apparatus, System, Medium, and Signals for Supporting a Multiple-Party Communication on a Plurality of Computer Servers" (now U.S. Pat. No. 7,765,261).

The disclosure of each of the above-identified patent applications is incorporated by reference as part of the specification of this application.

### BACKGROUND OF THE INVENTION

#### 1. Field of Invention

This invention relates generally to network communications, and more particularly to multiple-party communications conducted between client computers in a computer network.

#### 2. Description of Related Art

High bandwidth internet connections enjoyed by many computer users have facilitated new forms of online collaboration, allowing users to conduct multiple-party communications over an internet connection by sharing a common view of a displayed page in an internet browser window, for example. Users may post comments on the displayed page, which may be transmitted to all users, thus facilitating online discussion.

**2**

However, such communications suffer from a common problem due to delays in transmitting posted comments and other information between the parties. In some cases these delays reduce the usefulness of an online communication since the parties do not feel a presence of other participants in the communication.

Accordingly, there remains a need for communication systems and methods that improve a user's experience of such multiple-party communications in a computer network.

### SUMMARY OF THE INVENTION

In accordance with one aspect of the invention there is provided a method for moving game piece images displayed on a first client computer in communication with a server in a computer network. The method involves causing at least one game piece image to be displayed on a display area of the first client computer, the game piece image having an image area and an image boundary enclosing the image area. The method also involves receiving a cursor movement signal representing a cursor movement produced in response to user input received from a pointing device in communication with the first client computer, and determining whether a current position of the cursor is within the image boundary associated with the game piece image. The method further involves transmitting a piece movement request message to the server to elicit a piece movement message from the server when the current position of the cursor is within the image boundary, the piece movement request message representing a desired change in a position of a cursor in response to the cursor movement signal. The method also involves receiving the piece movement message at the first client computer, the piece movement message representing the change in the position of the cursor, and causing a change in a position of the game piece image on the display area of the first client computer in response to the piece movement message.

The method may involve causing a change in a position of a pointer associated with the cursor and displayed on the display area of the first client computer, in response to one of receiving the piece movement message, and receiving a pointer message from the server, the pointer message representing the change in the position of the cursor.

Determining whether the current position of the cursor may be within the image boundary may involve determining whether the cursor has crossed the image boundary.

Determining whether the current position of the cursor may be within the image boundary may further involve determining whether an actuator button signal has been received while the cursor is within the image boundary, the actuator button signal being produced in response to user actuation of an actuator button associated with the pointing device.

The method may involve producing the piece movement request message.

Producing the piece movement request message may involve producing a message may involve a message identifier, a user identifier associated with the first client computer, and position coordinates of a current position of the cursor.

Producing the piece movement request message may involve producing a message may involve at least one of an identifier identifying the game piece image, and an identifier identifying an owner of the game piece image.

Causing the corresponding change in the position of the game piece image may involve causing the game piece

US 10,963,124 B2

3

image to be deleted and redisplayed at the position coordinates representing the position of the cursor.

In accordance with another aspect of the invention there is provided an apparatus for moving game piece images displayed on a first client computer in communication with a server in a computer network. The apparatus includes provisions for causing at least one game piece image to be displayed on a display area of the first client computer, the game piece image having an image area and an image boundary enclosing the image area. The apparatus also includes provisions for receiving a cursor movement signal representing a cursor movement produced in response to user input received from a pointing device in communication with the first client computer and provisions for determining whether a current position of the cursor is within the image boundary associated with the game piece image. The apparatus also includes provisions for transmitting a piece movement request message to the server to elicit a piece movement message from the server when the current position of the cursor is within the image boundary, the piece movement request message representing a desired change in a position of a cursor in response to the cursor movement signal. The apparatus further includes provisions for receiving the piece movement message at the first client computer, the piece movement message representing the change in the position of the cursor, and provisions for causing a change in a position of the game piece image on the display area of the first client computer in response to the piece movement message.

The apparatus may include provisions for causing a change in a position of a pointer associated with the cursor and displayed on the display area of the first client computer, in response to one of receiving the piece movement message, and receiving a pointer message from the server, the pointer message representing the change in the position of the cursor.

The provisions for determining whether the current position of the cursor may be within the image boundary may include provisions for determining whether the cursor has crossed the image boundary.

The provisions for determining whether the current position of the cursor may be within the image boundary may further include provisions for determining whether an actuator button signal has been received while the cursor is within the image boundary, the actuator button signal being produced in response to user actuation of an actuator button associated with the pointing device.

The apparatus may include provisions for producing the piece movement request message.

The provisions for producing the piece movement request message may include provisions for producing a message may include a message identifier, a user identifier associated with the first client computer, and position coordinates of a current position of the cursor.

The provisions for producing the piece movement request message may include producing a message may include at least one of an identifier identifying the game piece image, and an identifier identifying an owner of the game piece image.

The provisions for causing the corresponding change in the position of the game piece image may include provisions for causing the game piece image to be deleted and redisplayed at the position coordinates representing the position of the cursor.

In accordance with another aspect of the invention there is provided an apparatus for moving game piece images displayed on a first client computer in communication with a server in a computer network. The apparatus includes a processor circuit operably configured to cause at least one game piece image to be displayed on a display area of the first client computer, the game piece image having an image area and an image boundary enclosing the image area. The processor circuit is also operably configured to receive a cursor movement signal representing a cursor movement produced in response to user input received from a pointing device in communication with the first client computer, and to determine whether a current position of the cursor is within the image boundary associated with the game piece image. The processor circuit is also operably configured to transmit a piece movement request message to the server to elicit a piece movement message from the server when the current position of the cursor is within the image boundary, the piece movement request message representing a desired change in a position of a cursor in response to the cursor movement signal. The processor circuit is further operably configured to receive the piece movement message at the first client computer, the piece movement message representing the change in the position of the cursor, and to cause a change in a position of the game piece image on the display area of the first client computer in response to the piece movement message.

The processor circuit may be operably configured to cause a change in a position of a pointer associated with the cursor and displayed on the display area of the first client computer, in response to one of receiving the piece movement message, and receiving a pointer message from the server, the pointer message representing the change in the position of the cursor.

The processor circuit may be operably configured to determine whether the current position of the cursor is within the image boundary by determining whether the cursor has crossed the image boundary.

The processor circuit may be operably configured to determine whether the current position of the cursor is within the image boundary by determining whether an actuator button signal has been received while the cursor is within the image boundary, the actuator button signal being produced in response to user actuation of an actuator button associated with the pointing device.

The processor circuit may be operably configured to produce the piece movement request message.

The processor circuit may be operably configured to produce a piece movement request message may include a message identifier, a user identifier associated with the first client computer, and position coordinates of a current position of the cursor.

The processor circuit may be operably configured to producing the piece movement request message by producing a message including at least one of an identifier identifying the game piece image, and an identifier identifying an owner of the game piece image.

The processor circuit may be operably configured to cause the game piece image to be deleted and redisplayed at the position coordinates representing the position of the cursor.

In accordance with another aspect of the invention there is provided a computer readable medium encoded with codes for directing a processor circuit to move game piece images displayed on a first client computer in communication with a server in a computer network. The codes direct the processor circuit to cause at least one game piece image to be displayed on a display area of the first client computer, the game piece image having an image area and an image boundary enclosing the image area. The codes also direct the processor circuit to receive a cursor movement signal rep-

5
6

resenting a cursor movement produced in response to user input received from a pointing device in communication with the first client computer and to determine whether a current position of the cursor is within the image boundary associated with the game piece image. The codes also direct the processor circuit to transmit a piece movement request message to the server to elicit a piece movement message from the server when the current position of the cursor is within the image boundary, the piece movement request message representing a change in a position of a cursor in response to the cursor movement signal. The codes further direct the processor circuit to receive the piece movement message at the first client computer, the piece movement message representing the change in the position of the cursor, and to cause a change in a position of the game piece image on the display area of the first client computer in response to the piece movement message.

In accordance with another aspect of the invention there is provided a computer readable signal encoded with codes for directing a processor circuit to move game piece images displayed on a first client computer in communication with a server in a computer network. The codes direct the processor circuit to cause at least one game piece image to be displayed on a display area of the first client computer, the game piece image having an image area and an image boundary enclosing the image area. The codes also direct the processor circuit to receive a cursor movement signal representing a cursor movement produced in response to user input received from a pointing device in communication with the first client computer, and to determine whether a current position of the cursor is within the image boundary associated with the game piece image. The codes also direct the processor circuit to transmit a piece movement request message to the server to elicit a piece movement message from the server when the current position of the cursor is within the image boundary, the piece movement request message representing a change in a position of a cursor in response to the cursor movement signal. The codes further direct the processor circuit to receive the piece movement message at the first client computer, the piece movement message representing the change in the position of the cursor, and cause a change in a position of the game piece image on the display area of the first client computer in response to the piece movement message.

In accordance with another aspect of the invention there is provided a method for supporting movement of game piece images displayed on first and second client computers in communication with a server in a computer network. The method involves receiving a piece movement request message at the server from one of the first and second client computers, the piece movement request message representing a desired change in a position of a game piece image displayed on respective display areas of the first and second client computers. The method further involves transmitting a piece movement message representing the desired change in the position of the game piece image to each of the first and second client computers when the desired change meets a criterion.

The transmitting may further involve transmitting a pointer message to the first and second client computers in response to the piece movement request message, the pointer message representing the change in the position of the game piece image provided by the piece movement request message.

Receiving the piece movement request message may involve receiving a message may involve at least one of a user identifier associated with the client computer that transmitted the piece movement request message to the server, an identifier identifying the game piece image, and an identifier identifying an owner of the game piece image, and the transmitting may involve transmitting a piece movement message when at least one of the user identifier associated with the client computer that transmitted the piece movement request message to the server matches the identifier identifying the owner of the game piece, and the desired change in the position of the game piece image identified by the identifier identifying the game piece image complies with a movement criteria associated with a game being played between the first and second client computers.

Transmitting the piece movement message may involve transmitting a message including a message identifier, a user identifier associated with the first client computer, and position coordinates representing a position of game piece image.

Transmitting the piece movement message may involve transmitting a copy of the piece movement request message to the first client computer.

The method may involve receiving a piece action request message at the server from one of the first and second client computers, the piece action request message representing a desired action to be performed on the game piece image, and transmitting a piece action message representing the desired action to each of the first and second client computers when the desired action meets a criterion.

In accordance with another aspect of the invention there is provided an apparatus for supporting movement of game piece images displayed on first and second client computers in communication with a server in a computer network. The apparatus includes provisions for receiving a piece movement request message at the server from one of the first and second client computers, the piece movement request message representing a desired change in a position of a game piece image displayed on respective display areas of the first and second client computers. The apparatus also includes provisions for transmitting a piece movement message representing the desired change in the position of the game piece image to each of the first and second client computers when the desired change meets a criterion.

The provisions for transmitting may further include provisions for transmitting a pointer message to the first and second client computers in response to the piece movement request message, the pointer message representing the change in the position of the game piece image provided by the piece movement request message.

The provisions for receiving the piece movement request message may include provisions for receiving a message including at least one of a user identifier associated with the client computer that transmitted the piece movement request message to the server, an identifier identifying the game piece image, and an identifier identifying an owner of the game piece image, and the provisions for transmitting may include provisions for transmitting a piece movement message when at least one of the user identifier associated with the client computer that transmitted the piece movement request message to the server matches the identifier identifying the owner of the game piece, and the desired change in the position of the game piece image identified by the identifier identifying the game piece image complies with a movement criteria associated with a game being played between the first and second client computers.

The provisions for transmitting the piece movement message may include provisions for transmitting a message including a message identifier, a user identifier associated

US 10,963,124 B2

with the first client computer, and position coordinates representing a position of game piece image.

The provisions for transmitting the piece movement message may include provisions for transmitting a copy of the piece movement request message to the first client computer.

The apparatus may include provisions for receiving a piece action request message at the server from one of the first and second client computers, the piece action request message representing a desired action to be performed on the game piece image, and provisions for transmitting a piece action message representing the desired action to each of the first and second client computers when the desired action meets a criterion.

In accordance with another aspect of the invention there is provided an apparatus for supporting movement of game piece images displayed on first and second client computers in communication with a server in a computer network. The apparatus includes a processor circuit operably configured to receive a piece movement request message at the server from one of the first and second client computers, the piece movement request message representing a desired change in a position of a game piece image displayed on respective display areas of the first and second client computers. The processor circuit is also operably configured to transmit a piece movement message representing the desired change in the position of the game piece image to each of the first and second client computers when the desired change meets a criterion.

The processor circuit may be operably configured to transmit a pointer message to the first and second client computers in response to the piece movement request message, the pointer message representing the change in the position of the game piece image provided by the piece movement request message.

The processor circuit may be operably configured to receive a piece movement request message including at least one of a user identifier associated with the client computer that transmitted the piece movement request message to the server, an identifier identifying the game piece image, and an identifier identifying an owner of the game piece image, and the processor circuit is operably configured to transmit a piece movement message when at least one of the user identifier associated with the client computer that transmitted the piece movement request message to the server matches the identifier identifying the owner of the game piece, and the desired change in the position of the game piece image identified by the identifier identifying the game piece image complies with a movement criteria associated with a game being played between the first and second client computers.

The processor circuit may be operably configured to transmit a piece movement message including a message identifier, a user identifier associated with the first client computer, and position coordinates representing a position of game piece image.

The processor circuit may be operably configured to transmit the piece movement message by transmitting a copy of the piece movement request message to the first client computer.

The apparatus may include a processor circuit operably configured to receive a piece action request message at the server from one of the first and second client computers, the piece action request message representing a desired action to be performed on the game piece image, and transmit a piece action message representing the desired action to each of the first and second client computers when the desired action meets a criterion.

In accordance with another aspect of the invention there is provided a computer readable medium encoded with codes for directing a processor circuit to support movement of game piece images displayed on first and second client computers in communication with a server in a computer network. The codes direct the processor circuit to receive a piece movement request message at the server from one of the first and second client computers, the piece movement request message representing a desired change in a position of a game piece image displayed on respective display areas of the first and second client computers. The codes also direct the processor circuit to and transmit a piece movement message representing the desired change in the position of the game piece image to each of the first and second client computers when the desired change meets a criterion.

In accordance with another aspect of the invention there is provided a computer readable signal encoded with codes for directing a processor circuit to support movement of game piece images displayed on first and second client computers in communication with a server in a computer network. The codes direct the processor circuit to receive a piece movement request message at the server from one of the first and second client computers, the piece movement request message representing a desired change in a position of a game piece image displayed on respective display areas of the first and second client computers. The codes also direct the processor circuit to and transmit a piece movement message representing the desired change in the position of the game piece image to each of the first and second client computers when the desired change meets a criterion.

In accordance with another aspect of the invention there is provided a system for moving game piece images displayed on a first client computer in communication with a server in a computer network. The system includes a client processor circuit operably configured to cause at least one game piece image to be displayed on a display area of the first client computer, the game piece image having an image area and an image boundary enclosing the image area. The client processor circuit is also operably configured to receive a cursor movement signal representing a cursor movement produced in response to user input received from a pointing device in communication with the first client computer, to determine whether a current position of the cursor is within the image boundary associated with the game piece image, and to transmit a piece movement request message to the server to elicit a piece movement message from the server when the current position of the cursor is within the image boundary. The piece movement request message represents a desired change in a position of a cursor in response to the cursor movement signal. The system also includes a server processor circuit operably configured to receive the piece movement request message at the server from the first client computer, and to transmit a piece movement message representing the desired change in the position of the game piece image to the first client computer when the desired change meets a criterion. The client processor circuit is operably configured to receive the piece movement message, and cause a change in a position of the game piece image on the display area of the first client computer in response to the piece movement message.

Other aspects and features of the present invention will become apparent to those ordinarily skilled in the art upon review of the following description of specific embodiments of the invention in conjunction with the accompanying figures.

9

BRIEF DESCRIPTION OF THE DRAWINGS

In drawings, which illustrate embodiments of the invention;

FIG. 1 is a schematic view of a system for supporting multiple-party communications in accordance with a first embodiment of the invention;

FIG. 2 is a schematic view of a processor circuit for implementing a server shown in FIG. 1;

FIG. 3 is a schematic view of a shared buffer implemented in the server processor circuit shown in FIG. 2;

FIG. 4 is a screenshot of a web page displayed on a client computer in the system shown in FIG. 1;

FIG. 5 is a flowchart representing blocks of codes for directing the server processor circuit shown in FIG. 2 to execute a "create new communication process";

FIG. 6 is a schematic representation of a communication table entry in a communication table maintained by the sever processor circuit shown in FIG. 2;

FIG. 7 is a schematic representation of a client table entry in a client table maintained by the sever processor circuit shown in FIG. 2;

FIG. 8 is a flowchart representing blocks of codes for directing the server processor circuit shown in FIG. 2 to execute a "list active multiple-party communications" process;

FIG. 9 is a schematic view of a processor circuit for implementing the client computer shown in FIG. 1;

FIG. 10 is a table listing selected mouse and keyboard events implemented in a Java™ programming language;

FIG. 11 is a screenshot of a user interface displayed on the client computers shown in FIG. 1;

FIG. 12 is a table of message formats used in the system shown in FIG. 1;

FIG. 13A-13C are respective portions of a flowchart representing blocks of codes for directing the client computer processor circuit shown in FIG. 9 to produce messages for transmission to the server processor circuit shown in FIG. 2;

FIG. 14 is a flowchart representing blocks of codes for directing the processor circuit shown in FIG. 9 to transmit the messages to the server processor circuit shown in FIG. 2;

FIG. 15A-15B are respective portions of a flowchart representing blocks of codes for directing the processor circuit shown in FIG. 2 to receive messages from the client computer processor circuit shown in FIG. 9;

FIG. 16 is a flowchart representing blocks of codes for directing the processor circuit shown in FIG. 2 to process messages for transmission to respective client computers;

FIG. 17 is a flowchart representing blocks of codes for directing the processor circuit shown in FIG. 2 to transmit messages to the client computers;

FIG. 18A-18B are respective portions of a flowchart representing blocks of codes for directing the client computer processor circuit shown in FIG. 9 to receive messages from the server processor circuit shown in FIG. 2;

FIG. 19 is a flowchart representing blocks of codes for directing the processor circuit shown in FIG. 2 to transmit a published multiple-party communication page to the client computers;

FIG. 20 is a flowchart representing blocks of codes for directing the processor circuit shown in FIG. 9 to transmit a game message to the server;

FIG. 21 is a flowchart representing blocks of codes for directing the processor circuit shown in FIG. 9 to display game piece images on respective client computers;

10

FIG. 22 is a screenshot of an alternate embodiment of a user interface displayed on the client computers shown in FIG. 1;

FIG. 23 is a flowchart representing blocks of codes for directing the processor circuit shown in FIG. 9 to move game piece images on respective display areas of the client computers shown in FIG. 1;

FIG. 24 is a game piece movement message format used in the system shown in FIG. 1;

FIG. 25 is a schematic view of a system for supporting multiple-party communications in accordance with a second embodiment of the invention;

FIG. 26 is a screenshot of a web page transmitted by a server shown in FIG. 25;

FIG. 27 is a screenshot of another web page transmitted by the server shown in FIG. 25;

FIG. 28 is a flowchart representing blocks of codes for directing the processor circuit shown in FIG. 2 to add a designated client computer to an active multiple-party communication;

FIG. 29 is a flowchart representing blocks of codes for directing the processor circuit shown in FIG. 2 to receive messages from the client computers and the designated client computer shown in FIG. 25;

FIG. 30 is a screenshot of a web page listing saved multiple-party communications transmitted to the designated client computer by the server shown in FIG. 25;

FIG. 31 is a flowchart representing blocks of codes for directing the processor circuit shown in FIG. 2 to respond to a request by a designated client computer to view saved multiple-party communication content;

FIG. 32 is a flowchart representing blocks of codes for directing the processor circuit shown in FIG. 2 to transmit output messages to client computers and the designated client computer shown in FIG. 25;

FIG. 33 is a schematic view of a system for supporting multiple-party communications in accordance with a multiple-server embodiment of the invention;

FIG. 34 is a flowchart representing blocks of codes for directing a processor circuit to create a new multiple-party communication in the multiple-server system shown in FIG. 33; and

FIG. 35 is a schematic view of a system for supporting multiple-party communications in accordance with another embodiment of the invention.

DETAILED DESCRIPTION

System Overview

Referring to FIG. 1, a system for supporting multiple-party communications in accordance with a first embodiment of the invention is shown generally at 10. The system 10 includes a server 12 and a plurality of client computers 14, 16, and 18. In this embodiment the client computer 14 is a conventional desktop computer, the client computer 16 is a laptop computer, and the client computer 18 is a handheld computer. Each of the client computers 14, 16, and 18 communicates with the server 12 through a network 20 such as the internet or an intranet, for example.

Each of the client computers 14, 16, and 18 has a display 15, 17, and 19 respectively for displaying text, characters, and/or graphics on a display area thereof. Each of the client computers 14, 16, and 18 also has a pointing device 22, 24, and 26 respectively. In this embodiment the pointing device 22 is a conventional hand-held pointing device such as a

11

computer mouse, the pointing device **24** is a touchpad, and the pointing device **26** is a stylus for providing user input on a touch sensitive display **19**.

The pointing devices **22**, **24**, and **26** generally produce user input signals for moving a cursor on the respective displays **15**, **17**, or **19**, and may additionally provide actuator buttons for producing actuator button signals for performing various other user input functions.

In addition, each of the client computers **14**, **16**, and **18** has a character input device shown generally at **28**, **30**, and **32** respectively for receiving user input signals representing characters and for controlling certain operations of the client computer. The character input devices **28** and **30** are both conventional keyboard input devices. The character input device **32** may include areas on the touch sensitive display **19** that are mapped to characters, or may alternatively include a handwriting recognition engine for converting the user's handwriting motions of the pointing device **26** on the touch sensitive display **19** into character representations.

Thus, both the pointing devices **22**, **24**, and **26** and the character input devices **28**, **30** and **32** are operable to produce user input signals that facilitate user input to the respective client computers **14**, **16**, and **18**. Certain user input signals, whether received through the respective pointing device **22**, **24**, or **26**, or through the respective character input device **28**, **30**, or **32**, are formatted into messages by the client computers **14**, **16**, or **18**, and are transmitted through the network **20** to the server **12**.

In general the server **12** is configured to receive an input message representing user input received at one of the client computers **14**, **16**, or **18** and determine a message type associated with the input message. The server **12** then produces an output message representing the user input provided by the input message. The output message is transmitted to each of the client computer **14**, **16**, and **18** when the input message is associated with a persistent message type. When the input message is associated with a non-persistent message type, the output message is only transmitted to those of the client computers **14**, **16**, and **18** that meet a criterion.

Messages of the persistent type generally produce persistent changes to content on the display area, while messages of the non-persistent type do not result in persistent changes to the display area.

Thus, for example, movements of the pointing device **22** are represented by non-persistent messages that are produced by the client computer **14** and transmitted to the server **12**. The server **12** then produces and transmits an output message back to those of the client computers **14**, **16**, and **18**, to which all previously received messages of the persistent message type have already been transmitted.

A feature of the system **10** is that while user input, such as movements of the pointing device **22** at the client computer **14**, for example, are reflected almost immediately on the display **15** as a corresponding change in position of the cursor, the client computer also transmits a cursor message to the server to elicit a pointer message from the server. The cursor message represents a change in a position of the cursor in response to the user input received from the user of the client computer. The client computer **14** receives the pointer message from the server and causes a corresponding change in a position of a pointer associated with the cursor and displayed on the display **15** in response to the message, which represents the change in position of the cursor.

It will be appreciated that there is a latency that occurs due to the round-trip time required for a cursor message transmitted by one of the client computers **14**, **16**, or **18** to reach

12

the server **12**, to be retransmitted by the server, and to be received back from the server at the client computers. Accordingly, the user producing the pointing device movement will see a time lag between the position of their cursor on their display and the position of the pointer associated with the pointer message received back from the server **12**.

Similarly, each of the client computers **16**, and **18** also receive the pointer message representing the change in position of the cursor of the client computer **14**, and cause a corresponding change in a position of a pointer associated with the client computer **14**, which is displayed on the respective display areas **17** and **18** of the client computers in response to the pointer message.

Advantageously, users are able to view their own real time cursor and their own and other user's pointers on their respective displays. Each user is thus made aware of other user's actions, thus providing a feeling of a real multiple-party presence in the multiple-party communication. Furthermore, the system **10** facilitates simultaneous user input from all client computers, which is in contrast to some prior art systems that only permit user input from a single designated presenter.

In this application the word "cursor" is used to refer to the client computer cursor on the respective displays **15**, **17**, and **19**. The word "pointer" is used to refer to a secondary pointer, which is also displayed on the respective displays **15**, **17**, and **19** of the respective client computers **14**, **16**, or **18**.

In one embodiment the system **10** further facilitates public access to published content created during a multiple-party communication and the system **10** may further include a public access computer **40** in communication with the server **12** through the network **20**. Publication of multiple-party communication content is described later herein.

Processor Circuit—Server

Referring to FIG. **2**, a processor circuit for implementing the server **12** is shown generally at **50**. In this embodiment, the server processor circuit **50** includes a microprocessor **52**, a program memory **54**, a random access memory (RAM) **56**, a persistent memory such as a hard drive **58**, a media reader **59**, and an input output port (I/O) **60**, all of which are in communication with the microprocessor.

The I/O port **60** includes a network interface **62**, such as a network interface card having an input/output **64** for connection to the network **20**, and through which communications are conducted with the client computers **14**, **16**, and **18**, as shown in FIG. **1**.

Program codes for directing the microprocessor **52** to effect server functions of the system **10** are stored in the program memory **54**, which may be implemented as a random access memory (RAM), and/or a hard disk drive (HDD), or a combination thereof.

The program memory **54** includes a block of codes **70** for directing the processor circuit **50** to effect communication manager functions, a block of codes **72** for directing the processor circuit to effect client manager functions, a block of codes **74** for directing the processor circuit to effect page management functions, a block of codes **75** for directing the processor circuit to effect web server functions, and a block of codes **78** for directing the processor circuit to effect game criteria functions. The program memory **54** may also optionally include a block of codes **76** for directing the processor circuit **50** to effect media relay functions, as will be described later herein.

The hard drive **58** includes a plurality of stores including a client saved content store **100** for storing content displayed during an ongoing communication. The hard drive **58** also

US 10,963,124 B2

13

includes a user interface store **101** for storing program codes operable to cause a user interface to be displayed on the client computers **14**, **16**, and **18**, when downloaded by the client computers.

The hard drive **58** further includes a web page store **102** for storing data representing one or more web pages to be displayed on the client computers **14**, **16**, or **18** during the multiple-party communication. The data stored in the web page store **102** may include Hypertext Markup Language (HTML) data, for example.

The hard drive **58** further includes a communication page store **104** for saving pages of content created during multiple-party communications, an upload data store **106** for storing image data and/or other data uploaded by the client computers **14**, **16**, and **18** to the server **12**, a published communication store **108** for storing published multiple-party communication content, and a game data store **109** for storing data associated with a game being played between client computers during the communication.

In other embodiments the hard drive **58** may be substituted by another form of persistent memory, such as a flash memory, for example.

The media reader **59** facilitates loading program codes into the program memory **54** from a computer readable medium **110** such as a CD ROM disk **112**. Alternatively the program codes may be provided by a computer readable signal **114**, which may be received over a network such as the internet, for example.

The RAM **56** includes a plurality of storage blocks including a communication table storage block **80** for storing a communication table holding information associated with active multiple-party communications being hosted by the server **12**.

The RAM **56** also includes a storage block for each active multiple-party communication in the communication table **80**. In this embodiment the processor circuit **50** is hosting three active multiple-party communications and accordingly three such storage blocks **82**, **84**, and **86** are shown.

Each storage block **82**, **84**, and **86** includes a shared memory buffer **88** for storing messages received from each of the client computers **14**, **16** and **18**. Each storage block **82**, **84**, and **86** further includes a client table storage block **90** for storing a client table holding identifications of respective client computers participating in each corresponding multiple-party communication.

Each storage block **82**, **84**, and **86** also includes a plurality of server side receive (Rx) buffers **92** and a plurality of server side transmit (Tx) buffers **94**, including one Rx buffer and one Tx buffer for each client included in the client table **90**.

In general, each storage block and/or buffer in the RAM **56** may include a plurality of storage locations implemented in random access memory, for example.

Shared Memory Buffer

The shared memory buffer **88** is shown in greater detail in FIG. **3**. Referring to FIG. **3**, the shared buffer **88** includes a plurality of message stores **120** each being of sufficient size to hold one message, which in this embodiment are 30 bytes long. Each message store **120** (which are labeled as 1, 2, . . . n in FIG. **3**) has an associated memory address. A "Start-Pointer" **122** is used to point to one of the message stores **120** to which a first message was written. A "CurrentPointer" **124** is used to point to one of the message stores **120** to which a last message was written. A plurality of client "SentPointer"s **126** are used to point to one of the message stores **120**, whose contents were last transmitted to the

14

respective client computer. Each of the client computers **14**, **16**, or **18** thus has a corresponding "SentPointer" **126**.

In general, the data pointers **122** and **124** are variables stored in the communication table **80** and having respective values that reference (or "point" to) a memory address of one of the message stores **120**. Similarly the client "Sent-Pointer"s **126** are variables stored in an associated client table **90**, having respective values that reference a memory address of one of the message stores **120**.

In some embodiments the shared buffer **88** may be implemented as a circular buffer, in which case after a message has been written to the "$n^{th}$" message store **120**, the "Current-Pointer" **124** wraps around and is reset to point to the "1st" data store, and newly received messages will overwrite older messages in the shared buffer.

Each multiple party communication hosted by the server **12** has a single associated shared buffer **88**. The shared buffer **88** is generally operable to store messages received from the client computers **14**, **16**, and **18** that have joined a multiple party communication. The shared buffer **88** further acts as a memory buffer for storing output messages to be transmitted to the client computers **14**, **16**, and **18**. Advantageously, in this embodiment, output messages are produced by copying the input messages into the shared buffer **88**, and accordingly only a single shared buffer **88** is used for each communication. In other embodiments output messages may have different formats and/or payload data to the input messages and in such embodiments an input shared buffer may be used to hold input messages, and output messages may be produced by reading the payload of the input messages and generating a corresponding output message, which may be stored in an output shared buffer.

Web Page

Referring to FIG. **4**, a screenshot of a web page displayed on the client computers **14**, **16**, or **18** when the client computers first connect to the server **12** is shown generally at **130**. In general the client computers **14**, **16**, or **18** connect to the server **12** by directing a hypertext transfer protocol (HTTP) request for the web page **130** to the network interface **62** of the server processor circuit **50**. The HTTP request from the client computer **14**, **16**, or **18** may be generated by a web browser application running on the client computer, for example.

When the HTTP request for the web page **130** is received at the network interface **62**, the web server program codes **75** direct the server microprocessor **52** to read data representing the web page **130** from the store **102** on the hard drive **58**, and to transmit the data through the network **20** to the client computer. The data representing the web page **130** may be communicated in one or more HTTP messages transmitted using a network transport protocol such as transmission control protocol over internet protocol (TCP/IP), for example.

When the HTTP data is received by the client computer **14**, **16**, or **18**, the web browser application causes the web page **130** to be displayed in a browser window on a respective display **15**, **17**, or **19** of the client computers.

The web page **130** includes a "create new communication" button **132** and a "CommunicationName" field **134** for the user to enter a communication name. The web page **130** further includes a "CommunicationPassword" field **136** for optionally assigning a password when creating a new communication, such that access to the communication may be limited to users who are in possession of the password. The web page **130** further includes a "list active communications" button **138**.

US 10,963,124 B2

15
16

When a user of one of the client computers **14**, **16**, or **18** (an originating client) enters a communication name in the "CommunicationName" field **134** and clicks on the "create new communication" button **132**, the client computer transmits a signal to the network interface **62** of the server processor circuit **50** to request creation a new communication. For example, the transmitted signal may include an HTTP request message including the communication name and password (if provided).

Create New Communication Process

Referring to FIG. **5**, a flowchart of blocks of code for directing the processor circuit **50** (shown in FIG. **2**) to create a new multiple-party communication is shown generally at **150**. The blocks generally represent codes read from the program memory **54**, for directing the microprocessor **52** to perform various communication manager, client manager, and page manager functions related to creating a new communication. The actual code to implement each block may be written in any suitable programming language, such as Flash™, Java, Delphi®, C, and/or C++, for example.

In general, the communication manager program codes **70** direct the microprocessor **52** to provide communication manager functions for creating the new multiple-party communication, and further direct the microprocessor **52** to cause the page manager program codes **74** and the client manager program codes to be launched in the process of creating the new communication.

The process **150** begins at **152** when a signal, such as an HTTP request message, is received from one of the client computers **14**, **16**, or **18** at the network interface **62**, requesting that a new multiple-party communication be created.

Block **154** then directs the microprocessor **52** to read the communication name provided and the password (if provided) in the HTTP request message received from the client computer. Block **154** further directs the microprocessor **52** to add a new communication entry to the communication table **80** in the RAM **56**.

Communication Table Entry

The communication table entry is shown in greater detail in FIG. **6** at **180**. Referring to FIG. **6**, the communication table entry **180** includes a plurality of fields identifying the communication, which are populated when block **154** (shown in FIG. **5**) directs the microprocessor **52** to add the new communication entry to the communication table **80** stored in the RAM **56**.

The communication table entry **180** includes a communication identifier ("CID") field **182**, which is populated with a unique communication identifier number assigned to the new multiple-party communication.

The communication table entry **180** also includes a "CommunicationName" field **184**, which is populated with the communication name assigned by the originating client in the "CommunicationName" field **134** on the web page **130** (shown in FIG. **4**). The entry **180** also includes a "CommunicationPassword" field **186**, which is optionally assigned by the originating client in the "CommunicationPassword" field **136** on the web page **130**. If no communication password is assigned by the originating client, the "CommunicationPassword" field **186** on the communication table entry **180** is left empty.

The communication table entry **180** further includes a "KeepRunningIdleFlag" field **188** for storing a flag indicating whether the communication should be kept running after the last client has disconnected from the server **12**.

The communication table entry **180** also includes a "StartPointer" field **190** and a "CurrentPointer" field **192**, for storing address values of the "StartPointer" **122** and the "CurrentPointer" **124** respectively, as shown in FIG. **3**.

The communication table entry **180** further includes a list of pages field **194** for storing a listing of the pages created during the communication. The entry **180** also includes a current page field **196** for storing a value identifying a currently loaded page in the communication.

The communication table entry **180** may also have an associated "HiddenFlag" field **198** for storing a flag value indicating whether the communication should be hidden. As described later herein, certain multiple-party communications may be created to allow the public access computer **40** (shown in FIG. **1**) to access published communication content or to permit lawful intercept authorities to intercept communication content. Advantageously, the client computers **14**, **16** and **18** are not made aware of the existence of communications for which the hidden flag is set to active.

Referring back to FIG. **5** the process continues at block **156**, which directs the microprocessor **52** to create a new shared buffer **88** and associated the shared buffer with the CID of the multiple-party communication. Block **156** further directs the microprocessor **52** to initialize the "StartPointer" **122** and the "CurrentPointer" to refer to a first store **120** in the shared buffer **88** and to instantiate a page manager for the multiple-party communication by initiating execution of the page manager program codes **74**.

Block **158** then directs the microprocessor **52** to instantiate a new client manager for the multiple-party communication by launching the client manager program codes in the store **72**.

In this embodiment the communication manager instantiates a separate client manager for each communication included in the communication table **80**. The communication manager continues running in parallel with the page manager and the client manager, such that the processor circuit **50** is able continue to provide communication manager functions and/or create other new multiple-party communications.

The remaining blocks of the process **150** directs the microprocessor **52** to perform various client manager functions associated with the newly created multiple-party communication. The process continues at block **160**, which directs the microprocessor **52** to generate a new client table **90** in the RAM **56**, and to add an identification entry to the client table identifying the originating client computer.

Client Table Entry

The client table entry is shown in greater detail in FIG. **7** at **200**. Referring to FIG. **7**, the client table entry includes a plurality of fields identifying the associated client computer, which are populated when block **160** (shown in FIG. **5**) directs the microprocessor **52** to add the originating client entry to the client table **90** stored in the RAM **56**.

The client table entry **200** includes a client computer identifier field ("UID") **202**, which is populated with a unique client computer identifier number ("UID") assigned to the client computer.

The client table entry **200** further includes a client IP address field **204**, and a client port field **206**, which are populated with values obtained from the header of an internet protocol data packet received from the client computer at the server network interface **62**.

The client table entry **200** further includes a "CatchUp-Flag" field **208**, which when set, indicates that the client computer needs to "catch up" with previous data shared during the multiple-party communication. When an originating client computer creates a new multiple-party com-

US 10,963,124 B2

17
18

munication, the "CatchUpFlag" 208 in the client table entry 200 for the client computer is set to not active, as described later herein.

The client table entry 200 also includes a "SentPointer" 210, which holds an address of one of the message stores 120 in the shared buffer 88, corresponding to a message that was last transmitted to the corresponding client computer. The client "SentPointer" field 210 is initially set to "nil" and is subsequently set equal to the "StartPointer" 122 once a first message is transmitted to the client computer by the server 12.

Finally the client table entry 200 may also have an associated "SilentFlag" 212 for holding a flag value, which when set to active, indicates that the user of the client computer corresponding to the client "UID" is an intercept authority. Designated intercept client computers are treated differently by the server than the client computers 14, 16 and 18, as described later herein.

Referring back to FIG. 5 the process 150 continues at block 162, which directs the microprocessor 52 to create a server side Rx buffer 92 and a server side Tx buffer 94 in the RAM 56 for the originating client. The server side Rx buffer 92 is used to temporarily store messages received from the client computer and the server side Tx buffer 94 is used to temporarily store messages to be transmitted to the client computer. Creating the server side Rx buffer 92 and the server side Tx buffer 94 may involve opening a network socket for communications between each one of the client computers 14, 16, and 18 and the server, for example. A network socket is a software function provided by most operating systems that facilitates communications over a computer network. Network socket functions generally allocate Rx and Tx buffers which may be used as the Rx and Tx buffers 92 and 94.

Block 164 then directs the microprocessor 52 to read the user interface codes from the user interface store 101 of the server hard drive 58 and to cause the network interface 62 of the I/O PORT 60 to transmit the user interface codes through the network 20 to client computer that originated the communication.

Join Active Communication Process

Referring back to FIG. 4, when a user of one of the client computers 14, 16, or 18 clicks on the "list active communications" button 138 an HTTP request message is transmitted to the network interface 62 of the server processor circuit 50 requesting a listing of active multiple-party communications currently being hosted by the server 12.

Referring to FIG. 8, a flowchart of blocks of code for directing the processor circuit 50 (shown in FIG. 2) to transmit a listing of active multiple-party communications to the client computer is shown generally at 230. The process begins at 232 when the HTTP message requesting an identification of active multiple-party communications is received at the network interface 62.

Block 234 directs the microprocessor 52 to read the communication table entries 180 and the corresponding client table entries 200 (shown in FIGS. 6 and 7 respectively) in the communication table 80 and corresponding client table 90 stored in the RAM 56. Block 235 then directs the microprocessor 52 to transmit data to client computer identifying active communications being hosted by the server. The process 230 then ends at 236.

Referring back to FIG. 4, the client computer receives the data from the server 12 and displays a table identifying active multiple-party communications shown generally at 140.

The table 140 includes a first column 142 listing a sequence number assigned to the multiple-party communication (i.e. 1, 2, 3 . . . for example). The table 140 also includes a second column 144 listing the communication name from the "CommunicationName" field 184, and a third column 146 listing a communication type. The communication type is set to "free" when no password has been assigned by the originating user for the multiple-party communication, and to "password" when a password is required to join the multiple-party communication. The table 140 also includes a fourth column 148, listing a number of client computer users involved in each respective multiple-party communication.

In this embodiment, the table 140 is only displayed after the user activates the "list active communications" button 138, but in other embodiments the "list active communications" button 138 may be omitted and the table 140 may be displayed when the web page 130 is loaded from the server 12 by the client computer 14, 16, or 18.

In general, fields in at least one of the columns in the table 140 have associated hyperlink properties, which facilitate selection of a particular multiple-party communication by clicking on a hyperlink associated with the multiple-party communication. For example, in the embodiment shown in FIG. 4, the communication names listed in bold font in column 144 may include such hyperlink properties.

When the user of one of the client computers 14, 16, or 18 clicks on one of the hyperlinked communication names in column 144, the web browser application program codes 281 (shown in FIG. 9) direct the microprocessor 262 to transmit an HTTP message to the server 12. The HTTP message includes an identifier identifying the multiple-party communication, such as the communication name and/or the communication identifier "CID" for the multiple-party communication.

Still referring to FIG. 8, a flowchart of blocks of code for directing the processor circuit 50 to add the client computer to an active communication is shown generally at 237. The process begins at 238 when the server processor circuit 50 receives an HTTP request message identifying an active communication that the user of the client computer wishes to join.

Block 239 directs the microprocessor 52 to read the information in the HTTP message received from the client computer and to match the information to a multiple-party communication in the communication table 80. For example, if the HTTP message includes a communication identifier, the "CID" is read from the HTTP message and compared with the values in the "CID" field 182 in the communication table entries 180 find the corresponding multiple-party communication. Alternatively, if the HTTP message includes a communication name, the communication name is compared with the values in the "CommunicationName" field 184 in the communication table entry 180 to find the corresponding multiple-party communication.

Block 239 also directs the microprocessor 52 to instantiate a client manager for the client computer. In general, a separate thread of the client manager is instantiated and associated with each client computer in the communication and each client manager thread is associated with the communication.

Referring back to FIG. 8, the remaining blocks 240 to 244 in the process 230 direct the server processor circuit 50 to perform client manager functions.

Block 240 then directs the microprocessor 52 to add a new client table entry 200 identifying the client computer to the corresponding client table 90 for the selected multiple-party

US 10,963,124 B2

19                                                                    20

communication. Block **240** also directs the microprocessor **52** to populate the fields in the new client table entry, and to set the "CatchUpFlag" **208** in the client table entry **200** to active and to set the client "SentPointer" field **210** to "nil".

When a client computer user joins an already active multiple-party communication, the "CatchUpFlag" **208** is set to active to cause messages in the multiple-party communication that the client computer user may have missed by joining the multiple-party communication late to be transmitted to the client computer. The client "SentPointer" field **210** is set equal to the "StartPointer" **122** once the first message is transmitted to the client computer.

Block **242** then directs the microprocessor **52** create server side Rx and Tx buffers **92** and **94** for the client. Advantageously each client computer **14**, **16**, and **18** has corresponding server side Rx and Tx buffers, which facilitate transmitting multiple-party communication data that may already have been transmitted to other client computers to client computer users who join a multiple-party communication after the multiple-party communication has started (i.e. all clients other than the originating client for the multiple-party communication).

Block **244** then directs the microprocessor **52** to read the user interface codes from the user interface store **101** and to cause the network interface **62** of the I/O PORT **60** to transmit the user interface codes through the network **20** to the client computer.

Processor Circuit—Client Computer

Referring to FIG. **9**, a processor circuit of the client computers **14**, **16**, and/or **18** is shown generally at **260**. In this embodiment, the client processor circuit **260** includes a microprocessor **262**, a program memory **264**, a random access memory (RAM) **266**, a media reader **268**, and an input/output port (I/O) **270**, all of which are in communication with the microprocessor **262**.

The I/O port **270** includes an interface **272**, such as a network interface card having an input/output **274** in communication with the network **20**. The interface **272** facilitates transmitting messages to the server **12** and receiving messages from the server, as shown in FIG. **1**. Alternatively the interface **272** may include a wireless interface for connecting to a wireless network access point **276**, which facilitates connection to the network **20**.

The I/O port **270** further includes an input **278** for receiving user input signals from a character input device **28** (such as the character input device **28** shown in FIG. 1), and from a pointing device (such as the pointing device **22** shown in FIG. 1).

The I/O port **270** further includes an output **279** for producing display signals for causing a client computer display (such as the display **15** shown in FIG. 1) to display images, characters, and cursors, for example.

Program codes for directing the microprocessor **262** to effect client functions of the system **10**, shown in FIG. 1, are stored in the program memory **264**, which may be implemented as a random access memory (RAM), and/or a hard disk drive (HDD), or a combination thereof. The program memory **264** includes a block of codes **280** for directing the processor circuit to effect operating system (O/S) functions, and a block of codes **281** for directing the processor circuit to provide web browsing functions.

The program memory **264** also includes a block of codes **282** for directing the processor circuit **260** to effect various user interface functions. The block of codes **282** includes a first block of codes **284** for directing the processor circuit **260** to effect a message receiver function, a second block of codes **286** for directing the processor circuit to effect a

message sender function, a third block of codes **288** for directing the processor circuit to effect interrupt handler functions, and a fourth block of codes **289** for directing the processor circuit **260** to effect display functions.

In one embodiment the user interface program codes **282** are received at the interface **272** in one or more HTTP messages from the server **12**. The program codes are then extracted from the HTTP message payload and loaded into the program memory **264**.

Alternatively, the media reader **268** may be used to load user interface program codes from a computer readable medium **300** into the program memory **264**. The computer readable medium **300** may be a CD ROM disk **302**. Alternatively the program codes may be provided by a computer readable signal **304**, which may be received over a network such as the internet, for example.

The RAM **266** includes a plurality of storage blocks including a client side receive (Rx) buffer **290** for temporarily storing messages received from the server **12** and a client side transmit (Tx) buffer **292** for temporarily storing messages to be transmitted back to the server **12**. In general, the buffers **290** and **292** include a plurality of storage locations in the RAM **266** and may be implemented by opening a network socket using operating system functions provided by the operating system **280**.

The RAM **266** also includes a character entry position store **294** for storing coordinates of a character entry position, a pointer table store **295** for storing a table of pointers, and a hyperlink and filename/URL store **296** for storing coordinates and filenames or internet addresses associated with one or more hyperlinks.

The RAM **266** further includes a game piece image store **298** for storing information associated with a game that may be played during the multiple-party communication. The RAM **266** also includes a game piece coordinate **299** store for storing variables representing coordinates of the game piece images.

The processor circuit **260** may optionally include a persistent data store **310** (such as a hard drive) for persistent storage of data. The persistent data store **310** may be used for persistent storage of program codes, and image files, for example. The persistent data store **310** may also be used for storage of data related to multiple-party communications. However in the embodiments described herein multiple-party communication data is stored on the server hard drive **58** and the system **10** does not directly make use of persistent data store **310** on the client computer processor circuit **260**.

Producing Messages—Client Computer

In general, client computers **14**, **16**, and/or **18** in a multiple-party communication produce messages in response to user input signals and/or combinations of user input signals and function invocations. The user input signals may include character signals representing character input received from the character input device **28**, cursor movement signals representing a cursor movement produced in response to user input received at a pointing device **22**, and actuator button signals produced in response to user actuation of actuator buttons associated with the pointing device. The messages generated by the client computers **14**, **16** and **18** are transmitted to the server **12**.

Still referring to FIG. **9**, the operating system program codes **280** in the program memory **264** direct the microprocessor **262** to cause the I/O port **270** to monitor signals received at the input **278** from the character input device **28** and the pointing device **22**, and to generate interrupt event signals in response to the user input signals. The interrupt event signals produced by the operating system are read by

US 10,963,124 B2

21                                          22

the user interface interrupt handler 288. For example, in the Microsoft Windows® operating system, interrupt event signals are written to a message queue and the interrupt handler 288 is registered to receive or listen to certain event signals in the message queue.

For example, mouse input signals are produced when a button on the pointing device 22 is actuated and released, the mouse is moved (i.e. no buttons actuated), or the mouse is dragged (i.e. moved while pressing a mouse button). The operating system receives these signals and produces interrupt event messages including coordinate positions and other information identifying the input, which are written into the message queue. Similarly, keyboard input signals produce interrupt event messages which are also written into the message queue.

The interrupt handler program codes 288 further direct the microprocessor 262 to provide functions for reading the message queue and for handling the operating system interrupt event messages. For example, in Java programming language, getX and getY functions are provided for returning the X and Y coordinates of a cursor, which has been moved in response to user input from the pointing device. The event "KeyTyped"(KeyEvent e) is invoked following a keyboard interrupt, where the actuated key is represented by a numeric value in a "KeyEvent" object produced by the Java function.

Referring to FIG. 10, a table listing selected methods for acting on mouse and keyboard interrupts in the Java programming language is shown generally at 320. The methods listed include a mouseClicked(MouseEvent e) 322, which is invoked when the mouse button has been actuated, a mouse-Dragged(MouseEvent e) 324, which is invoked when a mouse button has been actuated on the mouse and then the mouse has been dragged, a mouseMoved(MouseEvent e) 326, which is invoked when the mouse cursor has been moved but no buttons have been actuated, and a keyTyped (KeyEvent e) 328, which is invoked when a key has been typed.

In some instances two or more of the event signals may be generated essentially simultaneously in response to the user input. For example when the user of the client computer 14, 16 or 18 actuates the mouse button, then drags the mouse while the button is actuated, and then releases the mouse button several event signals are produced. When the mouse button is actuated, none of the events listed in FIG. 10 are produced until the user drags the mouse (a "mousePressed" event is produced, but this event is not used in this embodiment). Generally the mouse drag will produce a plurality of "mouseDragged" event signals while the mouse is being dragged and each individual "mouseDragged" signal or message defines a portion of the movement of the mouse. At the end of the mouse drag, the user releases the mouse button, which causes the "mouseClicked" event signal to be produced (since the button was actuated and then subsequently released). The mouse drag may thus be defined by a plurality of event signals between a location at which the mouse button was actuated and a location at which the mouse button was released.

Other programming languages such as Adobe Flash, C++, and Delphi provide equivalent functionality for handling such events.

User Interface

When a user of one of the client computers 14, 16, or 18 joins a multiple-party communication, either by clicking the "create new communication" button 132 on the web page 130 shown in FIG. 4, or by clicking the "list active communications" button 138 and selecting a multiple-party

communication to join from the table 140, the server 12 transmits program codes to the client computer for displaying the user interface 470 (shown in FIG. 11) on the client computer display 15. As described above, the user interface program codes may include Java or Flash program codes for directing the microprocessor 262 to provide user interface functions. The program codes may be downloaded from the server 12 and automatically executed after downloading.

Alternatively, the client computer may launch program codes (not shown) for instantiating a stand-alone user interface program, which causes the user interface 470 to be displayed without being downloaded from the server 12.

Referring to FIG. 11, the user interface 470 includes a control panel 471, a display area 472 for displaying multiple-party communication content, and a status bar 490. The control panel 471 includes an "ImageShow" function invocation button 474 for transmitting a message to the server to cause an image 475 to be displayed on the display area 472, a "ClearScreen" function invocation button 476 for transmitting a message to the server to cause the display area to be cleared, a "Save" function invocation button 477 for transmitting a message to cause the server to save presently displayed content, and an "Open" function invocation button 494 for transmitting a message to cause the server to load and transmit messages representing previously saved content. The control panel 471 also includes a "PageBack" function invocation button 478 and "PageForward" function invocation button 480 for transmitting a message to the server for causing messages associated with previous displayed pages to be transmitted to the client computers, a "LinkCreate" function invocation button 495 for transmitting a message to the server identifying a link to a web page or previously saved content on the server, and a "Publish" function invocation button 493 for transmitting a message to the server to cause content to be published. The control panel 471 also includes a "Clipboard" function invocation button 488 for uploading clipboard data to the server and for transmitting a message to the server identifying the upload data, and a "Quit" function invocation button 482 for transmitting a message to the server to cause the client computer to be disconnected when the user of the client computer wishes to leave the multiple-party communication. The control panel 471 further includes a "Game" function invocation button 491 for transmitting as message to the server to cause game piece images to be displayed on the display area 472, as described later herein.

The control panel 471 further includes line formatting controls 484 for selecting a color and width of a line to be drawn on the display area 472, and character formatting controls 486 for selecting a font, color, and size of characters to be displayed on the display area.

In general user interface 470 causes content such as an image 475, a single client computer cursor 496, and a client computer pointer 499 for each client computer in the multiple-party communication, to be displayed in response to messages received from the server 12. In other embodiments, each client computer may display only its own cursor 496 and other client computer pointers 499, in which case the client computer user will not be able to view their own pointer on the display area. When the user interface 470 is displayed on the handheld client computer 18 (shown in FIG. 1) an actual cursor may not be displayed on the display 19 since the tip of the stylus 26 provides a visual indication of the cursor position. In such systems, the stylus 26 acts as the cursor, and although no actual cursor is displayed on the screen, the operating system of such devices receives user input signals in response to movement of the stylus tip in

US 10,963,124 B2

23

contact with the touch screen display area and produces corresponding interrupt event signals as described above.

The status bar 490 generally display status information associated with the multiple-party communication. In this embodiment the status bar 490 includes a field 492 for displaying the number of client computers that have joined the multiple-party communication, and may include other information such as the duration of the multiple-party communication, communication name etc.

The display area 472 may also have a linked area 497, which links to a file or web page when clicked by the user. In the embodiment shown the link 497 includes an identifier (not shown) identifying a filename of a file on the server hard drive 58 holding image data for the Ethna volcano image 475. In other embodiments the link identifier may include a uniform resource locator (URL) identifying image data or an image file elsewhere on the network 20. When the client cursor 496 is moved within the linked area 497, the user interface image display program codes 289 direct the microprocessor 262 to cause the client cursor 496 to change from displaying an arrow to display a hand-shaped cursor 498 (in practice, either the arrow cursor 496 or the hand cursor 498 is visible, not both as shown in FIG. 11 for illustrative purposes only).

In general, the display area 472 may include a plurality of linked areas such as the linked area 497, each linked area having an associated identifier. The coordinates of each linked area 497 and the associated identifier are stored in the store 296 in the RAM 266. In the embodiment shown the linked area 497 comprises a rectangular area of the display area 472 and may be defined by a first pair of X and Y coordinates defining a top left hand corner of the linked area and a second pair of X and Y coordinates defining a bottom right hand corner of the linked area. Alternatively, the linked area 472 may have other geometric shapes having a position and/or shape defined by one or more coordinate pairs.

Message Format

Referring to FIG. 12, a table of messages used in the communication system 10 is shown generally at 330. In general, three message types are provided including:

Persistent messages 332 that produce persistent changes to content on the display area 472;

Non-persistent messages 334 that do not result in persistent changes to the display area, for example, messages that cause pointers to change position within the display area 472, but do not leave persistent changes on the display area; and

Control messages 336 that cause a server action to be performed for managing server and/or client activity that also do not cause persistent changes to the content in the display area 472 (except for messages that cause page changes or clearing of the screen).

Each message 330 comprises 30 bytes of information, with the 30th byte being the null character, indicating the end of the message. Any unused bytes in the message are padded with zeroes.

Each message 330 includes a message identifier (MsgID) in bytes 1 and 2. In this embodiment message identifiers in the range 1-9 are associated with persistent messages 332, message identifiers in the range 10-19 are associated with non-persistent messages 334, and message identifiers 20 are associated with control messages 336. Accordingly, in this embodiment the message identifier also functions as a message type indicator, since the message type may be derived from the message identifier. In other embodiments,

24

the messages 330 may include a separate message type indicator (not shown) indicating a message type associated with each message.

Each message 330 also includes the user identifier (UID) 202 (shown in FIG. 7) in bytes 3 and 4. In other embodiments the messages 330 may be of different byte size, may have variable byte lengths, and/or may comprise an Extensible Markup Language (XML) message format, for example.

Each message 330 represents a particular type of user input and may include addition information, such as coordinate positions, in a message payload. The message identifier field indicates the specific type of user input included in the message payload

The persistent messages 332 are generated in response to user input that causes persistent lines to be drawn, characters to be displayed, and/or images to be displayed on the user interface 470.

The persistent messages 332 include a "KeyTyped" message 338 having a message identifier of 1, which represents a user input key (or character). The specific key typed is represented by a numeric value held in bytes 11 and 12. The "KeyTyped" message 338 also includes X and Y coordinates (Xnew, Ynew) held in bytes 13-16 of the message, color display information associated with the character held in the bytes 5-7, a font identifier, style identifier, and a size identifier held in bytes 8-10.

The persistent messages 332 also include a "MouseDrag" message 340 having a message identifier of 2, which represents a line drawn on the display area 472 of the user interface 470. The "MouseDrag" message 340 includes starting X and Y coordinates (Xold, Yold) and ending X and Y coordinates (Xnew, Ynew) held in bytes 9-16 of the message. Color information associated with the line is held in the bytes 5-7, and a width of the line is held in byte 8.

The persistent messages 332 also include an "Image-Show" message 342 having a message identifier of 3, which represents an image location (such as the image 475 shown in FIG. 11) posted by the user on the client computer display area 472 of the user interface 470. The "ImageShow" message 342 also includes X and Y coordinates (Xnew, Ynew) held in bytes 5-8 and an image filename held in bytes 9-29.

The persistent messages 332 also include a "LinkCreate" message 344 having a message identifier of 4, which represents a link created by the user on the client computer display area 472 of the user interface 470 (such as the linked area 497 shown in FIG. 11). The "LinkCreate" message 344 also includes X and Y coordinates (X1, Y1) and (X2, Y2) held in bytes 5-12 and a filename or internet address held in bytes 13-29.

The persistent messages 332 also include a "Game" message 359 having a message identifier of 5, which represents a request by a user of the client computer to display game piece images on the display area 472 of the user interface 470.

In this embodiment the non-persistent messages 334 include only a "MouseMove" message 346 having a message identifier of 10, which represents a mouse movement made by the user that causes the cursor to move without drawing a line on the display area 472. The "MouseMove" message 346 includes ending X and Y coordinates (Xnew, Ynew) held in bytes 5-8. Other embodiments may include further non-persistent messages.

The "MouseMove" message 346 and the "MouseDrag" message 340 represent a change in position of a cursor associated with the display area 472 of the client computer,

US 10,963,124 B2

25

and when transmitted to the server 12 these messages may be referred to as cursor messages.

The control messages generally cause functions to be performed by the server 12, but generally do not produce new content on the display area 472. The control messages 336 include a "ClearScreen" message 348 having a message identifier of 20, which represents a command to clear a page displayed on the display area 472.

The control messages 336 also include a "Save" message 350 having a message identifier of 21, which represents a request by a client computer user to save content currently displayed on the display area 472 to the client saved content store 100 in the server hard drive 58 (shown in FIG. 2). The "Save" message 350 includes a filename, which is held in bytes 5-29 of the message.

The control messages 336 also include an "Open" message 352 having a message identifier of 22, which represents a request by a user to load content saved in the client saved content store 100 in the server hard drive 58. The "Open" message 352 includes a filename, which is held in bytes 5-29 of the message.

The control messages 336 also include a "PageChange" message 354 having a message identifier of 23, which represents a request by a user to change the current displayed page to a page stored in the communication page store 104. In general the communication page store 104 may store several pages of content and accordingly the "PageChange" message 354 includes a "PageFlag" value held in byte 5 of the message for instructing the server 12 to display a previous page (when the "PageFlag" value is "0"), or to display the next page (when the "PageFlag" is "1").

The control messages 336 also include a "Disconnect" message 356 having a message identifier of 24, which represents a request of the user to disconnect from the multiple-party communication, while the multiple-party communication continues.

The control messages 336 also include a "ShutDown" message 358 having a message identifier of 25, which represents a request by a user to discontinue the multiple-party communication.

Message sender process-client computer In general, the message sender process codes stored in the store 286 of the program memory (shown in FIG. 9) direct the microprocessor 262 to produce the persistent messages 332, the non-persistent messages 334, and the control messages 336, in response to user input signals, function button invocations, and combinations thereof.

Referring to FIG. 13A to FIG. 13C, a flowchart of blocks of code for directing the client computer processor circuit 260 (shown in FIG. 9) to generate the messages is shown generally at 360.

Referring to FIG. 13A, the process begins at 362 when an interrupt event signal produced by the operating system is received by the interrupt handler 288.

Block 364 directs the microprocessor 262 to determine whether the interrupt event signal corresponds to a "keyTyped" event 328 (shown in FIG. 10), in which case the process continues at block 366, which directs the microprocessor to generate the "KeyTyped" message 338 with a message identifier value of 1, a "UID" 202 corresponding to the user identifier of the client computer from the client table entry 200 (shown in FIG. 7), and color and font values corresponding to a color and font currently selected by the user in the character formatting controls 486 on the user interface. Block 366 also directs the microprocessor to read the X and Y coordinates of the character entry position from

26

the character entry position store 294 in the RAM 266 and to place values of these coordinates in the "KeyTyped" message 338.

In this embodiment when a character is entered by the user, the character is not displayed on the screen until the message is received back from the server, as described later herein. Furthermore, each message includes information identifying only a single typed character. In other embodiments the message may represent more than one character.

The process then continues at block 367, which directs the microprocessor 262 to compute a new character entry position for the next character that will be typed by the user of the client computer. In this embodiment, subsequent characters are assigned X and Y coordinates read from the character entry position store 294, and after each successive character is typed, the X coordinate is incremented (or decremented for in some alphabets) such that the next character typed will be displayed in an appropriate spaced apart relation to the previous character typed. Successive typed characters thus appear in a horizontal line and have the same Y coordinate.

When the user types a character corresponding to an "Enter" or new line control character, then the Y coordinate is incremented (assuming that the display area 472 has an origin at the top left hand corner) such that the next character typed will be displayed on a new line below the previous character or characters in an appropriate spaced apart relation. The X coordinate is also decremented (or incremented in some alphabets) to cause the character entry position to align horizontally with the first character in the previous line. In this embodiment, the X coordinate of the first character in a line is saved in the character entry position store 294 and thus when an "Enter" or new line control character is typed the character entry position X coordinate is set to the X coordinate of the first character in the previous line and the Y coordinate is computed as described above.

Block 367 also directs the microprocessor 262 to update the character entry position stored in the store 294 in accordance with the new computed character entry position.

The process then continues at block 384, which directs the microprocessor 262 to write the message 338 into the client side Tx buffer 292.

If at block 364 the interrupt event signal does not correspond to a "keyTyped" event, then the process continues at block 368. Block 368 directs the microprocessor 262 to determine whether the interrupt event signal corresponds to a "mouseDragged" event 324, in which case the process continues at block 370. Block 370 directs the microprocessor 262 to determine whether the "LinkCreate" function invocation button 495 (shown in FIG. 11) was clicked before the mouse was dragged. If the "LinkCreate" button 495 was clicked, then the process continues at block 371. Block 371 directs the microprocessor 262 to generate the "MouseMove" message 346 with a message identifier value of 10, a "UID" corresponding to the user identifier for the client computer, and X and Y coordinates corresponding to the new cursor location on the display area 472. The process then continues at block 384, which directs the microprocessor 262 to write the message 346 into the client side Tx buffer 292.

If at block 370, the "LinkCreate" function invocation button 495 was not clicked before the mouse was dragged then the process continues at block 382. Block 382 directs the microprocessor 262 to generate the "MouseDrag" message 340 with a message identifier value of 2, a "UID" corresponding to the user identifier for the client computer, and color and width values corresponding to a color and width

US 10,963,124 B2

27                                                    28

currently selected in the line formatting controls **484**. Block **382** also directs the microprocessor to query the operating system to retrieve starting X and Y coordinates and ending X and Y coordinates corresponding to the cursor motion to place these values in the appropriate bytes of the payload of the message **340**. The process then continues at block **384**, which directs the microprocessor **262** to write the message **340** into the client side Tx buffer **292**.

If at block **368** the interrupt event signal does not correspond to the "mouseDragged" event **324**, then the process continues at block **372**. Block **372** directs the microprocessor **262** to determine whether the event corresponds to a "mouseClicked" event **322**, in which case the process continues at block **374**. Block **374** directs the microprocessor **262** to determine whether the "ImageShow" function invocation button **474** (shown in FIG. **11**) was clicked before the mouse click was produced. If the "ImageShow" function invocation button **474** was clicked, then the process continues at block **376**, which directs the microprocessor to launch a dialog window (not shown) for the user to pick an image to be displayed on the display area **472**. The image may be represented by data stored in the persistent data store **310** or the RAM **266** of the processor circuit **260**, or the image data may be stored in a location elsewhere on the network **20**.

The process then continues at block **377**, which directs the microprocessor **262** to upload the image data to the server processor circuit **50**. The uploading of the image data may be performed in accordance with a conventional file upload protocol such as file transfer protocol (FTP). Alternatively block **377** may direct the microprocessor **262** to initiate a HTTP POST request for uploading the image data to the server using HTTP protocol, for example. The upload data also includes an associated upload data identifier, such as a filename. Alternatively, block **377** may further direct the microprocessor **262** to generate a unique upload data identifier, for example by combining the client computer UID with a time and date generated by the operating system.

If at block **374** the "ImageShow" function invocation button **474** was not clicked before the mouse click was produced, then the process continues at block **375**. Block **375** directs the microprocessor **262** to determine whether the "Clipboard" function invocation button **488** was clicked before the mouse click was produced. If the "Clipboard" button **488** was clicked, then the process continues at block **377** as described above, except that in this case the microprocessor **262** is directed to upload the clipboard data to the server.

Block **378** then directs the microprocessor **262** to generate the "ImageShow" message **342** with a message identifier value of 3, a "UID" corresponding to the user identifier for the client computer, and a upload data identifier corresponding to the upload data identifier associated with the upload data, that was transmitted to the server **12** at block **377**. Block **378** also directs the microprocessor **262** to retrieve the X and Y coordinates of the display location where the mouse actuator button was actuated in block **372**, which defines the position of the top left hand corner of the image (such as the image **475** shown in FIG. **11**). Block **378** further directs the microprocessor **262** to place these values in the appropriate bytes of the "ImageShow" message **342**. The process then continues at block **384**, which directs the microprocessor **262** to write the message **342** into the client side Tx buffer **292**. In other embodiments the information in the "Image-Show" message may be uploaded at block **377**, in which case block **378** may be omitted.

Advantageously the upload data may be screenshot image data of a desktop area of the client computer. For example,

screenshots may be conveniently produced when using the Microsoft Windows operating system by pressing a "Print Screen" key on the keyboard to copy the entire desktop to clipboard memory, or by pressing "Alt" and "Print Screen" keys to copy the content of an active window to the clipboard memory. Screenshot data is generally in some image data format (for example a bitmap) and may be uploaded directly to the server from the clipboard or converted into a different image format by an image conversion function (not shown).

Alternatively, the data in the clipboard memory may be formatted data copied from a program window (for example Microsoft® Office Word or Excel). Formatted data may include formats, such as Excel spreadsheet formats for example, and such data is generally not suitable for display as an image. Accordingly, when a user of one of the client computers **14**, **16**, or **18** wishes to upload formatted data, the data may require conversion into a format suitable for display as an image.

Such data conversions are generally performed by conversion functions that are configured to convert particular types of formatted data into image data. In this embodiment the conversion is performed by the server **12** after the data has been uploaded from the client computer to the server. Alternatively, the data conversion may be performed by the client computer prior to uploading at block **377**. In another alternative the formatted data may be uploaded to the sever **12** and stored on the server without conversion, and the data conversion may be performed on each of the client computers after the formatted data is downloaded for display on the respective display areas **472**.

Whether the data conversion occurs on the client computers or the server, the conversion generally involves determining a formatted data type by reading clipboard parameters associated with the data in the clipboard memory. An appropriate conversion function is then selected from a plurality of conversion functions available and the formatted data is converted into an image format suitable for display in the user interface **470**. Advantageously, when the data conversion is performed on the server **12**, only the server need be configured to perform such data conversions. In other embodiments where it is desired to offload the data conversion load from the server, conversion functions may be included in the user interface **282** program codes, and launched when performing an upload of formatted data to the server **12** or when downloading formatted data from the server.

Advantageously, the clipboard function invocation facilitates sharing content produced by other software applications during the multiple-party communication. All client computers will display the resulting image and will be able to draw lines and type characters over the image.

If at block **375** the "Clipboard" function invocation button **488** was not clicked before the mouse click was produced, then the process continues at block **380**. Block **380** directs the microprocessor **262** to determine whether the "mouse-Clicked" event (at block **372**) was immediately preceded by a "mouseDragged" event **324**, in which case the process continues at block **381**. Block **381** directs the microprocessor **262** to determine whether the "LinkCreate" function invocation button **495** (shown in FIG. **11**) was clicked before the mouse was dragged. If at block **381** the "LinkCreate" button **495** was clicked, then the process continues at block **385**. Block **385** directs the microprocessor **262** to launch a dialog box for a user to enter a link identifier to be associated with a linked area **497**. For example, the link identifier may include a filename identifying a location and name of a client

US 10,963,124 B2

29                                                                30

saved content in the client saved content store **100** on the server hard drive **58** (shown in FIG. **2**). Alternatively, the link identifier may be a Uniform Resource Locator (URL) of another web site (for example www.google.com).

The process then continues at block **386**, which directs the microprocessor **262** to generate the "LinkCreate" message **344** with a message identifier value of 4, a "UID" corresponding to the user identifier for the client computer, and the link identifier provided by the client computer user. Block **386** also directs the microprocessor **262** to query the operating system to retrieve starting X and Y coordinates corresponding to starting coordinates of the mouse drag, and ending X and Y coordinates corresponding to the ending coordinates of the mouse drag. Block **386** further directs the microprocessor **262** to write the retrieved coordinate values to appropriate bytes of the message **346**. The starting X and Y coordinates and ending X and Y coordinates define the linked area **497** on the display area **472** shown in FIG. **11**. The process then continues at block **384**, which directs the microprocessor **262** to write the message **344** into the client side Tx buffer **292**.

If at block **380** the event does not correspond to a "mouseDragged" event **324** then the process continues at block **388**. When a "mouseClicked" interrupt event signal has been generated by the operating system at block **372**, block **388** directs the microprocessor **262** to determine whether the mouse click was within one of the linked areas **497** defined by information stored in the store **296** of the RAM **266** (shown in FIG. **9**). If the click was in a linked area **497** then the process continues at block **389**, which directs the microprocessor **262** to generate the "Open" message **352** with a message identifier value of 22, a "UID" corresponding to the user identifier for the client computer, and a link identifier corresponding to a filename or internet address associated with the linked area **497**. The process then continues at block **384**, which directs the microprocessor **262** to write the message **352** into the client side Tx buffer **292**.

If at block **388**, a linked area was not clicked the process continues at block **400**, which directs the microprocessor **262** to save a coordinate position at which the display area **472** was clicked to the character entry position store **294** in the RAM **266**, thus changing the coordinates for the character entry position for the next character that is entered by the user.

The character entry position stored in the store **294** is initially set to a default position for character placement, such as location (10, 10) on the display area **472**, for example (i.e. 10 pixels down and 10 pixels to the right from the top left hand corner of the display area **472**). When the user of the client computer subsequently clicks on the display area **472** without first pressing the "ImageShow", "Clipboard", or "LinkCreate" function invocation buttons **474**, **488**, or **495** respectively, then the coordinates where the user clicked are saved in the character entry position store **294** and used as the next character entry position, when the user of the client computer types a character.

Advantageously the character entry position is implemented as a "sticky" position, which causes user input characters to be displayed on the display area **472** at the last character entry position saved in the store **294**, or the default position if the user has not set a previous character entry position by clicking on the display area **472** without clicking first on the "ImageShow", "Clipboard", or "LinkCreate" function invocation buttons **474**, **488**, or **495** respectively.

If at block **372** the event does not correspond to a MouseClicked event, or at block **381** the "LinkCreate"

function invocation button was not clicked before the mouse was dragged, then the process continues at block **402** on FIG. **13**B.

Referring to FIG. **13**B, block **402** directs the microprocessor **262** to determine whether the interrupt event signal corresponds to a "mouseMoved" event **326** (shown in FIG. **10**), in which case the process continues at block **404**. Block **404** directs the microprocessor **262** to generate the "MouseMove" message **346** with a message identifier value of 10, a "UID" corresponding to the user identifier for the client computer, and X and Y coordinates corresponding to the new cursor location on the display area **472**. The process then continues at block **384**, which directs the microprocessor **262** to write the message **346** into the client side Tx buffer **292**.

The client computer user's pointing device movements may be represented in real time by a cursor displayed by the operating system on the client computer display area **472** or by a stylus tip on a touch screen display area. Advantageously, the "MouseMove" message **346** facilitates transmitting the client computer user's pointing device movements to other client computers, which facilitates display of pointers corresponding to each of a plurality of client computers on the respective display areas **472** of the other client computers who have joined the multiple-party communication. The client computer that generates the "MouseMove" message **346** also receives a copy of the message back from the server, which facilitates display of a local pointer in addition to any cursor that may be displayed by the operating system. Advantageously, display of a cursor and a local pointer permits the client computer user to view the effect of their pointer movements, since while the cursor responds to pointing device movements in near real-time, the pointer only moves once the message representing the movement is received back from the server.

Accordingly, when the pointing device is moved, the pointer generally trails the cursor, providing a useful view of a network latency associated with a round trip from one of the client computers **14**, **16**, or **18** to the server **12** and back again to the client computer. When the pointing device is not moving, the cursor and the pointer will generally be displayed in the same location on the display area **472**. For touch screen displays where a cursor is not displayed, the stylus tip acts as a cursor and the pointer trails the stylus tip, thus providing a similar view of network latency for the user.

If at block **402** the event does not correspond to a "mouseMoved" interrupt event signal then the process continues at block **406**. Block **406** directs the microprocessor **262** to determine whether the user has clicked the "ClearScreen" button **476**. If the "ClearScreen" button **476** has been clicked, then block **408** directs the microprocessor **262** to generate the "ClearScreen" message **348** with a message identifier value of 20 and a "UID" corresponding to the user identifier for the client computer. The process then continues at block **384**, which directs the microprocessor **262** to write the message **348** into the client side Tx buffer **292**.

If at block **406** the "ClearScreen" button **476** has not been clicked then the process continues at block **410**. Block **410** directs the microprocessor **262** to determine whether the "Save" button **477** has been clicked, in which case the process continues at block **412**. Block **412** directs the microprocessor **262** to launch a dialog box for receiving user input of a filename. Block **414** then directs the microprocessor **262** to generate the "Save" message **350** with a message identifier value of 21, a "UID" corresponding to the user identifier for the client computer, and a filename cor-

US 10,963,124 B2

31                                                        32

responding to the filename input by the user. The process then continues at block **384**, which directs the microprocessor **262** to write the message **350** into the client side Tx buffer **292**.

If at block **410** the "Save" button **477** has not been clicked then the process continues at block **416** on FIG. **13**C. Referring to FIG. **13**C, block **416** directs the microprocessor **262** to determine whether the user has clicked the "Open" button **494**. If the "Open" button **494** has been clicked, then block **418** directs the microprocessor **262** to launch a dialog box for receiving user input of a filename. Block **420** then directs the microprocessor to generate the "Open" message **352** with a message identifier value of 22 and a "UID" corresponding to the user identifier for the client computer. The process then continues at block **384**, which directs the microprocessor **262** to write the message **352** into the client side Tx buffer **292**.

If at block **416** the "Open" button **494** has not been clicked, then the process continues at block **422**. Block **422** directs the microprocessor **262** to determine whether either of the "PageBack" or "PageForward" buttons **478** or **480** has been clicked, in which case the process continues at block **424**. Block **424** directs the microprocessor **262** generate the "PageChange" message **354** with a message identifier value of 23, a "UID" corresponding to the user identifier for the client computer, and a "PageFlag" value of "0" where the "PageBack" button was clicked or "1" where the "PageForward" button was clicked. The process then continues at block **384**, which directs the microprocessor **262** to write the message **354** into the client side Tx buffer **292**.

If at block **422** the "PageBack" button **478** or the "PageForward" button **480** have not been clicked then the process continues at block **426**. Block **426** directs the microprocessor **262** to determine whether the "Quit" button **482** has been clicked, in which case the process continues at block **428**. Block **428** directs the microprocessor **262** to open a dialog window (for example a checkbox dialog form—not shown) to present the user with an option of disconnecting the client while keeping the multiple-party communication running or shutting down the multiple-party communication.

The process continues at block **430**, which directs the microprocessor **262** to determine whether the user has chosen to disconnect, in which case block **432** directs the microprocessor **262** to generate the "Disconnect" message **356** with a message identifier value of 24 and a "UID" corresponding to the user identifier for the client computer. The process then continues at block **384**, which directs the microprocessor **262** to write the message **356** into the client side Tx buffer **292**.

If at block **430** the user has chosen to shut down the meeting, then the process continues at block **434**, which directs the microprocessor **262** to generate the "ShutDown" message **358** with a message identifier value of 25 and a "UID" corresponding to the user identifier for the client computer. As will be described later herein, the request to shut down the communication is only accepted by the server **12** if the user is the last client computer in the communication. The process then continues at block **384**, which directs the microprocessor **262** to write the message **358** into the client side Tx buffer **292**.

If at block **426** the "Quit" button **482** on the user interface has not been clicked, then the process continues at block **362** on FIG. **13**A, which directs the microprocessor **262** to wait for the next interrupt (i.e. the event is ignored).

From the above description, it will be appreciated that when the client computer receives user input signals and/or function invocation signals representing a function invoca-

tion at the client computer, the client computer produces a message having a message type associated with one of a plurality of pre-defined combinations of the user input signals and function invocation signals and transmits the message to the server **12**. The process **360** shown in FIG. **13**A-**13**C thus represents a pre-association of certain combinations and/or sequences of user input signals and function invocations that produce messages having one of the persistent, non-persistent and control message type. Other user input signals and combinations such as mouse click events outside the user interface, are ignored by the message sender process.

Message Transmission to the Server

Referring to FIG. **14**, a flowchart of blocks of code for directing the processor circuit **262** (shown in FIG. **9**) to transmit the messages stored in the client side Tx buffer **292** is shown generally at **440**.

In general messages may be transmitted in accordance with any message transmission protocol, such as TCP/IP, user datagram protocol (UDP), or XML, for example.

The process begins at block **442**, which directs the microprocessor **262** to determine whether there are any messages in the client side Tx buffer **292**, in which case block **444** directs the microprocessor **262** to read the next message in the Tx buffer on a first-in-first-out (FIFO) basis and to write the message to the interface **272**. The interface **272** then produces a data signal representing the message at the input/output **274**, which is transmitted to the server **12** through the network **20**. The process **440** then returns to block **442**, repeating blocks **442** and **444** until all messages in the client side Tx buffer are transmitted.

If at block **442**, there are no messages in the client side Tx buffer **292**, then the microprocessor **262** is directed back to block **442**, which again determines whether any messages have been written into the client side Tx buffer **292**.

Server Receive Process

A flowchart of blocks of code for directing the processor circuit **50** (shown in FIG. **2**) to receive input messages from each of the client computers **14**, **16** and **18** is shown in FIGS. **15**A and **15**B generally at **500**.

In general, client manager threads are executed for each of the client computers **14**, **16**, and **18** to separately receive input messages in the respective server side Rx buffers for the client computers. Referring to FIG. **15**A, the process begins at blocks **502**, **504** and **506**, which direct the microprocessor **52** wait for input messages to be received from any of the client computers **14**, **16**, and **18** at any of the server side Rx buffers **92** in the RAM **56**.

The process then continues at block **508** when an input message is received at **502**, **504**, or **506**. Block **508** then directs the microprocessor **52** append a timestamp to the input message (after byte **30**, shown in FIG. **12**).

Block **510** then directs the microprocessor **52** to produce an output message by inserting the message in the shared buffer **88** (shown in FIG. **3**) at a next message store **120** after the message store referenced by the "CurrentPointer" **124**. Block **510** further directs the microprocessor **52** to update the "CurrentPointer" **124** to reference the message store **120** in the shared buffer to which the output message was written, such that the "CurrentPointer" always points to the last message written to the shared buffer **88**.

In this embodiment, the output messages are produced by copying the input message into the shared buffer. In other embodiments, output messages having different message identifiers or differing format to the input messages may be produced, as described above.

US 10,963,124 B2

33                                                                                      34

In this embodiment the input messages each represent one user input combination (for example a mouse drag or a character typed) and the output messages produced represent the same user input combination. However, in other embodiments, the input messages may represent several user input combinations and the output message produced by the server may represent the same user input combinations, or may combine user input combinations in a plurality of input messages into a singe output message.

Block 512 then directs the microprocessor 52 to determine the message type associated with the input message, by reading the message identifier. In this embodiment, since the output message is a copy of the corresponding input message the message type may be determined by reading the message identifier in either the input message or the output message.

The process then continues at block 514, which directs the microprocessor 52 to determine whether the message is a control type message (i.e. the message identifier 20). If the message is not a control type message then it is either a persistent or non-persistent message type and the microprocessor 52 is directed back to 502, 504, and 506 to wait for the next message to be received in the respective Rx buffers.

In general, input messages of the persistent message type and the non-persistent message type do not require further processing by the server 12. For example, in this embodiment cursor messages received at the server representing "MouseDrag" and "MouseMove" user input signals are copied into the shared buffer 88 as pointer messages, which do not require execution of server functions other than transmitting to the client computers.

If at block 514 the message identifier is greater than or equal to 20, then the message is a control message which directs the server to execute a server function. The process then continues at block 516, which directs the microprocessor 52 to determine whether the message identifier is 20, which corresponds to the "ClearScreen" message (Shown in FIG. 12 at 348). If the message identifier is 20, then the process continues at block 518, which directs the microprocessor 52 to set the "StartPointer" 122 (shown in FIG. 3) to refer to a memory location 120 in the shared buffer 88 after the location at which the "ClearScreen" message was inserted.

Advantageously, by changing the "StartPointer" 122 to refer to the location after the "ClearScreen" message, client computers joining the multiple-party communication only receive messages subsequent to the last "ClearScreen" message, thus avoiding displaying a plurality of persistent messages in quick succession followed by a "ClearScreen" message, which may clear the screen before the user has had time to view the content on the display area 472.

Alternatively in other embodiments, the "StartPointer" 122, the "CurrentPointer" 124 and the "Client SentPointers" 126 may be set to nil, as they were when communication just started. This will have the effect of overwriting all messages in the shared buffer 88. Accordingly, in this alternative embodiment, the shared buffer 88 may be saved to persistent memory prior to overwriting any previous messages.

If at block 516 the message identifier is not 20, then the process continues at block 520, which directs the microprocessor 52 to determine whether the message identifier is 21, which corresponds to the "Save" message (Shown in FIG. 12 at 350). If the message identifier is 21, then the process continues at block 522, which directs the microprocessor 52 to copy all persistent messages (i.e. the messages having a message identifier <10) from the shared buffer 88 to the client saved content store 100 on the server hard drive 58. In this embodiment, only the persistent type messages are

saved to the hard drive in response to the client save message. Client saved content may be saved in a server page storage format, described later herein.

If at block 520 the message identifier is not 21, then the process continues at block 524, which directs the microprocessor 52 to determine whether the message identifier is 22, which corresponds to the "Open" message (Shown in FIG. 12 at 352). If the message identifier is 22, then the process continues at block 526, which directs the microprocessor 52 to save the shared buffer 88 in the communication page store 104 of the server hard drive 58 and then to clear the shared buffer by setting both the "StartPointer" 122 and the "CurrentPointer" 124 to nil, which has the effect of causing further messages to overwrite previously saved messages in the shared buffer 88.

Server Page Storage Format

In general, when one of the client computers transmits a control message such as the "ClearScreen", "Open", "PageChange", "Disconnect" or "Shutdown" control messages, messages in the shared buffer 88 representing content displayed on the display area 472 are written to the server hard drive 58 as pages under control of the page manager, which is instantiated by launching the program codes 74 in the sever processor circuit 50 shown in FIG. 2, as described earlier herein. The page manager handles paging requests by causing messages to be saved on and/or read from the communication page store 104 on the server hard drive 58, without the client computer users having to enter any filenames. In order to maintain a complete record of the multiple-party communication, all persistent, non-persistent and control messages are saved by the page manager when a page change request is received from one of the client computers.

A page thus generally includes a plurality of messages that define content on the display area (and which may be retransmitted to re-create the content, if desired).

In this embodiment, the communication page store 104 includes a dedicated sub-directory created in a directory structure that saves communication pages by date and time. For example, for a communication having a communication name "MyTravel" the communication pages are saved in a sub-directory "\2007-03-23\15-39-10\My Travel\". Within the "MyTravel" directory each page has a corresponding sub-directory (for example "\2007-03-23\15-39-10\ My Travel\Page1\" and/or "\2007-03-23\15-39-10\My Travel\Page2\").

For example, if the current page is Page 2, and a control message is received that will result in a new page being displayed (by an "Open", "PageChange" or "Quit" message, for example) messages are saved to the "\2007-03-23\15-39-10\My Travel\Page2\" sub-directory.

If during the communication Page 2 is again displayed, and content added to the page, then the original page is saved to a file in the "Page 2" subdirectory under a filename "Paget-1", or "Paget-2". Alternatively, in some communications memory allocated to the shared buffer 88 may be limited, and when the sheared buffer is overwritten, content is first written to a Page file such as "Paget-3", for example.

Thus, in this case, the directory "\2007-03-23\15-39-10\My Travel\Page2\ will include files Paget-1, Paget-2, and Page3-3.

Each of the files (e.g. Page2-1, Paget-2, and Page3-3) includes one or more messages separated by the zero terminator (#0 or byte 30 of the messages shown in FIG. 12). Each file further includes a header including identifier information such as, when the file was created, the number of clients in the communication, the communication name &

US 10,963,124 B2

35                                                                             36

password, and other parameters associated with the communication. For example the file may include the following header in a text format:

FileCreated=14-34-23
NumberOfUsers=5
CommunicationName=My Travel
Password=travel
#0
<messages>

The "#0" zero terminator is followed by a plurality of messages, each being separated from the next message by the zero terminator.

Still referring to FIG. 15A, block 526 further directs the microprocessor 52 to generate a clear screen message (message 348 shown in FIG. 8) and to load the message into the shared buffer 88 for transmission to the client computers 14, 16 and 18. The clear screen message 348 causes content associated with messages previously transmitted to the respective client computers 14, 16, and 18 to be cleared, when the message is received at the respective client computers. Block 526 also directs the microprocessor 52 to read the number of pages from the "List of Pages" field 194 (shown in FIG. 6) and to set the "Current Page" field 196 to a next number in sequence, to update the "List of Pages" field 194, thus creating new page on the server as described above.

Block 526 further directs the microprocessor 52 to read the filename in the message and to load messages saved under the filename from the client saved content store 100 into the shared buffer 88, to set the "StartPointer" 122 to reference the first loaded message. As the shared buffer 88 is loaded with subsequent messages read from the page file, the "CurrentPointer" 124 is incremented to reference the last loaded message store 120. Block 526 also directs the microprocessor 52 to set the "CatchUpFlag" to active and the SentPointer to nil, so that all client computers catch up with the newly opened page.

If at block 524, the message identifier is not 22, then the process continues at block 528 on FIG. 15B. Referring to FIG. 15B, block 528 directs the microprocessor 52 to determine whether the message identifier is 23, in which case the control message is a "PageChange" Message (shown in FIG. 12 at 354). If the message is a "PageChange" message, then the process continues at block 530, which directs the microprocessor 52 to read the "PageFlag" in the message. If the "PageFlag" is "0" then the process continues at block 532, which directs the microprocessor 52 to determine whether the current displayed page (identified by the current page field 196 shown in FIG. 6) is the first page in the "List of Pages" field 194 in the communication table entry 180 (shown in FIG. 6). If the current displayed page is the first page then no action is taken and the microprocessor 52 is directed back to blocks 502, 504, and 506.

If at block 532 the current displayed page is not the first page then the process continues at block 534, which directs the microprocessor 52 to save the shared buffer 88 associated with the current displayed page in the communication page store 104 on the hard drive 58, clear the contents of the shared buffer 88 by setting both the "StartPointer" 122 and the "CurentPointer" 124 to nil, and then to decrement the "Current Page" field 196 to point to the new page page to be displayed. Block 534 further directs the microprocessor 52 to generate a clear screen message (i.e. the message 348 shown in FIG. 8) and to load the message into the shared buffer 88 for transmission to the client computers 14, 16 and 18. The clear screen message 348 is operable to clear content associated with messages previously transmitted to the

respective client computers 14, 16, and 18 when received at the respective client computers.

The process then continues at block 536, which directs the microprocessor 52 to read the saved page corresponding to the "Current Page" field 196 from the communication page store 104 on the server hard drive 58 into the shared buffer 88. Block 536 also directs the microprocessor 52 to set the "CatchUpFlag" to active and to set the "SentPointer" to "nil". This has the effect of transmitting all messages loaded in the shared buffer to each of the client computers 14, 16 and 18, since each user must "catch up" with the changed page.

If at block 530 the "PageFlag" is not "0" then the "PageFlag" is "1" and the process continues at block 538, which directs the microprocessor 52 to determine whether the current displayed page is the last page in the "List of Pages" field 194, in which case the process continues at block 540. Block 540 directs the microprocessor 52 to save the shared buffer 88 associated with the current page in the communication page store 104 on the hard drive 58 and clear the contents of the shared buffer 88 by setting both the "StartPointer" 122 and the "CurentPointer" 124 to nil. Block 540 also directs the microprocessor 52 to increment the "Current Page" field 196 to point to the new current page to be displayed, to set the "CatchUpFlag" to active, and to set the "SentPointer" to "nil". Block 540 further directs the microprocessor 52 to generate a clear screen message (i.e. the message 348 shown in FIG. 8) and to load the message into the shared buffer 88 for transmission to the client computers 14, 16 and 18. The clear screen message 348 is operable to clear content associated with messages previously transmitted to the respective client computers 14, 16, and 18 when received at the respective client computers. The codes in block 540 essentially cause the server to generate a new blank page.

If at block 538, the current displayed page is not the last page then the process continues at block 542, which directs the microprocessor 52 to save the shared buffer 88 associated with the current displayed page in the communication page store 104 on the hard drive 58, to clear the contents of the shared buffer 88 by setting both the "StartPointer" 122 and the "CurrentPointer" 124 to nil, and then to increment the "Current Page" field 196 to point to the new page to be displayed. Block 542 further directs the microprocessor 52 to generate a clear screen message (i.e. the message 348 shown in FIG. 8) and to load the message into the shared buffer 88 for transmission to the client computers 14, 16 and 18. The clear screen message 348 is operable to clear content associated with messages previously transmitted to the respective client computers 14, 16, and 18 when received at the respective client computers. The process then continues at block 536 as described above.

If at block 528 the message identifier is not 23, then the process continues at block 544, which directs the microprocessor 52 to determine whether the message identifier is 24, in which case the message corresponds to the "Disconnect" message (shown in FIG. 12 at 356). If the message identifier is 24, then the process continues at block 546, which directs the microprocessor 52 to set the "KeepRunningIdleFlag" 188 in the communication table 80 to active.

The process then continues at block 548, which directs the microprocessor 52 to remove the client corresponding to the "UID" in the message from the client table 90 in the RAM 56 and to delete the Rx and Tx buffers for the client computer.

The process then continues at block 550, which directs the microprocessor 52 to determine whether the client table is

37 38

empty (i.e. there are no more clients in the multiple-party communication). If the client table is empty then the process continues at block **552**, which directs the microprocessor **52** to determine whether the "KeepRunningIdleFlag" flag **188** in the communication table **80** is active (which it will be in this case due to block **546** having been executed), in which case the process continues at block **558** and the multiple-party communication is suspended. However the communication table entry **180** (shown in FIG. **6**) remains in the communication table **80** in the RAM **56**, and client computer users may still join the multiple-party communication at a later time.

If at block **550** the client table is not empty, then the multiple-party communication should continue for other client computers still in the multiple-party communication, in which case the microprocessor **52** is directed back to blocks **502**, **504**, and **506** in FIG. **15A**.

If at block **544** the message identifier is not 24, then the process continues at block **554**, which directs the microprocessor **52** to determine whether the message identifier is 25, in which case the message is a "ShutDown" message (shown in FIG. **12** at **358**). The process then continues at block **556**, which directs the microprocessor **52** to set the "KeepRunningIdleFlag" flag to not active.

The process then continues at blocks **548** and **550**, as described above. If at block **552**, the "KeepRunningIdleFlag" flag **188** is not active (which it will be in this case due to block **556** having been executed), then the process continues at block **560**. Block **560** directs the microprocessor **52** to save the shared buffer in the communication page store **104** on the server hard drive **58**, to delete the shared buffer **88** from RAM **56**, and to delete the communication table entry **180** from the communication table **80**. This has the effect of shutting down the multiple-party communication. However a record of all multiple-party communication messages (persistent and non-persistent) remains saved in the communication page store **104** on the server hard drive **58**.

Server Upload of Data

When one of the client computer users invokes either the "ImageShow" or the "Clipboard" functions by clicking on the function invocation buttons **474** or **488** and then actuating a pointing device actuator button while the cursor is within the display area **472**, an upload of data is initiated by the client computer to the server **12**. In general, upload data is received by the server **12** and stored in the upload data store **106** on the server hard drive **58**. Alternatively the upload data may be stored in an upload data store (not shown) in the RAM **56**.

In the embodiment shown, the user interface embodiment shown in FIG. **11** may not be capable of displaying certain types of data that may be uploaded from client computer clipboard memory to the server, such as formatted data from other application programs, for example. Accordingly when the server **12** receives upload data (for example as an HTTP POST request from a client computer), the server reads the data to determine whether the upload data requires conversion. If the upload data is already in a supported image format then no conversion is required and the data is stored in the upload data store **106** and associated with the data identifier. If the upload data is not of a supported image format, the server invokes a conversion function to convert the upload data into a supported image format. Accordingly, the server may be configured with a plurality of common conversion functions covering many commonly used formatted data types (for example Microsoft Word and Excel applications). Conversion function program codes for pro-

ducing image data from many formatted data types are generally available for license by software vendors and third party vendors.

Server Transmit Process

Referring to FIG. **16** a flowchart of blocks of code for directing the processor circuit **50** (shown in FIG. **2**) to process messages in the shared buffer **88** for transmission to the client computers **14**, **16** and **18** is shown generally at **580**. The process **580** is executed by the microprocessor **52** for each of the client computers **14**, **16**, and **18** and messages are loaded into each of the respective Tx buffers **94** in the server RAM **56**.

The process begins at block **584**, which directs the microprocessor **52** to determine whether the "SentPointer" **126** (shown in FIG. **3**) for the client computer is equal to the "CurrentPointer" **124**. If the "SentPointer" **126** is equal to the "CurrentPointer" **124**, then the process continues at block **586**, which directs the microprocessor **52** to determine whether the "CatchUpFlag" **208** is active for the client computer. If the "CatchUpFlag" is active, then block **588** directs the microprocessor **52** to set the "CatchUpFlag" **208** to not active, since the client computer has "caught up" with the multiple-party communication. The microprocessor **52** is then directed back to block **584**, and the process **580** is repeated.

If at block **584** the "SentPointer" **126** is not equal to the "CurrentPointer" **124** then the process continues at block **590**, which directs the microprocessor **52** to determine whether the message identifier for the message in the next shared buffer store after the store indicated by the "Sent-Pointer" is less than 10, indicating that the message is a persistent message. If the message identifier is less than 10, then the process continues at block **592**, which directs the microprocessor **52** to load the message referenced by the "SentPointer" **210** (shown in FIG. **7**) into the Tx buffer **94** corresponding to the client. Advantageously, in this embodiment, all client computers that have joined the multiple-party communication receive output messages that are associated with the persistent message type.

The process then continues at block **596**, which directs the microprocessor **52** to update the "SentPointer" for the client to indicate that the message has been transmitted to the client computer. The microprocessor **52** is then directed back to block **584**, and the process **580** is repeated.

If at block **590** the message identifier is greater than or equal to 10, then the message is a non-persistent or control message and the process continues at block **594**, which directs the microprocessor **52** to determine whether the "CatchUpFlag" for the client computer is set active. If the "CatchUpFlag" is not active then the process continues at block **592** as described above the non-persistent and/or control message is transmitted to the client computer.

Advantageously, when the "CatchUpFlag" is set active for a client computer, the client computer does not meet the criterion for transmission of the message and the non-persistent and control message are not transmitted to the corresponding client computer. If at block **594** the "Catch-UpFlag" is active, then the process continues at block **596**, as described above.

Referring to FIG. **17** a flowchart of blocks of code for directing the processor circuit **50** (shown in FIG. **2**) to transmit messages from the server side Tx buffers **94** (for each of the client computers **14**, **16** and **18**) is shown generally at **597**. The process begins at block **598**, which directs the microprocessor **52** to determine whether there are any messages in the Tx buffer. If there are messages in the Tx buffer to be sent, then the process continues at block **600**,

US 10,963,124 B2

39                                                    40

which directs the microprocessor 52 to write the messages to the network interface 62 of the I/O port 60. The process then continues at block 598, thus repeating blocks 598 and 600.

If at block 598 there are no further messages to be transmitted to the client then the process repeats block 598.

Advantageously, only clients that meet the criterion of being "caught up" with the multiple-party communication are transmitted the non-persistent messages in order to avoid sending generally confusing non-persistent mouse movements to clients who have joined the multiple-party communication late. Once the client has caught up with the multiple-party communication the client then receives all non-persistent messages representing their own pointer movements as well as pointer movements of other clients in the multiple-party communication.

In the embodiment shown in FIG. 16 control messages will also be transmitted to the client computers, since control messages are also stored in the shared buffer. As will be seen later, with the exception of the "ClearScreen" message, the control messages transmitted to the clients do not result in any changes to the client display area 472 and are generally ignored by the client computers.

Messages loaded into the Tx buffers 94 of the respective client computers are transmitted to the client computers through the network 20 in the order in which they are loaded into the buffer (i.e. on a first-in-first-out FIFO basis).

Client Receive Process

In general, the message receiver program codes stored in the store 284 of the program memory (shown in FIG. 9) direct the microprocessor 262 to receive and process messages transmitted to the client computer 14, 16, and 18 from the server 12.

Referring to FIG. 18A a flowchart of blocks of code for directing the processor circuit 260 (shown in FIG. 9) to receive messages from the server 12 is shown generally at 620. The process 620 starts at block 621 when a message is received at the interface 272 of the I/O port 270.

Block 622 then directs the microprocessor 262 to write the message into the client side Rx buffer 290 (shown on FIG. 9). Block 623 then directs the microprocessor 262 to read the message identifier (MID) and client computer identifier (UID) included in the message.

The process continues at block 624, which directs the microprocessor 262 to determine whether the message identifier is 1. If the message identifier is 1, then the message corresponds to the "KeyTyped" message 338 (shown in FIG. 12), and the process continues at block 626, which directs the microprocessor 262 to read the bytes in the message corresponding to color, font identifier, font style identifier, font size, the character to be displayed, and the X and Y coordinates of the position at which to display the character. The process then continues at block 628, which directs the microprocessor 262 to call a function in the image display program codes 289 for drawing the character on the display area 472.

If at block 624, the message identifier is not 1, then the process continues at block 630, which directs the microprocessor 262 to determine whether the message identifier is 2. If the message identifier is 2, then the message corresponds to the "MouseDrag" message 340, which is a pointer message. Block 631 then directs the microprocessor 262 to read the bytes in the message corresponding to color, line width, starting coordinates Xold and Yold, and ending coordinates Xnew and Ynew.

Block 632 then directs the microprocessor 262 to call a function in the image display program codes 289 for drawing a line of specified color and width between the starting X and Y coordinates and the ending X and Y coordinates on the display area 472.

The process then continues at block 633 which directs the microprocessor 262 to determine whether the UID read in block 631 matches one of the UID's in the pointer table 295 stored in the RAM 266. The pointer table 295 includes an entry (not shown) for each client computer in the multiple-party communication and each entry includes the UID and the current X and Y coordinate position of the pointer associated with the UID. If none of the pointer table entries has a UID that matches the UID read at block 631, then the process continues at block 635, which directs the microprocessor 262 to add a new entry (i.e. UID, Xnew, Ynew) to the pointer table 295.

The process then continues at block 637, which directs the microprocessor 262 to call a function in the image display program codes 289 to cause a pointer associated with the UID to be displayed at the Xnew and Ynew coordinate position on the display area 472.

If at block 633 the UID read in block 631 matches one of the pointer table entries, then the process continues at block 634, which directs the microprocessor 262 to call a function in the image display program codes 289 for moving the image of the pointer from its current position (read from the pointer table) to the Xnew and Ynew coordinate position on the display area 472. Block 648 also directs the microprocessor 262 to update the coordinate position in the pointer table 295 for the pointer associated with the UID read at block 631 to the new coordinates Xnew and Ynew.

If at block 630, the message identifier is not 2, then the process continues at block 636, which directs the microprocessor 262 to determine whether the message identifier is 3. If the message identifier is 3 then the message corresponds to the "ImageShow" message format 342. Block 638 then directs the microprocessor 262 to read the bytes in the message corresponding to the data identifier of the image, and the X and Y coordinates at which an upper left hand corner of the image is to be positioned on the display area 472. Block 640 then directs the microprocessor 262 to download the data associated with the data identifier from the server 12. Downloading may be performed in accordance with any conventional file download protocol such as file transfer protocol (FTP), for example. Alternatively block 640 may direct the microprocessor 262 to initiate an HTTP GET request to cause the image file to be downloaded to the client computer from the server 12.

The process then continues at block 642, which directs the microprocessor 262 to call a function in the image display program codes 289 for displaying the image at the X and Y coordinates on the display area 472.

If at block 636, the message identifier is not 3, then the process continues at block 637 on FIG. 18B. Referring to FIG. 18B, block 637 directs the microprocessor 262 to determine whether the message identifier is 4. If the message identifier is 4, then the message corresponds to the "LinkCreate" message format 344, in which case block 639 then directs the microprocessor 262 to read the bytes in the message corresponding to the "UID", the X1, Y1, X2, and Y2 coordinates representing coordinate positions of corners of the linked area 497 (shown in FIG. 11), and the filename or internet address in the message 344.

The process then continues at block 641, which directs the microprocessor 262 to store the filename or internet address and coordinates X1, X2, Y1, and Y2 in the filename/URL store 296 in the RAM 266 (shown in FIG. 9). As described above in connection with block 388 (shown in FIG. 13A), a

US 10,963,124 B2

41

42

mouse click occurring within one of the linked areas defined by hyperlink information stored in the store **296** causes the associated filename or internet address to be opened in the display area **472**.

If at block **637**, the message identifier is not 4, then the process continues at block **644**, which directs the microprocessor **262** to determine whether the message identifier is 10. If the message identifier is 10, then the message corresponds to the "MouseMove" message format **346**, which is a pointer message. Block **645** then directs the microprocessor **262** to read the bytes in the message corresponding to the "UID", and the Xnew and Ynew coordinates representing the ending position of the mouse pointer.

The process then continues at block **646** which directs the microprocessor **262** to determine whether the UID read in block **645** matches one of the UID's in the pointer table **295** stored in the RAM **266**. If none of the pointer table entries has a UID that matches the UID read at block **645**, then the process continues at block **646**, which directs the microprocessor **262** to add a new entry (i.e. UID, Xnew, Ynew) to the pointer table **295**.

The process then continues at block **649**, which directs the microprocessor **262** to call a function in the image display program codes **289** to cause a pointer associated with the UID to be displayed at the Xnew and Ynew coordinate position on the display area **472**.

If at block **646** the UID read in block **645** matches one of the pointer table entries, then the process continues at block **648**, which directs the microprocessor **262** to call a function in the image display program codes **289** for moving the image of the pointer from its current position (read from the pointer table **295**) to the Xnew and Ynew coordinate position on the display area **472**. Block **648** also directs the microprocessor **262** to update the coordinate position in the pointer table **295** for the pointer associated with the UID read at block **645** to the new coordinates Xnew and Ynew.

Advantageously, when the client computer receives its own "MouseMove" messages back from the server as pointer messages, the client computer displays a pointer corresponding to the pointer message. Accordingly, in this embodiment, the client computer may display a cursor representing a current (real time) position of the client computer pointing device and further displays the pointer corresponding to its own "MouseMove" messages, which represent the position of the client computer's pointing device as seen by the server **12** and the other client computers in the multiple-party communication. Each client computer is thus provided with feedback by receiving their own pointer message, which causes display of their own pointer on their display.

Furthermore, by displaying both the client computer cursor, the client computer's pointer, and the other client computer pointers on each of the client computer's respective display areas **472**, an awareness of what other users are doing during the multiple-party communication is provided. For example the user of the client computer **14** may cause their cursor **496** to move to point to specific content displayed on the display area **472** and the users of other client computers **16** and **18** will see corresponding movements of the pointer **499** corresponding to the client computer **14** on their respective displays. The user of client computer **14** will also be able to view their own pointer in relation to their cursor, which may be useful for guiding the user's actions.

If at block **644**, the message identifier is not 10, then the process continues at block **654**, which directs the microprocessor **262** to determine whether the message identifier is 20. If the message identifier is 20, then the message corresponds

to the "ClearScreen" message format **348**. Block **656** then directs the microprocessor **262** to call a function in the image display program codes **289** for clearing the display area **472**.

If at block **654** the message identifier is not 11, then the message is ignored and the microprocessor **262** is directed back to block **621** to wait for the next message to be received. It should be readily appreciated that control messages having a message identifier of 20 received by the client computer **14**, **16**, and **18** are ignored in the process **620**, which only responds to persistent messages and non-persistent messages.

Publishing Content

In another embodiment, a user of one of the client computers **14**, **16**, or **18** may wish to publish content created during a multiple-party communication to facilitate viewing by other computers in communication with the network **20**. For example, a client computer user may wish to record a page that may be later viewed by another user, who may not have joined the multiple-party communication. Alternatively a client computer user may wish to record content created in a single client communication and then make the page(s) publicly available for viewing in similar fashion to that provided by web sites on the internet.

Referring to FIG. **11**, when a client computer user clicks on the "Publish" function invocation button **493** on the user interface **470**, a dialogue window is displayed (not shown), which prompts the user to enter a filename under which the multiple-party communication will be published (for example "travel.web"). The dialogue window may additionally prompt the user to enter a description for the published page, such as "My European Vacation", for example. When the user enters the filename the server processor circuit **50** (shown in FIG. **2**) causes all persistent messages representing content in a currently displayed page to be written to the published communication store **108** on the server hard drive **58**.

The "Publish" function invocation button **493** generally launches a similar process to the process launched by the "Save" button **477** (i.e. blocks **410**, **412**, and **414** in FIG. **13**B) except that the persistent messages are saved to the published communication store **108** rather than the client saved content store **100**. However, published content in the published communication store **108** are generally made available to anyone who wishes to view the pages, while saved content in the client saved content store **100** is generally only available to client computer users who have joined a multiple-party communication that caused the respective pages to be saved. In other embodiments, non-persistent messages may also be saved to the published pages store to facilitate replaying non-persistent mouse movements to the public access computer.

Viewing Published Multiple-Party Communications

Any user of a computer such as the public access computer **40** shown in FIG. **1**, which has a connection to the network **20**, may view a published multiple-party communication. In general, the user connects to the server **12** and transmits a request for a web page listing published multiple-party communications (not shown) saved in the published communication store **108**. The web page generally includes a published pages table that includes information similar to the information listed in table **140** on the web page **130** (shown in FIG. **4**), except that each entry corresponds to a published page rather than an active multiple-party communication.

Alternatively, if a user knows or has been otherwise made aware of the URL under which the page was published, the user may type URL of the published page (for example

43

www.freemeeting.com/travel.web) into an address field of an internet browser application such as Microsoft Internet Explorer.

Referring to FIG. **19**, a flowchart representing blocks of codes for directing the microprocessor **52** to create a communication for viewing published pages is shown generally at **680**. The process **680** is similar to the process **150** shown in FIG. **5**, in that a communication is created for the public access computer user, thus providing various communication functions generally as described above. However the communication for viewing published content may only have single computer user as a participant.

Furthermore certain functions generally available in active multiple-party communications are not necessary for viewing a published multiple-party communication and such functions may be disabled, as described below.

In general the server responds to a request from a public access computer including an identifier identifying published content associated with a previous communication. The server then reads saved messages associated with the identifier from persistent memory storage on the server and produces respective output messages representing the content in the saved messages. The output messages are then transmitted to the computer.

The process **680** begins at **682** when a public access computer user clicks on a hyperlink to a published multiple-party communication in the web page listing available published communication content, which causes a HTTP request message including identifier identifying the selected published multiple-party communication to be transmitted to the server **12**. In one embodiment the identifier includes the filename under which the multiple-party communication was published and/or the description provided by the client computer user when the content was published.

Block **684** then directs the microprocessor **52** to read the HTTP message to extract the identifier. Block **684** also directs the microprocessor **52** to create a communication for viewing the content by adding a new communication entry to the communication table **80** (shown in FIG. **2**). In this embodiment, communications created for viewing of published pages are created with the "HiddenFlag" **198** set to active, such that the communication is not listed when the web page **130** is displayed to client computer users who request information on active multiple-party communications as per previously described embodiments. Accordingly, since the communication name will not be displayed, the "CommunicationName" field **184** in the communication table entry **180** may be populated with the filename or the description read from the HTTP message, or may be set to a default value. A new unique communication identifier (CID) is also generated for the communication and stored in the CID field **182** in the communication table **80** in the RAM **56**.

Block **686** then directs the microprocessor **52** to create a new shared buffer **88** (shown in FIG. **2**) for the communication, and to initialize the "StartPointer" **122** and the "CurrentPointer" **124** to both refer to a first store in the shared buffer **88**. Block **686** also directs the microprocessor **52** to instantiate a page manager for the communication by launching the page manager program codes in the store **74** of the program memory **54**.

Block **688** then directs the microprocessor **52** to instantiate a new client manager for the communication by launching the client manager program codes in the store **72** of the program memory **54**.

Block **690** then directs the microprocessor **52** to generate a new client table **90** in the RAM **56**, to add an entry to the

44

client table for the public access computer. In this embodiment block **690** also directs the microprocessor **52** to set the "CatchUpFlag" to active, such that only persistent type messages are transmitted to the public access computer **40**. In other embodiments, persistent, non-persistent, and control type messages may be transmitted to the public access computer **40**.

Block **692** then directs the microprocessor **52** to create server side Rx and Tx buffers **92** and **94** for the originating client.

Block **694** then directs the microprocessor **52** to cause the network interface **62** of the I/O PORT **60** to transmit published pages user interface codes through the network **20** to the public access computer. Alternatively, the public access computer may launch program codes (not shown) for instantiating a stand-alone published pages user interface application.

Block **696** then directs the microprocessor **52** to read messages from the published page identified by the filename read from the HTTP message in block **684** and to load the messages into the shared buffer. The "StartPointer" **122** is set to reference the message store **120** in the shared buffer **88** to which the first message was loaded. As the message stores **120** of the shared buffer **88** are loaded with subsequent messages read from the published page file, the "Current-Pointer" **124** is incremented to reference the last loaded message store.

The published pages user interface may be generally similar to the user interface **470**, except that user interface function invocation buttons **474**, **476**, **477**, **495**, **488**, **493**, and **491**, the line formatting controls **484**, and the character formatting controls **486**, may be disabled or not displayed in the user interface. Accordingly, only the "Open" function invocation button **494**, the "PageBack" function invocation button **478**, the "PageForward" function invocation button **480**, and the "Quit" function invocation button **482** are still active when viewing a published content. The aforementioned function invocation buttons generally operate as described above in connection with FIG. **13**A-FIG. **13**C.

The persistent messages associated with the published page in the published communication store **108** are then processed generally in accordance with the process **580** shown in FIG. **16**. The output messages are then transmitted to the public access computer in accordance with the process **597** shown in FIG. **17**.

When a public access computer user views a published multiple-party communication all persistent saved content and any linked areas **497** are displayed in accordance with the process **620** shown in FIGS. **18**A and **18**B. When the "CatchUpFlag" is set to not active, non-persistent content is also displayed on the public access computer **40**.

The public access client computer **40** may cause user input signals to be produced but only certain user input signal and function invocation combinations will be processed in accordance with the process **360** shown in FIG. **13**A-FIG. **13**C. For example, in this embodiment, only blocks **416**, **418** and **420** ("Open" function invocation), block **388**, and **389** (link area clicked), block **422** and **424** ("PageBack" and "PageForward" function invocations), and/or block **426-434** ("Quit" function invocation buttons) are processed by the public access computer.

If the published page includes a linked area (such as the linked area **497** shown in FIG. **11**), pointing device user input signals causing interrupt event signals within the linked area cause blocks **388**, **389**, and **384**, shown in FIG. **13**A to be launched. Block **389** directs the microprocessor **262** to generate the "Open" message **352** with a message

US 10,963,124 B2

45

46

identifier value of 22, and a "UID" corresponding to the user identifier for the public access computer, and a filename or internet address associated with the linked area **497**. The filename may be a filename of other published messages in the published communication store **108**. The process then continues at block **384**, which directs the microprocessor **262** to write the message **352** into the client side Tx buffer **292**. The linked areas **497** thus facilitate providing published content with functioning hyperlink areas to other saved messages and/or other content available elsewhere on the network **20**.

When the "Open" function invocation button **494** is clicked, then the blocks **416**, **418** and **420** in the process **360** are launched. Block **418** launches a dialog (not shown) for user to enter the filename of other published content in the published communication store **108**, for example "inLondon.web". Block **420** then directs the microprocessor **262** to generate the "Open" message **352** with a message identifier value of 22, and a "UID" corresponding to the user identifier for the public access computer, and a filename entered by user in dialog box at block **418**. The process then continues at block **384**, which directs the microprocessor **262** to write the message **352** into the client side Tx buffer **292**.

When either the "PageBack" function invocation button **478** or the "PageForward" function invocation button **480** is clicked, the blocks **422** and **424** are launched causing a page change message to be transmitted to the server **12**. Advantageously, if more than one published page has been viewed by the public access computer user by clicking on a linked area **497**, then the user is permitted to page back and forward through these pages in accordance with the blocks **528-542** in the process **500** shown in FIG. **15**B.

When the "Quit" function invocation button **482** is clicked, block **426** in the process **360** is launched. However blocks **428**, **430** and **432** are not launched for public access computers. When facilitating viewing published pages, the server **12** determines whether the communication is to keep running or be shut down.

In one embodiment, the communication created for the public access computer **40** to view a published page may be shut down in accordance with blocks **548-560** shown in FIG. **15**B after the published page has been transmitted to the computer user. The published page view will remain displayed on the public computer display, but the communication that facilitated transmitting the page will be closed. Accordingly, each time the user of the public access computer **40** requests another page by clicking on a linked area **497** on the published page, for example, a new communication is created to serve the requested page to the user.

In other embodiments the communication may be kept running, transmitting different content files from published communication store **108** in response to the public access computer user requests, until the user disconnects from the communication by clicking on the quit button, as described earlier herein.

This communication will only have a single participant since the Hidden flag **198** is set to active so that other client computers cannot join the communication.

In yet another embodiment, the published multiple-party communication content may be transmitted to public computer user one message at a time with a time interval between messages corresponding to the timestamp appended to the messages at block **508** in FIG. **15**A as described later herein with reference to FIG. **32**. This permits the public access computer user to view the published multiple-party communication content at a rate that matches the rate at which the content was created in the original multiple-party communication. In this embodiment a new communication may be created for each public access computer user that wishes to view the published page at the original content creation rate, thus facilitating delayed transmission of messages from a shared buffer associated with the communication.

In other embodiment the server may share the communication for the same published content between multiple public access computers, in which case the same communication (having the same CID) may be used to serve the published pages to second and subsequent public access computers. When the last user disconnects from the communication, the communication may then be shut down. Although in such shared public communications, when any user clicks on linked areas **497**, "Open", "PageBack" or "PageForward" buttons, all users of public client computers will be transmitted messages associated with the new page. This type of multiple-party communication is suitable when the published content does not have Link areas, and server also repeatedly transmits the same content over and over again in a repeating looped presentation.

Advantageously a public access computer user who is not capable of producing web pages by conventional methods (for example using Microsoft FrontPage® or using hypertext markup language) may record content in a communication and publish the content, thus making the pages available to the public in general. Publishing such pages does not require any specialized knowledge, while providing a simple interface (i.e. the user interface **470**) for producing content including images, lines and character annotations and links to other content. Accordingly, in this embodiment, the server **12** is generally configured to act as a content recorder, facilitating subsequent playback of the recorded content to any computer user who is connected to the network **20**. The published pages may be browsed by a user in the user interface in a similar manner to browsing web pages in a web browser.

Game Piece Image Movement

In another embodiment the system for supporting multiple-party communications may further facilitate playing of a game between parties who have joined a multiple-party communication.

Display of game piece images is initiated when a user of one client computer user clicks on the "Game" function invocation button **491** on the user interface **470**. Image data representing the game piece images and initial position coordinates for displaying the game piece images are stored in the store **298** of the client computer RAM **266**.

Referring to FIG. **20**, a flowchart of blocks of code for directing the processor circuit **260** (shown in FIG. **9**) to generate the game message **359** is shown generally at **710**. The blocks in the process **710** generally represent a modification to the process **360** shown in FIG. **13**.

The process begins at **712**, which directs the microprocessor **262** to determine whether the "Game" function invocation button **491** has been clicked, in which case the process continues at block **714**. Block **714** directs the microprocessor **262** to generate the "Game" message **359** with a message identifier value of 5 and a "UID" corresponding to the user identifier of the client computer that invoked the game function.

The process then continues at block **384**, which directs the microprocessor **262** to write the message **350** into the client side Tx buffer **292**. The message **359** is then transmitted to the server **12** in accordance with the process **440** shown in FIG. **14**.

US 10,963,124 B2

47

The server 12 receives the "Game" message 359 from the client computer in accordance with blocks 508-512 of the process 500 shown in FIG. 15 as described above. Once inserted into the shared buffer at block 510 the "Game" message 359 is then processed for transmission in accordance with the process 580 shown in FIG. 16, and transmitted to all client computers in accordance with the process 597 shown in FIG. 17, as described above.

Referring to FIG. 21, a flowchart representing blocks of code for directing each client computer processor circuit 262 to display the game piece images is shown generally at 720. The blocks in the process 720 generally represent a modification to the process 620 shown in FIG. 18B.

The process 720 begins at block 722, which directs the microprocessor 262 to determine whether the message received at block 621 in FIG. 18A has a message identifier of 5. If the message identifier is 5, then the process continues at block 724, which directs the microprocessor 262 to read game piece image data and respective position coordinates from the store 298 and to call a function in the image display program codes 289 (shown in FIG. 9) for displaying each game piece image on the display area 472 at positions corresponding to the respective position coordinates for each game piece image.

Referring to FIG. 22, a screenshot of the user interface 470 (shown in FIG. 11) is shown having a display area 740 that includes game piece images 742 displayed thereon. The game piece images 742 include a game board image 744, a plurality of white game piece images 746 and a plurality of black game piece images 748. Each of the game piece images 742 are displayed at initial position coordinates read from the store 298 of the client computer RAM 266. Each game piece image 746 and 748 includes an image boundary 747 (shown in broken outline), which defines the image extent of the respective game piece.

Referring back to FIG. 21, the process then continues at block 726, which directs the microprocessor 262 to write the respective position coordinates to the game piece coordinates store 299 in the client computer RAM 266, such that subsequent movements of the game pieces by the client computer users may be tracked in position coordinate values stored in the game piece coordinates store 299.

Game Piece Movements

In general, the game board image 744 is displayed at a fixed coordinate position on the display area 740, while the game piece images 746 and 748 may be moved in response to user input signals received at the respective client computers.

Referring to FIG. 23, a flowchart representing blocks of code for directing the microprocessor 262 to move the game piece images on the display area 740 is shown generally at 770. The process 770 shown in FIG. 23 is a modification of the process 620 shown in FIG. 18A.

In this embodiment, game piece images 746 and 748 are moved in response to cursor messages representing "Mouse-Dragged" user input signal combinations. In other embodiments the game piece images may be moved in response to cursor movement signals in combination with character input signals produced at the keyboard (for example, when the user presses a "Ctrl" key while simultaneously moving the pointing device.

If at block 630 the message identifier is 2, then the message corresponds to the "MouseDrag" cursor message 340. The process continues at block 632, which directs the microprocessor 262 to read the bytes in the cursor message corresponding to color, line width, starting coordinates Xold and Yold, and ending coordinates Xnew and Ynew.

48

Block 772 then directs the microprocessor 262 to determine whether the position coordinates Xnew and Ynew represent a position on the display area 740 that is inside the boundary 747 of one of the game piece images represented by coordinates stored in the game piece coordinates store 299 in the RAM 266, in which case the process continues at block 774.

Block 774 then directs the microprocessor 262 to call a function in the image display program codes 289 to delete the game piece image at and redraw the game piece image at a new location Xg, Yg on the display area. The coordinates Xg, Yg are shifted by ΔX and ΔY from a previous location of the game piece image, where ΔX and ΔY are calculated according to the relation:

$$\Delta X = X_{new} - X_{old}$$

$$\Delta Y = Y_{new} - Y_{old} \qquad \text{Eqn 1}$$

Block 775 then directs the microprocessor 262 to write the new game piece position coordinates into the game piece coordinate store 299 in the RAM 266.

Block 776 then directs the microprocessor 262 to determine whether the position coordinates Xold and Yold define a position on the display area 740 that is inside one of the game piece coordinate areas stored in the game piece coordinates store in the RAM 266, in which case the process continues at block 648.

Block 648 then directs the microprocessor 262 to call a function in the image display program codes 289 for moving the image of the pointer from its current position on the display area 740 to the Xnew and Ynew coordinate position on the display area 740.

If at block 776, the coordinates Xold and Yold define a position that is not inside the boundary 747 of one of the game piece images 746 and 748 on the display area 740 then the process continues at block 634. Block 634 directs the microprocessor 262 to call a function in the image display program codes 289 for drawing a line of specified color and width on the user display area 740 between the starting coordinates Xold and Yold, and ending coordinates Xnew and Ynew.

If at block 772 the coordinates Xnew and Ynew define a position that is not inside the boundary 747 of one of the game piece images 746 and 748 on the display area 740 then the process continues at block 634 and 648, as described above.

In this embodiment when the user input signals cause the client computer's pointer 499 to be dragged across the boundary 747 of one of the game piece images 746 or 748 the pointer "pushes" the game piece image to a new location, while simultaneously drawing a line on the display area. When the user input signals cause client computer's pointer 499 to be dragged inside the boundary 747, the game piece image is moved without drawing a line on the display area 740. In other embodiments the line may be discontinued when the pointer crosses the boundary 747 or the line may be drawn behind the game piece image and game board 744.

Advantageously, the game piece images are moved in response to pointer messages received at the client computers, and not in response to the corresponding client computer cursor 496, thus facilitating some server arbitration of game piece movements in accordance with the timestamp of the messages representing game piece movements received from the client computers. Should two client computer users simultaneously wish to move the same game piece image, a first received message will receive priority of movement. Furthermore, in this embodiment the server 12 only receives

US 10,963,124 B2

49

cursor messages and produces pointer messages which are transmitted to the client computers. When the client computers receive the pointer messages, the pointer messages are interpreted by the client computer processor circuit **260** to cause corresponding game piece image movements on each of the respective display areas **740**, such that each user receives a common view of the game piece images **742**. By causing game piece movements in response to pointer messages rather than the client computers real time cursor **496**, the users are able to adjust their activity to account for any network latency when moving the game piece images.

Referring to FIG. **24**, in an alternative embodiment, desired game piece movements may be represented by a game piece movement request message shown generally at **780**. The piece movement request messages **780** are transmitted by the client computers **14**, **16**, and **18** to the server **12** in response to user input signals representing movements that cross the boundary **747** or are within the boundary.

The piece movement request message **780** is a persistent message having a message identifier of 6. The piece movement request message **780** represents a "MouseDrag" combination of user input signals between starting X and Y coordinates (Xold, Yold) and ending X and Y coordinates (Xnew, Ynew) held in bytes **5-12** of the message.

The piece movement request message **780** further includes an "Owner UID" field held in bytes **13-14** of the message. The "Owner UID" field holds a UID corresponding to the UID of the client computer that owns the game piece that it is desired to move. For example, in a game of checkers between a first client computer and a second client computer, the white game pieces **746** may be assigned to the first client computer user and the white game piece coordinates stored in the store **299** of the client computer RAM **266** include an associated "Owner UID" corresponding to the UID of the first client computer. Similarly the black game pieces **748** may be assigned to the second client computer and the black game piece coordinates stored in the store **299** of the client computer RAM **266** include an associated "Owner UID" corresponding to the UID of the second client computer.

The piece movement request message **780** further includes an identifier field held in bytes **15-16** of the message. The identifier identifies a particular game piece image that the client computer user wishes to move. For example, in a game of checkers, the white checkers may be assigned number indices of 1-12 and the black game pieces may be assigned indices of 13-24.

When a user of one of the client computers **14**, **16**, or **18** attempts to move one of the game pieces by producing user input signals within the boundary **747** of one of the game piece images **746** and **748**, a piece movement request message **780** is produced and transmitted to the server **12**. The server **12** receives the message **780** generally in accordance with the process shown in FIG. **15A**.

In this embodiment, when the server receives a "Game" message **359** requesting display of game piece images for playing a game, the server launches the game criteria program codes **78**, which direct the microprocessor **52** to wait for piece movement request message **780** to be received from the client computers playing the game. The game criteria program codes **78** additionally directs the microprocessor **52** to store game piece position coordinates in the game data store **109** for keeping track of the game piece image position coordinates. When the game is initiated by the "Game" message **359**, the game data store is loaded with initial position coordinates of the game piece images.

50

When the server **12** receives piece movement request messages **780**, the game criteria program codes direct the microprocessor **52** to determine whether the piece movement request message meets a criterion associated with rules of the game being played. For example, if the server receives a piece movement request message **780** having an Owner UID held in bytes **13-14** that does not correspond to the UID held in bytes **3-4** of the message, then the message represents an attempt by a client computer user to move a game piece that has been assigned to another client computer user, and the server ignores the piece movement request message.

The server **12** may also compute a desired move magnitude represented by the X and Y coordinates held in the bytes **5-8** of the message **780** and determine whether the piece movement request meets a movement criterion associated with the game being played. Similarly, the server **12** may enforce other game rules by determining whether the piece movement request message represents a move that meets a criterion for the game piece identified by the identifier held in bytes **15-16** of the message **780**.

When the piece movement message **780** meets the criterion, the game criteria program codes **78** directs the microprocessor **52** to produce a game piece movement message, which in this embodiment has the same format as the message **780**. The piece movement message is then loaded into the shared buffer **88** and transmitted to the client computers in accordance with the processes **580** and **597** shown in FIG. **16** and FIG. **17** respectively.

Still referring to FIG. **24**, in another embodiment, desired game piece actions may be represented by a game piece action message shown generally at **782**. The piece action messages **782** are transmitted by the client computers **14**, **16**, and **18** to the server **12** in response to user input signals representing desired game piece actions. For example, actuation of a mouse actuator button (e.g. a right mouse button) may present the user with a list of options associated with the game piece. In a card game, for example, the options may include flipping the card to show the face or the back of the card, making the card private such that other users are prevented from viewing flipping the card etc. In a game of chess, the options may include a selection of a piece when promoting a pawn that has reached the eighth rank of the chessboard, for example.

The piece action request message **782** is a persistent message having a message identifier of 7. The piece action request message **782** represents a requested action and includes an "Owner UID" field held in bytes **5-6** of the message. The "Owner UID" field holds a UID corresponding to the UID of the client computer that owns the game piece that it is desired to act upon. The game piece action request message **782** further includes the identifier field held in bytes **7-8** of the message, which identifies a particular game piece image that the client computer user wishes to act upon.

The piece action request message **782** also includes an action type field held in byte **9** of the message. The action type field holds an action indicator index, for example, "flip", "private" or "public" for a game of cards.

The game criteria program codes **78** on the server processor circuit **50** direct the microprocessor **52** to determine whether the piece action request message **782** meets a criterion associated with rules of the game being played. For example if a game piece action request to flip a card includes a UID and Owner UID that are different, and the game piece has previously been designated as "private" by the owner, then the action request will not be processed by the server and not transmitted to client computers.

US 10,963,124 B2

51 52

When the piece action request message **782** received at the server meets the criteria, the game criteria program codes **78** directs the microprocessor **52** to produce a piece action message representing the action. In this embodiment the piece action message has the same format as the message **782** and is transmitted to the client computers as described above.

Intercepting Communications

Referring to FIG. **25**, a system for intercepting multiple-party communications in accordance with an embodiment of the invention is shown generally at **800**. The system **800** includes the server **12** and a plurality of client computers **14**, **16**, and **18**, such as those shown in FIG. **1**.

In this embodiment, the system **800** further includes a designated client computer **802**, which has a display **804** for displaying content. The designated client computer **802** communicates with the server **12** through the network **20**. The designated client computer **802** also has a pointing device **806** and a character input device **808** for producing user input signals.

In one embodiment the designated client computer **802** is used by a lawful intercept authority to access and/or intercept multiple-party communications. In general, when permitting lawful intercept or access to private communications, it is important to only authorize such access to a lawful intercept authority. Authorizing the designated client computer **802** may involve authenticating a user of the designated client computer. Accordingly the system **800** may optionally include an authentication server **810** for authenticating a user of the designated client computer **802**. The authentication server **810** generally stores usernames, passwords, and/or other user information and provides an authentication indicator to the server **12** when credentials supplied by a user have been validated by the authentication server. The authentication server **810** may implement a Remote Authentication Dial-In User Service (RADIUS) protocol, for example. Alternatively the server **12** may provide such authentication functions. In some embodiments the authentication server **810** may further provide authentication services for authenticating users of the client computers **14**, **16**, and/or **18**.

In other embodiments the designated client computer **802** may be located in a secure controlled environment and the client computer may be authorized for access by users who have access to the secure controlled environment.

In general, the designated client computer **802** may be implemented using the processor circuit **260** shown in FIG. **9** and the user interface **470** shown in FIG. **11**. The designated client computer **802** generally operates in essentially the same way as the other client computers **14**, **16** and **18**. The designated client computers in a multiple-party communication are identified by the "SilentFlag" **212** in the client table entry **200** shown in FIG. **7**.

Intercept Web Page

Referring to FIG. **26**, a screenshot of a web page displayed on the designated client computer **802** when the designated client computer first connects to the server **12** is shown generally at **820**. When the designated client computer **802** transmits a request for the web page **820** to the server **12**, the communication manager program codes **70** direct the microprocessor **52** of the server processor circuit **50** shown in FIG. **2** to read data representing a web page from the web page store **102** of the server processor circuit hard drive **58** and to transmit the data through the network **20** to the designated client computer. The request received from the designated client computer **802** is generated by an internet browser application running on the designated client

computer **802** and when web page data is received the web page **820** is displayed in an internet browser window on the display **804**.

The web page **820** includes a "username" field **822**, a "password" field **824**, and an "OK" button **826**. When a user of the designated client computer **802** enters their username in the "username" field **822**, enters their password in the "password" field **824**, and clicks on the "OK" button **826**, a message including the username and password credentials is transmitted to the server **12** (or to the authentication server **810**, if provided). If the user credentials are authenticated by the server **12** (or the authentication server **810**), then the designated client computer is permitted access to communication manager functions provided for users of the designated client computer **802**. The communication manager program codes **70** then direct the microprocessor **52** to read data representing a saved communication pages web page from the web page store **102** and to transmit the data to the designated client computer **802**.

Referring to FIG. **27**, a screenshot of the saved communication pages web page is shown generally at **840**. The web page **840** includes a "list saved communications" button **842**, and a "list active communications" button **844**.

Intercept of Active Multiple-Party Communications

When the user of the designated client computer **802** clicks on the "list active communications" button **844**, the blocks of code **232**, **234**, **235** and **236**, shown in FIG. **8** are executed as described earlier, causing the microprocessor **52** to read entries from the communication table **80** and to display certain fields in a table **846** on the saved communication pages web page **840**. The table **846** includes a first column **848** listing a multiple-party communication sequence number (1, 2, 3 for example), a second column **850** listing the communication name from the "Communication-Name" field **184**, and a third column **852** listing the communication type. In this embodiment the third column **852** is included to indicate to a user whether multiple-party communications are "free" or "password" type communications, however the user is able to join "password" type communications whether or not they are in possession of the communication password.

The table **846** also includes a fourth column **854**, listing a number of client computer users involved in each respective multiple-party communication. In general, fields in at least one of the columns in the table **846** have associated hyperlink properties, which facilitate selection of a particular multiple-party communication listed in the display table by the user clicking on, for example, a hyperlinked communication name. When the user clicks on a hyperlink, an HTTP message identifying the multiple-party communication is generated and transmitted to the server processor circuit **50**.

Referring to FIG. **28**, a flowchart of blocks of code for directing the processor circuit **50** (shown in FIG. **2**) to permit the designated client computer **802** to intercept messages being communicated in an active multiple-party communication is shown generally at **880**.

The process begins at **882** when a HTTP message is received from the designated client computer **802** identifying a multiple-party communication selected for intercept by the user of the designated client computer **802**. The HTTP message includes the communication identifier ("CID"), and/or other associated information identifying the multiple-party communication, such as the communication name, for example.

Block **883** directs the microprocessor **52** to read the information in the HTTP message received from the desig-

US 10,963,124 B2

53

54

nated client computer and to match the information to a multiple-party communication in the communication table **80**. For example, if the HTTP message includes a communication identifier, the "CID" is read from the HTTP message and compared with the values in the "CID" field **182** in the communication table entries **180** find the corresponding multiple-party communication. Alternatively, if the HTTP message includes a communication name, the communication name is compared with the values in the "CommunicationName" field **184** in the communication table entry **180** to find the corresponding multiple-party communication.

Block **884** then directs the microprocessor **52** to generate a new client table entry for the designated client computer **802** in the communication table **80** corresponding to the CID. Block **884** also directs the microprocessor **52** to add the new client table entry to the client table **90** stored in the RAM **56**. In this embodiment the "SilentFlag" **212** shown in FIG. **7** is set to active to identify the client computer as a designated client computer user (for example a lawful intercept authority).

When the designated client computer user joins an already active multiple-party communication, the "CatchUpFlag" **208** in the client table entry **200** (shown in FIG. **7**) is set to not active, such that the user will be able to view the effect of non-persistent message types (such as pointer movements) in addition to ant persistent changes to the displayed content. The client "SentPointer" field **210** is initially set to "nil" and will be set equal to the "StartPointer" **122** once the first message is sent.

Block **886** then directs the microprocessor **52** create server side Rx and Tx buffers **92** and **94** for the designated client computer **802**. Block **888** then directs the microprocessor **52** to cause the network interface **62** of the I/O PORT **60** to transmit data representing the user interface **470** (shown in FIG. **11**) through the network **20** to the designated client computer.

Block **888** then directs the microprocessor **52** to read the user interface codes from the user interface store **101** and to cause the network interface **62** of the I/O PORT **60** to transmit the user interface codes through the network **20** to the designated client computer **802**. In this embodiment, the designated client computer **802** receives the same user interface program codes as any other client computer user, and operates in the same manner as any other of the client computers **14**, **16**, or **18**. Accordingly, the designated client computer displays the same user interface **470** as shown in FIG. **11**. However, when the "SilentFlag" **212** is active, the number of client computers displayed in the field **492** of the status bar **490** does not include the designated client computer **802**. Accordingly, if for example, a lawful intercept authority has intercepted the multiple-party communication, the field **492** reflects only the number of client computers other than the designated client computer **802** that are in the multiple-party communication, thus providing anonymity for the lawful intercept authority. Similarly the column **148** in the table **140** shown in FIG. **4**, and the column **854** in the table **846** shown in FIG. **27** do not reflect any designated client computers that may be intercepting the multiple-party communication.

Block **890** then directs the microprocessor **52** to cause all messages in the shared buffer (including the persistent messages **332**, the non-persistent messages **334**, and control messages **336** shown in FIG. **12**) to be transmitted through the network interface **62** of the I/O PORT **60** to the designated client computer **802**.

The designated client computer **802** is also able to produce messages in accordance with the process shown in FIG.

13A-13C and to transmit the messages in accordance with the process shown in FIG. **14**. However, as will be described later herein, some messages received in response to user input from the designated client computer user may be ignored by the server.

Referring to FIG. **29**, a flowchart of blocks of code for directing the server processor circuit **50** (shown in FIG. **2**) to receive messages from the designated client computer **802** and each of the client computers **14**, **16** and **18** is shown generally at **1000**. In general, the process **1000** includes modifications to the process shown in FIGS. **15A** and **15B** to handle messages from the designated client computer **802**.

The process begins at **1002** when a message is received at any of the Rx buffers **92** in the RAM **56**. When a message is received, block **1004** directs the microprocessor **52** to read the "SilentFlag" **212** in the client table entry corresponding to the Rx buffer. The process continues at block **1006**, which directs the microprocessor **52** to determine whether the "SilentFlag" **212** for the client is active.

If the "SilentFlag" **212** is active, then the corresponding client computer is a designated client computer (such as a lawful intercept authority), and the process continues at block **1008**. Block **1008** directs the microprocessor **52** to determine whether the message identifier of the received message is 23 or 24, indicating that the lawful intercept authority wishes to discontinue intercepting the multiple-party communication. If the message identifier is 23 or 24, then the process continues at block **1010**, which directs the microprocessor **52** to remove the designated client computer entry **200** from the client table **90** (shown in FIG. **2**) and to delete the Rx and Tx buffers **92** and **94** for the designated client computer.

If at block **1008**, the message identifier is not 23 or 24, then the process continues at block **1012**, which directs the microprocessor **52** to ignore the message.

If at block **1006**, the "SilentFlag" is not active, then the message was not from a designated client computer, and the process continues at block **508** of FIG. **15A**, as described above.

Advantageously, the process **1000** shown in FIG. **29** ignores all messages received from the designated client computer that would cause the user interface **470** (shown in FIG. **11**) to reflect user input from the designated client computer user. Accordingly, no pointer corresponding to the designated client computer mouse movements will be displayed on any of the client computers and the designated client computer will also not be able to cause characters or images to be displayed in the user interface **470** on any of the client computers.

Advantageously access to active multiple-party communications by a designated client computer user is facilitated using the same messages and client computer interface **470** used by the client computers **14**, **16** and **18**. The "SilentFlag" **212** is used at the server **12** to differentiate between ordinary users of client computers (e.g. the client computers **14**, **16**, and **18**) and designated client computer users.

In general, the intercept functions described above facilitate intercept of active multiple-party communications to facilitate viewing in real-time of content created by the client computers **14**, **16**, and **18**, including but not limited to images displayed on the display area **472**, lines drawn, characters typed, non-persistent pointer movements, and game piece display and movement.

US 10,963,124 B2

55

**Designated Client Computer Access to Saved Communications**

As described earlier herein, the communication pages are saved in the communication page store **104**. For intercept purposes, when pages are saved and then subsequently loaded and content added, subsequent versions of the same page are stored in separate files (i.e. "Page2-1", "Page2-2" etc as described above). Accordingly, the server communication page store **104** facilitates storing, and subsequent replay of meeting content in a sequence corresponding to a sequence in which the content was created during the communication. Consequently, a lawful intercept authority, for example, will have access to all content created in the multiple-party communication, even when the content was subsequently cleared and/or or hidden by display of subsequent content.

Similarly, in embodiments where the shared buffer **88** is implemented as circular buffer, when buffer reaches a predetermined limit, older messages will be overwritten by the new messages. Accordingly, at a time when the "Current-Pointer **124** is about to wrap around in the circular buffer, the page manager **74** directs the microprocessor **52** to save the contents of the shared buffer **88** to the communication page store **104**. Thus for intercept purposes, no any content will be lost due to overwriting of old messages in the shared buffer **88**.

Referring to FIG. **30**, when the user of the designated client computer **802** clicks on the "list saved communications" button **842**, the blocks of code similar to **232, 234, 235** and **236**, shown in FIG. **8** are executed as described earlier, causing the microprocessor **52** to read data from the communication page store **104** and to display certain fields in a table **1062** on the saved communication pages web page **840**. The table **1062** includes a first column **1064** listing a multiple-party communication sequence number (1, 2, 3 for example), a second column **1066** listing the communication name read from the communication page store **104**, and a third column **1068** listing the communication type "Free" or "Password".

The table **1062** also includes a fourth column **1070**, listing a maximum number of client computer users involved in each respective multiple-party communication, a fifth column **1071** including a start date and time associated with the communication, and a sixth column **1072** listing a duration of the respective multiple-party communications.

Fields in at least one of the columns in the table **1062** have associated hyperlink properties, which facilitate selection of a particular multiple-party communication listed in the display table by the user clicking on, for example, a hyperlinked communication name. The hyperlinked field causes a message including information identifying the saved multiple-party communication (for example a communication name and/or filename) to be transmitted to the server **12**.

The saved communication pages web page **840** shown in FIG. **30** further includes a playback rate field **1074** for entering a desired playback rate for saved messages. In this embodiment the playback rate field **1074** is implemented as a dropdown list, which permits the user to select a playback rate, such as "2×", for setting a rate at which messages will be transmitted to the designated client computer **802**.

Referring to FIG. **31**, a flowchart of blocks of code for directing the processor circuit **50** (shown in FIG. **2**) to create a communication for the designated client computer **802** to view a saved multiple-party communication is shown generally at **1030**.

The process begins at **1032** when a message requesting access to a saved multiple-party communication is received

56

from the designated client computer **802**. Block **1033** directs the microprocessor **52** to read the communication name and/or associated filename included in the request message.

Block **1034** then directs the microprocessor **52** to add a new communication entry to the communication table **80** and generate a new unique CID for this communication. Block **1034** also directs the microprocessor **52** to set the "HiddenFlag" **198** (shown in FIG. **6**) to be active, so as to cause the communication to be hidden from the client computers **14, 16,** and **18**. Referring to FIG. **4**, multiple-party communications that have their corresponding "HiddenFlag" **198** set to active are not listed in the table **140** when the process **230** (shown in FIG. **8**) is initiated. Since the communication is hidden, the "CommunicationName" field **184** in the communication table entry **180** may be populated with the filename, the communication name or a default value.

Referring back to FIG. **31**, the process continues at block **1036**, which directs the microprocessor **52** to instantiate a new client manager for the communication.

Block **1038** then directs the microprocessor **52** to create a new shared buffer **88** (shown in FIG. **2**) for the communication and to initialize the "StartPointer" **122** and the "CurrentPointer" **124** (stored in fields **190** and **192** respectively of the communication table entry **180**) to nil.

Block **1040** then directs the microprocessor **52** to add the designated client computer to the client table **90** stored in the RAM **56**. The "CatchUpFlag" **208** is set to not active to allow a lawful authority user to see all content created during the multiple-party communication. The "SilentFlag" **212** is also set to active at this point, but since the communication is hidden this is not absolutely necessary, but may provide additional security against a computer hackers seeking to view a saved multiple-party communication, for example.

The process **1030** continues at block **1042**, which directs the microprocessor **52** to create server side Rx and Tx buffers **92** and **94** for the designated client computer.

Block **1044** then directs the microprocessor **52** to read web page data from the web page store **102** of the hard drive **58**, and cause the network interface **62** of the I/O PORT **60** to transmit the data representing the saved communication pages web page **840** through the network **20** to the client computers.

Block **1046** then directs the microprocessor **52** to read messages corresponding to a first page of the multiple-party communication from a file having a filename read in block **1033** from the saved communication page store **104** on the server hard drive **58** (shown in FIG. **2**). Block **1046** also directs the microprocessor **52** to load the messages into the shared buffer **88** for the communication. The "StartPointer" **122** is set to reference the message store **120** in the shared buffer **88** to which the first message was loaded. As the message stores **120** of the shared buffer **88** are loaded with subsequent messages read from the page file, the "Current-Pointer" **124** is incremented to reference the last loaded message store.

The "StartPointer" **122** is set to reference the first message and subsequently updated to reference later messages loaded into the shared buffer **88**.

As described above, the saved communication page store **104** may include a plurality of files for each page created during the multiple-party communication. The files represent different and sequential versions of the messages in the shared buffer **88** and the files are created the page manager **74** when:

the user changes the current page to the next or previous page;

US 10,963,124 B2

57                                                                                              58

the user opens content from client saved content store **100**;

the user invokes the ClearScreen function;

a last client computer user disconnects from the communication; and

the shared buffer wraps around.

Accordingly, when the designated client computer **802** accesses a saved communication the communication content is replayed in sequence starting at the first version of the first page (i.e. "Page1-1") through all subsequent versions of the page in sequence. Accordingly, no communication content is lost or overwritten, which would cause played back content to differ from actual content displayed during the communication.

Referring to FIG. **32**, a flowchart of blocks of code for directing the processor circuit **50** (shown in FIG. **2**) to transmit messages from the saved multiple-party communication is shown generally at **1130**. The transmit messages process is essentially similar to the process **580** shown in FIG. **16**, except for the inclusion of blocks **1132** to **1138**.

If at block **594**, the "CatchUpFlag" is active then the process **1130** continues at block **1132**, which directs the microprocessor **52** to determine whether the "SilentFlag" **212** is set to active. If the "SilentFlag" **212** is set to active, then the client is a designated client computer, and the process continues at block **1134**.

Block **1134** directs the microprocessor **52** to determine whether the message is the first message transmitted to the designated client computer, in which case the process continues at block **1136**. Block **1136** directs the microprocessor **52** to save the message timestamp for the first message as $T_m$, and the current server time as $T_0$, in locations (not shown) in the RAM **56**.

The process then continues at block **1138**, which directs the microprocessor **52** to wait until the current server time matches a "Transmit Time" calculated according to the relation:

$$\text{Transmit Time} = T_0 + \frac{Timestamp - T_m}{PBRate} \qquad \text{Eqn 2}$$

where "PBRate" is the playback rate selected by the user at field **1074** in FIG. **30**.

If at block **1134**, the message was the first message then no wait time will be incurred at block **1138**, since the timestamp of the first message is equal to $T_m$. The process then continues at block **592**, which directs the microprocessor **52** to read a message in the shared buffer **88** referenced by the "SentPointer" **126** and to load the message into the Tx buffer **94** corresponding to the designated client computer **802**.

If at block **1134**, the message was not the first message then the process continues at block **1138**, which directs the microprocessor **52** to wait for a period of time calculated from Eqn 2, before the process continues at block **592**, as described above.

Since the "CatchUp" flag **208** for the designated client computer **802** is set to not active at block **1040** in FIG. **31** and the "SilentFlag" **212** is active, all persistent, non-persistent, and control messages will be processed in accordance with the codes includes in block **1134-1138** and then loaded into the server side Tx buffer for transmission to the designated client computer **802**.

Advantageously, the timestamp associated with each message received from the client computers facilitates viewing

messages at a playback rate, which matches the rate at which content was created in the original multiple-party communication. Furthermore the designated client computer user may also select a playback rate at the playback rate field **1074** of the web page **840** shown in FIG. **30** to cause messages to be displayed at an increased or reduced rate (for example twice the content creation rate), as desired by the designated client computer user.

Advantageously, the user of the designated client computer **802** receives all persistent and non-persistent messages allowing the user to view all mouse movements by the client computer users in the multiple-party communication.

Multiple Server System

Referring to FIG. **33**, a system for supporting multiple-party communications in accordance with a multiple-server embodiment of the invention is shown generally at **1170**. The system **1170** includes a first server **1172**, such as the server **12** shown in FIG. **1**, and may also include a plurality of client computers **14**, **16**, and **18**, such as those shown in FIG. **1**. The system **1170** further includes a second server **1174**. In the embodiment shown the first and second servers **1172** and **1174** are both implemented using the processor circuit **50** shown in FIG. **2**. The first server **1172** and the second server **1174** are both in communication with the network **20**.

In general, the first and second servers **1172** and **1174** are configured to provide server functions as described above in connection with the server **12** and the server processor circuit **50**.

The first and second servers **1172** and **1174** may be located to provide multiple-party communications in specific geographic regions. For example, the first server **1172** may be located in Vancouver, Canada for serving North American clients such as the client computers **14** and **16**, while the second server **1174** may be located in London, England for serving European clients such as the client computer **18**.

In other embodiments the first and second servers **1172** and **1174** may be members of a server farm used to provide multiple-party communications to a large plurality of clients, and accordingly the first and second servers may be located proximate a virtual server (not shown) that provides load balancing functions. In such embodiments, the server may comprise a plurality of servers, such as the servers **1172** and **1174**.

Multiple Server Operation

In one embodiment, when the process **150** (shown in FIG. **5**) is launched to create a new multiple-party communication on the first server **1172**, the first server automatically transmits the communication name, password (if used) to the second server **1174**. The first server **1174** also adds the second server **1174** to the client table **90** stored in the server RAM **56**, and sets the "CatchUpFlag" **208** to not active, which results in the second server being transmitted all persistent, non-persistent, and control messages.

In this embodiment, block **164** of the process **150**, which transmits the user interface web page to the client computers, is omitted when adding the second server **1174** to the multiple-party communication.

When the second server **1174** receives the communication name and password from the first server **1172**, the second server creates a new multiple-party communication to mirror the multiple-party communication created on the first server.

Referring to FIG. **34**, a flowchart of blocks of code for directing the second server processor circuit **50** (shown in FIG. **2**) to create a mirrored multiple-party communication is shown generally at **1200**. The process begins at **1202** when

US 10,963,124 B2

59                                                                                      60

a message including a communication name and optional password is received from the first server **1172**. In general, each server **1172** and **1174** maintains a list of other servers in the system **1170** and is thus able to distinguish between communications from the client computers **14**, **16**, and/or **18** and communications from other servers **1172** or **1176** respectively.

Block **1204** then directs the microprocessor **52** to add a new communication entry **180** (shown in FIG. **6**) to the communication table **80** in the RAM **56**. The communication identifier ("CID") field **182** in the communication table **80** is set to the unique number assigned by the first server **1172**, the "CommunicationName" field **184** is set to the communication name received from the first server, the "CommunicationPassword" field **186** is set to the password received from the first server (if provided).

The process continues at block **1206**, which directs the microprocessor **52** to create a new shared buffer **88** (shown in FIG. **2**) for the multiple-party communication, and to initialize the "StartPointer" **122** and the "CurrentPointer" **124** (stored in fields **190** and **192** respectively of the communication table entry **180**) to nil. Block **1206** also directs the microprocessor **52** to instantiate a page manager for the multiple-party communication by launching the page manager program codes in the store **74** of the program memory **54**.

Block **1208** directs the microprocessor **52** to instantiate a new client manager for the multiple-party communication by launching the client manager program codes in the store **72** of the program memory **54**.

The process continues at block **1210**, which directs the microprocessor **52** to generate a new client table **90** in the RAM **56**, and to add an entry **200** to the client table for the first server **1172**. The client user identifier field ("UID") **202** is set to a unique number identifying the first server **1172**. The client IP address field **204** and the client port field **206** are set to values corresponding to the IP address and port for the first server **1172**. The "CatchUpFlag" **208** is set to not active, which causes all persistent, non-persistent, and control messages received by the second server **1174** to be transmitted to the first server **1172**.

The process **1200** then continues at block **1212**, which directs the microprocessor **52** to create server side Rx and Tx buffers **92** and **94** for the first server **1172**.

Advantageously, by causing each of the first and second servers **1172** and **1174** to be included as clients in the respective client tables, all persistent, non-persistent, and control messages received at the first server from the client computers **14** and **16** are automatically transmitted to the second server by the process **580** shown in FIG. **16**. The second server **1174** is essentially treated as any other client computer, in this respect.

Similarly, the second server **1174** essentially treats the first server **1172** as any other client computer, and inserts the messages received from the first server into the shared buffer on the second server (in accordance with the process **500** shown in FIG. **15**A).

Similarly, all persistent, non-persistent, and control messages received at the second server **1174** from the client computer **18** are transmitted to the first server **1172**. The first server **1172** inserts the messages received from the second server **1174** into the shared buffer on the first server. Accordingly, the shared buffer on the first server **1172** is continuously updated with messages received at the second server **1174** and the shared buffer on the second server **1174** is continuously updated with messages received at the first server **1172**.

Messages received from the first server **1172** at the second server **1174** only differ from messages received directly from the client computer **18**, in that all messages received from the client computer **18** will have the same UID **202**, while messages received from the first server **1172** may have a UID corresponding to either the client computer **14**, or the client computer **16**.

Client computers, such as the client computer **18**, which is in a geographical region that is closer to the second server **1174**, connect to the second server to join the multiple-party communication by launching the process **230** shown in FIG. **8** on the second server **1174**. Since the second server **1174** has created an instance of the multiple-party communication, the client computer **18** should be generally unaware that they connected to the second server **1174**, while the client computers **14** and **16** are connected to the first server **1172**.

Advantageously, the second server **1174** should be able to provide a faster response to messages received from the client computer **18** than the first server **1172**. In one embodiment the web page **130** shown in FIG. **4** may include server buttons allowing clients select either the first server **1172** or the second server **1174** when joining a multiple-party communication. In this case the selection of the server is left up to the user of the client computer **14**, **16**, or **18**.

In other embodiments, the system **1170** may further include a central server or a virtual server (not shown) that implements load balancing to redirect a connection from a client computer **14**, **16**, or **18** to either the first server **1172** or the second server **1174**, depending on which is able to provide a faster response. Load balancing techniques are well known in the art, and may involve evaluating round trip times for each of the servers **1172** and **1174**, before selecting a server having the quickest response to the client.

Referring back to FIG. **15**A, when messages are received from the client computers **14**, **16**, or **18** in any of the client Rx buffers, block **506** causes the messages to be time stamped. In the embodiment shown in FIG. **15**, the timestamp is appended to the end of the messages (shown in FIG. **12**). Accordingly, messages transmitted by the second server **1174** to the first server **1172** will thus already been time stamped at the second server.

Messages received at the first server **1172** from client computers **14** and **16** are also time stamped when received at the first server. Consequently, all messages received at the first server **1172** from the second server **1174** will include a first timestamp appended by the second server and a second timestamp appended by the first server.

In this embodiment, messages received at the first server **1172** are inserted into the shared buffer in ordered time sequence according to the first timestamp appended to the message by the second server **1174**. The second timestamp appended by the first server **1172** when receiving the message is ignored by the first server, when determining the time order in which to insert the messages in the shared buffer.

Similarly, messages from the client computers **14** and **16** received by the first server **1172** that are transmitted to the second server **1174** have a timestamp appended to the message, which facilitates determining a time order in which these messages should be inserted into the shared buffer on the second server.

Messages transmitted from the first server **1172** to the second server **1174** are similarly inserted into the shared buffer on the second server in time order. The first and second servers **1172** and **1174** may be time synchronized, for example through a Network Time Protocol, accounting for

US 10,963,124 B2

61
62

any time zone differences that may exist between the geographic locations of the servers.

Advantageously, inserting messages into the shared buffers in time order causes persistent and non-persistent messages from the client computers 14, 16, and 18 to be displayed in a time-sequenced order when received at the client computers from the first and second servers 1172 and 1174, thus at least partially compensating for network latency between the first and second servers. In some embodiments, messages received at each of the server 1172 and 1174 may be pre-buffered before being inserted into the respective shared buffers, to compensate for varying network delay. For example, when the network latency between the first server 1172 and the second server 1174 is approximately 160 milliseconds, a pre-buffer memory in the RAM 56 may be configured to have a buffer window of approximately 160 milliseconds. When inserting messages into the shared buffer, the oldest message in the 160 millisecond buffer window is copied from the pre-buffer into the shared buffer first.

In yet another embodiment the non-persistent messages from the client computers 14, 16, and 18 may be inserted into the shared buffer as soon as they arrive, while persistent and control messages may be inserted in time ordered sequence, in accordance with their respective timestamps. As will be readily appreciated persistent and control messages that cause lines, characters and images to be displayed are more important to have in correct time order than non-persistent messages that only indicated relative pointer positions of the client computers 14, 16, and 18.

Advantageously, each client computer 14, 16, or 18 generally connects to a server having the quickest round-trip time for transmitting a message from the client and receiving the message back from the server, which may be typically about 60 milliseconds. This creates the impression for the client that the latency between their cursor position and the received pointer position is reduced compared to a single-server system, while the same view is provided on the respective displays 15, 17, and 19. For example, if the client computer 18 in London connected directly to the first server 1172 located in Vancouver, then the round-trip time would be about 160 milliseconds for this client.

Media Relay

In one embodiment the server processor circuit 50 shown in FIG. 2 includes codes 76 for causing the processor circuit to effect media relay functions.

Referring to FIG. 35, when any of the users of the client computers 14, 16, or 18 wishes to communicate with each other via audio and/or video links, the server 12 may provide a media relay function. The media relay receives data representing audio and/or video information from one of the client computers (e.g. the client computer 14) and retransmits the audio/video data to one of the other client computers (e.g. the client computer 16). The audio data may be produced by a voice over internet protocol (VOIP) software implemented telephone, for example, and the video data may be produced by a webcam, for example. The audio/video data may be formatted to comply with User Datagram Protocol (UDP), or any other suitable network transmission protocol.

Advantageously, the when the server 12 provides media relay functions for relaying communications between users, the server transmits the video/audio data to the designated client computer 802, thereby allowing a lawful intercept authority to monitor such communications for lawful intercept purposes. The lawful intercept monitoring may involve receiving audio or video data representing speech or video images of the communication between the users. Alternatively, the lawful intercept authority may only view intercept related information (IRI) information indicating that a communications connection was established between certain client computers, at a certain time, for example.

While specific embodiments of the invention have been described and illustrated, such embodiments should be considered illustrative of the invention only and not as limiting the invention as construed in accordance with the accompanying claims.

What is claimed is:

1. A method implemented on a plurality of client computers in communication with a server over a computer network, the plurality of client computers each displaying common content on an associated display area, the method comprising:

generating messages representing user input received at one client computer of the plurality of client computers, the user input defining content to be shared with the plurality of client computers;

causing the one client computer to transmit the generated messages to the server to elicit transmission of output messages from the server to each of the plurality of client computers including the one client computer, the output messages including information defining the content to be shared; and

in response to receiving output messages from the server at each of the plurality of client computers, displaying the shared content over the common content on the respective display areas on each of the plurality of client computers including the one client computer.

2. The method of claim 1 wherein the user input comprises lines drawn and characters typed over the common content by a user of the one client computer.

3. The method of claim 2 wherein each generated message represents a single character typed by the user of the one client computer such that transmission of the output messages by the server causes the characters to be sequentially displayed on each of the plurality of client computers.

4. The method of claim 1 wherein displaying common content comprises displaying one of:

web page content associated with a web site accessible over the computer network; and

content input by users of one or more of the client computers.

5. The method of claim 1 wherein displaying common content comprises displaying data downloaded by each of the plurality of client computers from a uniform resource locator (URL) elsewhere on the computer network.

6. The method of claim 1 further comprising receiving program codes from the server at each of the plurality of client computers, the program codes being operable to provide functions for generating messages and transmitting messages to the server to cause content to be shared.

7. The method of claim 6 wherein the program codes comprise one of Java and Flash program codes.

8. A method implemented on a plurality of client computers in communication with a server over a computer network, the plurality of client computers each displaying common content on an associated display area, the method comprising:

generating messages representing user input received at one client computer of the plurality of client computers, the user input defining content to be shared with the plurality of client computers;

causing the one client computer to transmit the generated messages to the server to elicit transmission of output

US 10,963,124 B2

63

64

messages from the server to each of the plurality of client computers including the one client computer, the output messages including information defining the content to be shared; and

in response to receiving output messages from the server at each of the plurality of client computers, displaying the shared content over the common content on the respective display areas on each of the plurality of client computers including the one client computer, wherein displaying the shared content over the common content on the display area on the one client computer causes the shared content to be displayed with a latency that corresponds to a latency associated with transmission of the generated messages to the server and a latency associated with transmission of the output messages back to the one client computer.

**9**. The method of claim **8** wherein the user input comprises lines drawn and characters typed over the common content by a user of the one client computer.

**10**. The method of claim **9** wherein each generated message represents a single character typed by the user of

the one client computer such that transmission of the output messages by the server causes the characters to be sequentially displayed on each of the plurality of client computers.

**11**. The method of claim **8** wherein displaying common content comprises displaying one of:

web page content associated with a web site accessible over the computer network; and

content input by users of one or more of the client computers.

**12**. The method of claim **8** wherein displaying common content comprises displaying data downloaded by each of the plurality of client computers from a uniform resource locator (URL) elsewhere on the computer network.

**13**. The method of claim **8** further comprising receiving program codes from the server at each of the plurality of client computers, the program codes being operable to provide functions for generating messages and transmitting messages to the server to cause content to be shared.

**14**. The method of claim **13** wherein the program codes comprise one of Java and Flash program codes.

* * * * *