IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| AK MEETING IP, LLC<br><br>   Plaintiff,<br><br>v.<br><br>ZOHO CORPORATION,<br><br>   Defendant | Civil Action No. 6:22-cv-00250-ADA |

## CASE READINESS STATUS REPORT

Plaintiff AK Meeting IP, LLC ("AK Meeting" or "Plaintiff") and Defendant Zoho Corporation ("Zoho" or "Defendant") hereby provide the following Case Readiness Status Report in accordance with the Court's September 16, 2022 Standing Order.

## SCHEDULE

A scheduling order has not yet been filed. A *Markman* date and trial date are not yet proposed.

## FILING AND EXTENSIONS

Plaintiff's Complaint (ECF No. 1) was filed on March 8, 2022. Plaintiff filed an Unopposed Notice for Extension of Time to Answer Plaintiff's Original Complaint (ECF No. 6) on March 29, 2022, and a subsequent extension (ECF No. 12) on May 13, 2022.

## RESPONSE TO THE COMPLAINT

Defendant filed a Motion to Dismiss Under Rule 12(b)(6) (ECF No. 15) on June 27, 2022.

## PENDING MOTIONS

Defendant's Motion to Dismiss Under Rule 12(b)(6) (ECF No. 15) has been fully briefed and is currently pending before this Court.

Defendant filed a Motion to Transfer Venue Within This District under 28 U.S.C. § 1404(a) (ECF No. 20) on August 2, 2022. On August 16, 2022, Plaintiff filed a Notice of Venue Discovery (ECF No. 21). Venue discovery is set to close on October 11, 2022.

## RELATED CASES IN THIS JUDICIAL DISTRICT

The following related cases were each filed on March 8, 2022 in the Western District of Texas and share at least one common asserted patent:

1. *AK Meeting IP, LLC v. Lifesize, Inc.*, Case No. 6:22-cv-00251;

2. *AK Meeting IP LLC v. Fuze, Inc. et al.*, Case No. 6:22-cv-00249-ADA;

3. *AK Meeting IP LLC v. Cisco Systems, Inc.*, Case No. 6:22-cv-00248-ADA; and

4. *AK Meeting IP LLC v. Adobe, Inc. d/b/a Adobe Systems Inc.*, Case No. 6:22-cv-00247-ADA.

## IPR, CBM, AND OTHER PGR FILINGS

An IPR (IPR2022-01142) challenging all asserted claims of U.S. Patent No. 10,963,124 was filed on June 22, 2022 and docketed on June 22, 2022. An institution decision is expected on or before December 22, 2022.

## NUMBER OF ASSERTED PATENTS AND CLAIMS

Plaintiff has asserted U.S. Patent Nos. 10,963,124 and 8,627,211. Plaintiff served its Preliminary Infringement Contentions on July 11, 2022, wherein Plaintiff asserted claims 1, 2, 5, 6, 8, 9, 12, and 13 of U.S. Patent No. 10,963,124 and claims 1, 69, and 103 of U.S. Patent No. 8,627,211.

## APPOINTMENT OF TECHNICAL ADVISER

None at this time.

## MEET AND CONFER STATUS

Plaintiff and Defendant met and conferred on September 19. 2022. With the exception of the Motion to Dismiss Under Rule 12(b)(6) and Motion to Transfer Venue Within This District

under 28 U.S.C. § 1404(a) noted above, the parties have no pre-Markman issues to raise at the CMC.

Dated:  September 19, 2022                                             Respectfully submitted,

| | |
|---|---|
| */s/ William P. Ramey, III* <br> William P. Ramey, III <br> Texas Bar No. 24027643 <br> **Ramey LLP** <br> 5020 Montrose Blvd., Suite 800 <br> Houston, Texas 77006 <br> (713) 426-3923 (telephone) <br> (832) 900-4941 (fax) <br> wramey@rameyfirm.com <br><br> **COUNSEL FOR PLAINTIFF** | */s/ Ryan J. Marton* <br> Darryl J. Adams <br> Texas State Bar No. 00796101 <br> dadams@sgbfirm.com <br> **SLAYDEN GRUBERT BEARD PLLC** <br> 401 Congress Avenue, Suite 1650 <br> Austin, Texas 78701 <br> Telephone: (512) 402-3550 <br> Facsimile: (512) 402-6865 <br><br> Ryan J. Marton (admitted *Pro Hac Vice*) <br> ryan@martonribera.com <br> Phillip Haack (admitted *Pro Hac Vice)* <br> phaack@martonribera.com <br> **MARTON RIBERA SCHUMANN & CHANG LLP** <br> 548 Market St., Suite 36117 <br> San Francisco, CA 94104 <br> Telephone: (415) 360-2515 <br><br> **COUNSEL FOR DEFENDANT** |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing is being served on the counsel of record via the CM/ECF system on September 19, 2022.

*/s/ William P. Ramey, III*
William P. Ramey, III
