IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| AK MEETING IP, LLC,  )<br>　　Plaintiff,　　　　　　　　) <br>　　　　　　　　　　　　　　　) <br>v.　　　　　　　　　　　　　) <br>　　　　　　　　　　　　　　　) <br>ZOHO CORPORATION　　　) <br>　　Defendant.　　　　　　　) | Civil Action No. 6:22-cv-00250-ADA |

**NOTICE OF NON-OPPOSITION TO TRANSFER VENUE**

Plaintiff, AK Meeting IP, LLC ("AK Meeting") consents to Defendant, Zoho Corporation ("Zoho") request transfer of venue to the Western District of Texas, Austin Division and files this Notice of Non-Opposition to Zoho's Motion Transfer Venue filed on August 2, 2022 as ECF 20.

　　　　　　　　　　　　　　　　　　Respectfully Submitted

　　　　　　　　　　　　　　　　　　**Ramey LLP**
　　　　　　　　　　　　　　　　　　*/s/William P. Ramey*
　　　　　　　　　　　　　　　　　　William P. Ramey, III
　　　　　　　　　　　　　　　　　　Texas Bar No. 24027643
　　　　　　　　　　　　　　　　　　5020 Montrose Blvd., Suite 800
　　　　　　　　　　　　　　　　　　Houston, Texas 77006
　　　　　　　　　　　　　　　　　　(713) 426-3923 (telephone)
　　　　　　　　　　　　　　　　　　(832) 900-4941 (fax)
　　　　　　　　　　　　　　　　　　wramey@rameyfirm.com

　　　　　　　　　　　　　　　　　　*Attorneys for AK Meeting IP, LLC*

## **CERTIFICATE OF SERVICE**

    Pursuant to the Federal Rules of Civil Procedure and LR5, I hereby certify that all counsel of record who have appeared in this case are being served on this day of November 3, 2022, with a copy of the foregoing via email and ECF filing.

                                              */s/ William P. Ramey, III*
                                              William P. Ramey, III