# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| AK MEETING IP LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 6:22-cv-00250-ADA |
| ZOHO CORPORATION, | § § | |
| Defendant. | § § § | |

## ORDER GRANTING MOTION TO TRANSFER

The Court, having reviewed and considered Defendant Zoho Corporation's Motion to Transfer Venue (ECF No. 20) and Plaintiff AK Meeting IP LLC's Notice of Non-Opposition and Consent to Transfer (ECF No. 26), does hereby ORDER that the above-captioned action be TRANSFERRED to the Austin Division.

**IT IS SO ORDERED.**

SIGNED this 3rd day of November, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

i